# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on June 4, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Order Granting Debtors' Twelfth Omnibus Objection to Claims on Non-Substantive Grounds to Certain (A) Amended Claims; (B) Late Filed Claims; (C) Wrong Debtor Claims; and (D) Duplicate Claims**

Dated: June 6, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 6th day of June, 2008, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary Seal: SCOTT M. EWING, Commission # 1641974, Notary Public - California, Los Angeles County, My Comm. Expires Jan 7, 2009]

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

**Three A's Holdings, L.L.C. - U.S. Mail**

Served 6/4/2008

NID-802-58-C-753
ERICA A. ORLOWSKI
215 W. FREMONT STREET
ARLINGTON HEIGHTS, IL 60004
USA

NID-802-58-C-1730
FIRECLICK, INC.
ATTN: ALVIN CAMERON - BRIAN LYNCH
9625 WEST 76TH STREET
EDEN PRAIRIE, MN 55344

NID-802-58-C-1499
KAHALA CENTER COMPANY
C/O DOUGLAS D KAPPLER ESQ
ROBINSON DIAMANT & WOLKOWITZ APC
1888 CENTURY PARK EAST STE 1500
LOS ANGELES, CA 90067

NID-802-58-C-816
KONE INC
ATTN B STELL
ONE KONE COURT
MOLINE, IL 61265

NID-802-58-C-1729
KONE INC.
ATTN: BRIAN STELL - A/R
ONE KONE COURT
MOLINE, IL 61265

NID-802-58-CA-1719
MARTHA WILLIS
3210 3RD AVENUE
CORONA DEL MAR, CA 92625

NID-802-58-C-1369
MARTHA WILLIS
C/O LAUREL R ZAESKE ESQ
RUS, MILIBAND, & SMITH APC
2600 MICHELSON DRIVE SEVENTH FLOOR
IRVINE, CA 92612

NID-802-58-C-756
NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
ATTN DAVID WILLCOX
555 E WASHINGTON AVE STE #1300
LAS VEGAS, NV 89101-1041

NID-802-58-C-1734
STATE OF NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
ATTN DAVID WILLCOX
555 E. WASHINGTON AVENUE #1300
LAS VEGAS, NV 89101

NID-802-58-C-136
THE SILK BUILDING CONDOMINIUM
BELKIN BURDEN WENIG & GOLDMAN LLP
270 MADISON AVENUE
NEW YORK, NY 10016

Creditor(s): 10