IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on June 4, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Order Granting Debtors' Thirteenth Omnibus Objection to Claims on Substantive Grounds to Certain (A) Books and Records Claims; (B) Multiple Debtor Claims; and (C) Wrong Class Claims**

Dated: June 6, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 6th day of June, 2008, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary seal: SCOTT M. EWING, Commission # 1641974, Notary Public - California, Los Angeles County, My Comm. Expires Jan 7, 2009]

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

**Three A's Holdings, L.L.C. - U.S. Mail**    Served 6/4/2008

| | | |
|---|---|---|
| NID-802-60-C-705<br>DANIEL CULLETT<br>DADDYS LAND RECORDS<br>201 EAST EAGLE STREET<br>LONG BEACH, CA 90806 | NID-802-60-C-858<br>DARLETTE GAYLE<br>PO BOX 382<br>BLADENSBURG, MD 20710 | NID-802-60-C-1501<br>DEPARTMENT OF THE TREASURY<br>ATTN JOAN THOMAS<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 |
| NID-802-60-C-408<br>DEPARTMENT OF THE TREASURY  (SEE NOTES)<br>ATTN JOAN THOMAS<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA RM 1150<br>BALTIMORE, MD 21201 | NID-802-60-C-1398<br>FEDERAL REALTY INVESTMENT TRUST<br>T/A CONGRESSIONAL PLAZA RICHMOND VA<br>C/O DAVID L POLLACK ESQ<br>BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>1735 MARKET STREET 51ST FLOOR<br>PHILADELPHIA, PA 19103 | NID-802-60-C-1733<br>JENNIFER SCHNEIDER<br>22431ANTONIO PARKWAY B-160<br>SUITE 424<br>RANCHO SANTA MARGARITA, CA 92688 |
| NID-802-60-C-772<br>JIMMY SPENCER<br>ATTN MERILYN ZIEGLER<br>2219 CLARK AVENUE<br>BURBANK, CA 91506 | NID-802-60-C-1724<br>JOHN TIERNO<br>825 WEST 179TH STREET #6B<br>NEW YORK, NY 10033<br>UNITED STATES | NID-802-60-C-1716<br>JULIE BAYER<br>30W163 BRIAR LANE<br>NAPERVILLE, IL 60563<br>USA |
| NID-802-60-C-1712<br>KAREN PANTAZI<br>5275 COLODNY DR. UNIT 20<br>AGOURA HILLS, CA 91301 | NID-802-60-C-769<br>KAREN S SIMMONS<br>1611 22ND ST #4<br>SACRAMENTO, CA 95816 | NID-802-60-C-643<br>KEITH WESBY<br>3900 16TH ST NW 639<br>WASHINGTON, DC 20011 |
| NID-802-60-C-560<br>LONG XUAN TRAN<br>4627 PARDEE AVENUE<br>FREMONT, CA 94538 | NID-802-60-C-1715<br>LUKE SOWA<br>417 STUART COURT<br>OJAI, CA 93023<br>USA | NID-802-60-C-1363<br>MICHAEL AXELROD<br>400 POST AVENUE, SUITE 307<br>WESTBURY, NY 11590 |
| NID-802-60-C-849<br>MPI<br>ATTN DAVID J FISCHER<br>C/O JEFFREY L GANSBERG<br>WILDMAN HAROLD ALLEN & DIXON LLP<br>225 WEST WACKER  DRIVE SUITE 3000<br>CHICAGO, IL 60606 | NID-802-60-C-1608<br>MUZE INC<br>C/O SEAN RICHARDSON ESQ<br>304 HUDSON STREET 8TH FLOOR<br>NEW YORK, NY 10013 | NID-802-60-C-780<br>NIGHT SPEN PRODUCTIONS<br>ATTN JIMMY SPENCER<br>2219 CLARK AVENUE<br>BURBANK, CA 91506 |
| NID-802-60-C-661<br>PEABODY PLACE CENTRE GP<br>C/O RUSSELL W SAVORY<br>88 UNION AVENUE 14TH FLOOR<br>MEMPHIS, TN  38103 | NID-802-60-C-308<br>PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC<br>C/O JO-JEAN M  PANTON ESQ<br>6800 BROKEN SOUND PARKWAY NW<br>SUITE 100<br>BOCA RATON, FL 33487 | NID-802-60-C-1723<br>ROBERT BARATZ<br>181 E. 93RD ST.<br>NY, NY 10128 |
| NID-802-60-C-1187<br>ROBIE CAMBRIDGE LLC<br>C/O LYNCH, BREWER, HOFFMAN & FINK LLP<br>ATTN: JOHN P DENNIS ESQ<br>101 FEDERAL ST., 22ND FL.<br>BOSTON, MA 02110-1800 | NID-802-60-C-498<br>SMITH, GORDON (GS) & BAYSIDE CONTENT<br>SOURCING & FINDERS FEE<br>ATTN GORDON SMITH<br>4444 WILSHIRE BLVD  SUITE 304<br>LOS ANGELES, CA 90010 | NID-802-60-CA-1610<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>RE MUZE INC<br>1221 AVENUE OF THE AMERICAS<br>25TH FLOOR<br>NEW YORK, NY 10020-1089<br>(212) 768-6700 |
| NID-802-60-C-871<br>TRANSAMERICA REALTY SERVICES LLC<br>ATTN THOMAS J SCHEFTER - BILL SINDLINGER<br>C/O AEGON USA REALTY ADVISOR, INC<br>4333 EDGEWOOD ROAD N E<br>CEDAR RAPIDS, IA 52499-5220 | NID-802-60-C-1349<br>VESTAR DRM-OPCO LLC<br>C/O WILLIAM NOVOTNY<br>MARISCAL, WEEK, MCINTYRE & FRIEDLANDER,PA<br>2901 NORTH CENTRAL AVE STE 200<br>PHONEX, AZ 85012 | NID-802-60-C-454<br>WAKING STATE MULTIMEDIA<br>C/O DOUG HOWERTON -WSMM<br>PO BOX 1304<br>UNION CITY, CA 94587 |

Three A's Holdings, L.L.C. - U.S. Mail

Served 6/4/2008

NID-802-60-C-778
WIDE AWAKE MERCHANDIZING AGREEMENT
ATTN EDDIE WILLIS
P.O. BOX 500121
AUSTIN, TX 78750

NID-802-60-C-779
WIDEAWAKE MERCHANDISING, LLC
ATTN EDDIE WILLIS
P.O. BOX 500121
AUSTIN, TX 78750

Creditor(s): 29