## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : **Chapter 11** |
| **THREE A'S HOLDINGS, L.L.C., a** | : |
| **Delaware limited liability company, et** | : **Case No. 06-10886 (BLS)** |
| **al.,**[1] | : |
| | : **Jointly Administered** |
| Debtors. | : |
| | : **Re: Docket Nos. 1984 and 1985** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :

                      : SS.

NEW CASTLE COUNTY    :

       Heidi L. Parker, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 16th day of June, 2008 she caused a copy of the following to be served on the list attached hereto and on the attached Exhibit List as indicated:

- **Order Granting Debtors' Motion to Approve Settlement Agreement With the Claimants [Docket No. 1984]; served hereto on the service list attached as Exhibit A**

- **Order (REVISED) Granting Debtors' Thirteenth Omnibus Objection to Claims on Substantive Grounds to Certain (A) Books and Records Claims; (B) Multiple-Debtor Duplicate Claims; and (C) Wrong Class Claims [Docket No. 1985]**

*Heidi L. Parker*

Heidi L. Parker, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 16th day of June, 2008.

*Linda M Anderson*

Notary Public

LINDA M. ANDERSON
Notary Public - State of Delaware
My Comm. Expires June 30, 2010

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

### In re: Three A's Holdings, L.L.C.
### Bankruptcy Rule 2002 Service List as of June 16, 2008

#### Local Via Hand Delivery  -  Non-Local Via First Class Mail

*Representing CNA Insurance Companies &*
*Model Distributors, Inc.*
Elihu D. Allinson, III
William D. Sullivan
William D. Sullivan, LLC
4 East 8th Streeet, Suite 400
Wilmington, DE 19801
zeke@williamdsullivanllc.com
bill@williamdsullivanllc.com


*Representing Sony BMG Music*
*Entertainment & Warner/Elektra/Atlantic*
*Coporation*
Don A. Beskrone
Gregory A. Taylor
Amanda M. Winfree
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899 dbeskrone@ashby-geddes.com
gtaylor@ashby-geddes.com
awinfree@ashby-geddes.com


*Representing Inland Real Estate*
*Corporation*
Karen C. Bifferato
Christina M. Thompson
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building, 1007 North Orange
Street
Wilmington, DE 19801
USAkbifferato@cblh.com
cthompson@cblh.com


*Representing Eagle Group LLC, Eagle*
*Glendale Marketplace L.P., AK Glendale*
*LLC and Rounder Records Corp.*
Stuart M. Brown
Mark D. Olivere
William E. Chipman
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
sbrown@eapdlaw.com
molivere@eapdlaw.com
wchipman@eapdlaw.com


*Representing Informal Committee of Trade*
*Vendors of MTS, Incorporated d/b/a Tower*
*Records*
Teresa K. D. Currier
Mary F. Caloway
Buchanon Ingersol & Rooney
The Brandywine Building, 1000 West
Street, Suite 1410
Wilmington, DE 19801
teresa.currier@bipc.com
mary.caloway@bipc.com


*Representing Monterey Village Park*
*Associates*
Tobey M. Daluz
Leslie C. Heilman
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801

*Representing GB Retail Funding, LLC*
Thomas J. Francella, Jr.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
tfrancella@reedsmith.com

*Representing LTB Limited Partnership*
Harry J. Giacometti
Smith Giacometti LLP
901 North Market Street, Suite 700
Wilmington, DE 19801
hgiacometti@sgllclaw.com

William A. Hazeltine
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
wahazeltine@whazeltinelaw.com

*Representing City Hall Records & NLG*
*Maurice and Jane Sugar Law Center for*
*Economic and Social Justice*
James E. Huggett
Lucian B. Murley
Herbert Mondros
Margolis Edelstein
750 South Madison Street, Suite 102
Wilmington, DE 19801
jhuggett@margolisedelstein.com

*Representing Regency Centers, L.P.*
Susan E. Kaufman
Henry Heiman
Heiman, Gouge & Kaufman LLP
P.O. Box 1674
800 King Street, Suite 303
Wilmington, DE 19899
skaufman@hgkde.com

Mark S. Kenney
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801
Mark.Kenney@usdoj.com

*Representing C.E.D Entertainment*
*Distribution*
Neal J. Levitsky
Seth A. Niederman
Fox Rothschild LLP
P.O. Box 2323
919 North Market Street
Wilmington, DE 19801
nlevitsky@foxrothschild.com
sniederman@foxrothschild.com

*Representing City Hall Records*
Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
lozides@loizides.com

*Representing The CIT Group/Business*
*Credit, Inc.*
Gaston P. Loomis
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
gloomis@reedsmith.com

*Representing Norton, LLC*
Thomas G. Macauley
Zuckerman Spaeder LLP
P.O. Box 1028
919 Market Street, Suite 990
Wilmington, DE 19899

*Representing JH Holdings, Ltd.*
Rachel B. Mersky
Monzack and Monaco, P.A.
1201 N. Orange St., Ste. 400
Wilmington, DE 19801
rmersky@monlaw.com

*Representing MSI Music Corp.*
Stephen M. Miller
Thomas M. Horan
Brett D. Fallon
Morris James LLP
P.O. Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
smiller@morrisjames.com
thoran@morrisjames.com
bfallon@morrisjames.com

*Representing Majap Investments Ltd.*
James E. O'Neill
Scotta E. McFarland
Pachulski, Stang, Ziehl & Jones, LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
joneill@pszyjw.com
smcfarland@pszyjw.com

*Representing Lincoln Properties, Ltd.*
Jeremy W. Ryan
Saul Ewing
P.O. Box 1266
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899  jryan@saul.com

*Representing Respond2 Entertainment, LLC*
Jeffrey M. Schlerf
Anthony M. Saccullo
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
jschlerf@bayardfirm.com
asaccullo@bayardfirm.com

*Representing Marina Pacific LLC and*
*Irvine Retail Properties*
William F. Taylor, Jr.
McCarter & English, LLP
405 North Market Street
Wilmington, DE 19801
wtaylor@mccarter.com

*Representing Jackson Brewery Marketplace,*
*Limited*
Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899 jwisler@cblh.com

*Representing The Silk Building*
*Condominium*
Daniel T. Altman
Belkin Burden Wenig & Goldman LLP
270 Madison Avenue
New York, NY 10016  daltman@bbwg.com

*Representing Harmonia Mundi USA*
Christopher Battaglia
Walter Benzija
Halperin Battaglia Raicht LLP
555 Madison Avenue
New York, NY 10022
cbattaglia@halperinlaw.net
wbenzija@halerinlaw.net

*Representing Watt Avenue
Company/Cardano Group*
Jo Anne M. Bernhard
Law Offices of Jo Anne M. Bernhard
2621 "K" Street
Sacramento, CA 95816
Jbernhard@Jbernhardlaw.com

*Representing Entergy New Orleans, Inc. &
Bohannon Development Company*
Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti, Biden & Balick
P.O. Box 2165
1308 Delaware Avenue
Wilmington, DE 19899  icb@bgbblaw.com
jkk@bgbblaw.com

*Representing Unofficial Committee of
Secured Music and Video Vendors*
Michael Bloom
Rebecca L. Booth
Stacy Lutkus
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
mbloom@morganlewis.com
rbooth@morganlewis.com
slutkus@morganlewis.com

*Representing CIT Group/Business Credit,
Inc., Agent for Senior Secured Creditors*
William S. Brody
Buchalter, Nemer, Fields & Younger
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
wbrody@buchalter.com

*Representing Inland Real Estate
Corporation*
Beth Spreecher Brooks
The Inland Real Estate Group, Inc.
2900 Butterfield Road
Oak Brook, IL 60523
bbrooks@inlandrealestate.com

*Representing Navarre Corporation*
Christopher A. Camardello
Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
ccamardello@winthrop.com

*Representing Limantzakis Properties No. 1,
LLC*
Diana K. Carey
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101  dcarey@karrtuttle.com

Sugar Law Center
for Economic and Social Justice
2727 Second Avenue, Suite 327
Detroit, MI 48201

*Representing Taubman Landlords*
Andrew S. Conway
Honigman Miller Schwartz and Cohn LLP
Suite 100, 38500 Woodward Avenue
Bloomfield Hills, MI 48304
Aconway@honigman.com

*Representing DDR MTD Fairfax Towne
Center LLC and Coventry II DDR Buena
Park LLC*
Eric C. Cotton
Developers Diversified Realty Corporation
P.O. Box 228042
3300 Enterprise Parkway
Beachwood, OH 44122 ecotton@ddrc.com

*Representing Warner Home Video, Inc.*
Jon L.R. Dalberg
Andrews Kurth LLP
601 South Figeuroa Street, Suite 3700
Los Angeles, CA 90017-5742
jdalberg@andrewskurth.com

*Representing Warner/Elektra/Atlantic Corp
(WEA)*
Frank W. DeBorde
Daniel P. Sinaiko
Morris, Manning & Martin, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
fdeborde@mmmlaw.com
dsinaiko@mmmlaw.com

*Representing Robie Cambridge LLC*
John P. Dennis
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
jdennis@lynchbrewer.com

Joseph Dryer
Plan Administrator
P.O. Box 919001
West Sacramento, CA 95691
wjdryer@gmail.com

*Representing California Flatiron Corp*
Daniel M. Eliades
Forman Holt & Eliades LLC
218 Route 17 North
Rochelle Park, NJ 077662
deliades@formanlaw.com

*Representing Federal Express Corporation*
Charles J. Filardi, Jr.
Filardi Law Offices, LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510  charles@filardi-
law.com

Joe Flores
Universal Music & Video Distribution
10 Universal City Plaza
Universal City, CA 91608
jlflores@umusic.com

*Representing LTB Limited Partnership*
Harry J. Giacometti
Smith Giacometti, LLC
The Land Title Building
Suite 1200
100 South Broad Street
Philadelphia, PA 19110
hgiacometti@sgllclaw.com

*Representing MSI Music Corp.*
Robert N. Gilbert
Carlton Fields, P.A.
Esperante
222 Lakeview Avenue, Suite 1400
West Palm Beach, FL 33401
rgilbert@carltonfields.com

John Guililano
Bank of New York

Attention:  Corporate Trust Administration
101 Barclay Street, 8W
New York, NY 10286
johnguiliano@bankofny.com

*Representing Debtors*
Peter J. Gurfein
Patrick Ivie
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
pgurfein@akingump.com
pivie@akingump.com

*Representing Universal Music Group
Distribution, Corp.*
M. Elaine Hammond
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
ehammond@friedumspring.com

*Representing Rounder Records Corp.*
Richard Hiersteiner
Judy A. Groves
Theodore W. Connolly
Edwards Angell Palmer & Dodge LLP
111 Huntington Ave
Boston, MA 02110
rhiersteiner@eapdlaw.com
jgroves@eapdlaw.com
tconnolly@eapdlaw.com

*Representing GB Retail Funding, LLC*
Sheldon I. Hirshon
Peter J. Antoszyk
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
shirshon@proskauer.com
pantoszyk@proskauer.com

*Representing City and County of Denver*
Lacy E. Holly, III
Lacy E. Holly, III, PA
P.O. Box 700
603 Main Street
Odessa, DE 19730 lacyholly@hhglaw.net

*Representing Respond 2 Entertainment LLC,
UOP Investors, LLC, Andrew C. Gianulias,
Gus C. Gianulias, Trustee of the Gus C. and
Julie M. Gianulias Family Revocable Trust
Dated 1/20/83, Christopher Gianulias, Jon
Gianulias, Trustee of the Jon and Veronica
G*
Nancy Hotchkiss
Trainor Fairbrook
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA 95865
nhotchkiss@trainorfairbrook.com

*Representing CP Centers 05 A, B, C, D, E,
F, G & H, LLC*
Alan K. Hyde
Holm Wright Hyde & Hays PLC
10429 S. 51st Street, Suite 285
Phoenix, AZ 85044

*Representing Great American Group, LLC
and Hudson Capital Group, LLC*
Jay R. Indyke
Cathy Herschcopf
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036 jindyke@cooley.com
chershcopf@cooley.com

*Representing Landmark HHH, L.L.C.*
Derek M. Johnson
Ruben, Johnson & Morgan, P.C.
249 Pearl Street, Third Floor
Hartford, CT 06103

*Representing Ticketmaster, Inc.*
Ivan L. Kallick
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Boulevard
Los Angeles, CA 90064
ikallick@manatt.com

*Representing Kahala Center Company*
Douglas D. Kappler
Robinson, Diamant & Wolkowitz
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
dkappler@rdwlawcorp.com

Alan H. Katz
Entergy New Orleans, Inc.
Assistant General Counsel
639 Loyloa Avenue, 26th Floor
New Orleans, LA 70113

*Representing NLG Maurice and Jane Sugar
Law Center for Economic and Social Justice*
John C. Lankenau
Stuart J. Miller
Lankenau & Miller LLP
1775 Broadway, Suite 610
New York, NY 10019

Seth Lax
Contrarian Capital Management, L. L. C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830
solax@contrariancapital.com

*Representing Geering Family Limited
Partnership and Geering Realty
Partnership, LTD*
Richard Le Blancq
Robert H. Yu
Harwood Lloyd, LLC
130 Main Street
Hackensack, NJ 07601
Rleblancq@HarwoodLloyd.com
Ryu@HarwoodLloyd.com

*Representing RREEF Management
Company*
Thomas J. Leanse
Brian D. Huben
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
thomas.leanse@kattenlaw.com
brian.huben@kattenlaw.com

*Representing County of Henrico, Virginia*
Margaret H. Lewis
Henrico County Public Schools
P.O. Box 23120
3820 Nine Mile Road
Richmond, VA 23223-0420

Harold Lichterman
Bank of America, N.A. - Office of General
Counsel
555 California Street, 8th Floor
Mail Code: CA5-705-08-01
San Francisco, CA 94104

Nancy F. Loftus
Assitant County Attorney
Department of Tax Administration, Fairfax
County, Virginia
12000 Government Center Parkway, Suite
549
Fairfax, VA 22035-0064

*Representing Norton LLC*
Daniel A. Lowenthal
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 10022-6225

*Representing Jackson Brewery Marketplace,
Limited*
Thomas J. Lutkewitte
Favret, Demarest, Russo & Lutkewitte
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
tlutkewitte@favretlaw.com

*Representing Terracommercial Management
Corp.*
Michael W. Malter
Julie H. Rome-Banks
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
michael@bindermalter.com
julie@bindermalter.com

Laura L. McCloud
Tennessee Department of Revenue
c/o TN Attorney General's Office,
Bankruptcy Divison
P.O. Box 20207
Nashville, TN 37202-0207
ICDELAWARE@STATE.TN.US

*Representing Iron Mountain Information
Management, Inc.*
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com

Ronald D. Monroe
Bank of America, N.A.
1231 Durrett Lane
Mail Code: KY6-200-01-39
Louisville, KY 40213-2041

Duane D. Morse
Director
3116 Valley Lane
Falls Church, VA 22044-1735
duane.morse@verizon.net

Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234  vnamken@us.ibm.com

*Representing Regency Centers, L.P.*
Nancy J. Newman
Hanson, Bridgett, Marcus, Vlahos & Rudy
LLP
425 Market St., 26th Floor
San Francisco, CA 94105
Nnewman@hansonbridgett.com

*Representing George Washington University*
Brett D. Orlove
Grossberg, Yochelson, Fox & Beyda, LLP
2000 L Street, N.W., Suite 675
Washington, D.C. 20036

*Representing The Irvine Company f/k/a
Irvine Retail Properties Co. & Marina
Pacific LLC*
Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 East Penn Street, Ste. 510
Whittier, CA 90602-1797

*Representing Cathedral Partners, LLC*
David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
dpoitras@jmbm.com

*Representing Federal Realty Investment
Trust, New Plan Excel Realty Trust, Inc.,
Kravco Simon Company and Developers
Diversified Realty Corporation*
David L. Pollack
Jeffrey Meyers
Dean Waldt
Ballard Spahr Andres & Ingersoll, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

*Representing Monterey Village Park
Associates*
David W. Reimann
The Reimann Law Group
1960 E. Grand Avenue, Suite 1165
El Segundo, CA 90245
dreimann@reimannlawgroup.com

*Representing Bohannon Development
Company*
Catherin Schlomann Robertson
Pahl & Gosselin
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113  crobertson@pahl-
gosselin.com

*Representing Consumer Privacy
Ombudsman*
Dana B. Rosenfeld
Bryan Cave LLP
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960
dbrosenfeld@bryancave.com

*Representing Office of Unemployment
Compensation Tax Services (OUCTS)*
Sharon L Royer
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania, Dept of
Labor & Industry, Harrisburg Bankruptcy &
Compliance Office
1171 S. Cameron St, Room 312
Harrisburg, PA 17104  sroyer@state.pa.us

*Representing Eagle Group, Eagle Glendale
Marketplace, L.P. and AK Glendale LLC*
Kenneth N. Russak
Pillsbury Winthop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
ken.russak@pillsburylaw.com

*Representing TDK Electronics Corporation*
Anthony M. Sabino
Sabino & Sabino, P.C.
92 Willis Avenue, 2d Floor
Mineola, NY 11501  legal-
lion@earthlink.net

*Representing Peabody Place Centre, G.P.*
Russell W. Savory
Gotten, Wilson, Savory & Beard, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
russell.savory@gwsblaw.com

*Representing The Bartell Drug Company*
Jackson Schmidt
Pepple Johnson Cantu & Schmidt PLLC
1900 Seattle Tower Building, 1218 Third
Avenue
Seattle, WA 98101

*Representing Discover Financial Services
LLC*
Brian Sirower
Lori L. Winkelman
Peter L. Riggs
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
bsirower@quarles.com
lwinklem@quarles.com
priggs@quarles.com

Beth J. Solomon
Discover Financial Services LLC
2500 Lake Cook Road
Riverwoods, IL 60015
bankruptcy@discoverfinancial.com

*Representing Sunrise Promenade Associates*
Matthew V. Spero
Jeffrey A. Wurst
Ruskin Moscou Faltischek, PC
1425 Reckson Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
mspero@rmfpc.com

*Representing Source Interlink Companies,
Inc. and its affiliates*
Lisa K. Stauffer
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
lstauffer@cohenlaw.com

*Representing ProLogis*
Edward J. Tredinnick
Greene Radovsky Maloney Share &
Hennigh LLP
Four Embaracadero Center, Suite 4000
San Francisco, CA 94111-4106
etredinnick@grmslaw.com

*Representing Collateral Trustee/Trade
Agent for the Secured Music and Video
Vendors*
The Capital Trust Company of Delaware
Attn: Corporate Trust Administration
Little Falls Centre One, Suite 210
2711 Centerville Road
Wilmington, DE 19808

*Representing Madison Marquette Retail
Services*
Kenneth L. Valinoti
Valinoti & Dito LLP
180 Montgomery Street, Suite 940
San Francisco, CA 94104-4223

Cecelia Walton
State of Maryland
Department of Labor, Licensing &
Regulation
Office of Unemployment Insurance
Contributions Division
Litigation and Prosecution Unit
1100 North Eutaw Street, Room 401
Baltimore, MD 21201  dllr@dllr.state.md.us

*Representing Debtors*
Stephen H. Warren
Karen Rinehart
O'Melveny & Myers LLP
400 South Hope St.
Los Angeles, CA 90071
swarren@omm.com
krinehart@omm.com

*Representing American Express Travel
Related Svcs Co Inc Corp Card*
Gilbert B. Weisman
Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701  notices@becket-lee.com

*Representing Dallas County*
Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644
dallas.bankruptcy@publicans.com

*Representing SA Whitehouse Associates,
LLC*
Dennis J. Wickham
Seltzer Caplan McMahon Vitek
750 B Street, Suite 2100
San Diego, CA 92101

*Representing JH Holdings, Ltd.*
John J. Wiles
Wiles & Wiles
800 Kennesaw Avenue, NW, Suite 400
Marietta, GA 30060-7946
bankruptcy@evict.net

*Representing Prescott Interests, Ltd.*
Frank J. Wright
C. Ashley Ellis
Hance Scarborough Wright Ginsberg &
Brusilow, LLP
14755 Preston Road, Suite 600
Dallas, TX 75254  bankruptcy@hswgb.com

*Representing CNA Insurance Companies*
Jonathan W. Young
Jeffrey L. Gansberg
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229
young@wildmanharrold.com

*Representing Brown Bear Music Marketing*
Phillip G. Young, Jr.

Bass, Berry & Sims PLC
AmSouth Center, 315 Deaderick Street,
Suite 2700
Nashville, TN 37238-3001
pyoung@bassberry.com

# **EXHIBIT A**

**In re:  Three A's Holdings, L.L.C.**
**Special Service List**

*Via First Class Mail*

Douglas J. Bates, Esquire
General Counsel
International Periodicals Distributors, Inc.
27500 Riverview Center Boulevard
Bonita Springs, FL 34134

## SERVICE LIST

| | |
|---|---|
| Joel Abramson<br>829 N. Stockton St.<br>Stockton, CA  95202 | Beverly S. Andrews<br>406 Lilac Lane<br>West Sacramento, CA  95691 |
| Nataliya Andrusyak<br>1501 26th Street #3<br>Sacramento, CA  95816 | Oksana Andrusyak<br>1501 26th Street #3<br>Sacramento, CA  95816 |
| Theresa A. Bandaccari<br>265 Tivoli Way<br>Sacramento, CA  95819 | Stephanie Barrow<br>461B Walnut Street<br>West Sacramento, CA  95691 |
| Daljit S. Basi<br>5608 Dana Way<br>Sacramento, CA  95822 | William Baumann<br>211 Prescott Ct.<br>Granite Bay, CA  95746 |
| Terrell David Benton<br>2330 Mossy Bank Dr. #7<br>Sacramento, CA  95833 | Michelle D. Bernardo<br>2 Paddle Court<br>Sacramento, CA  95833 |
| Sunita Bhardwaj<br>5608 Dana Way<br>Sacramento, CA  95822 | Joel Bishop<br>600 Myrtle Avenue<br>West Sacramento, CA  95605 |
| Karen Botelho<br>2958 Davis Drive<br>West Sacramento, CA  95691 | Paul Calonder<br>2015 4th St., Apt. B<br>Sacramento, CA  95818 |
| Jonathan Carpenter<br>416 Merganser<br>Davis, CA  95616 | Kevin Cassidy<br>2946 Morse Glen Lane<br>Sacramento, CA  95684 |
| David Chiang<br>3124 Twitchell Island Road<br>West Sacramento, CA  95691 | Linda Clifford<br>2000 West Capitol Ave., #28<br>West Sacramento, CA  95691 |
| Patrick Contreras<br>5320 57th Street<br>Sacramento, CA  95820 | Ray L. Copeland<br>3562 63rd Street<br>Sacramento, CA  95820 |
| Joseph Davis<br>4200 Rosemont Avenue<br>Drexel Hill, PA  19026 | Robert Dennis<br>2247C Fern Avenue<br>Ontario, CA  91762 |

Nora Diaz Gamino
2355 W. Capital Ave., Apt. 280
West Sacramento, CA 95691

Rosary El-Amin
2000 West Capitol Ave., #14
West Sacramento, CA 95691

Kevin Ferreter
8517 Hans Engel Way
Fair Oaks, CA 95628

Bob Feterl
3113 Cloudcrest Road
La Crescenta, CA 91214

John Fraser
8661 Farewell Court
Elk Grove, CA 95624

Jo A. Gillespie
3830 Jeffrey Avenue
Sacramento, CA 95820

Charles Goodrich
2359 Montana Way
Elverta, CA 95626

Stephanie Graymerod
5555 Douglas Street #101
West Sacramento, CA 95605

Yaroslav Grib
533 Short Street
West Sacramento, CA 95605

Cynthia Hart
2362 Empress Street #3
Sacramento, CA 95815

Camille L. Hawley
3707 J. Street, Apt. A
Sacramento, CA 95816

Stella Donnelly
2584 Greenwood Lane, #20
Cameron Park, CA 95682

Francisch Escobar
8209 La Almedora Way
Sacramento, CA 95823

Olivia M. Ferris
8053 Blackhawk Drive
Sacramento, CA 95828

Russell D. Fox
3381 Martinique Street
West Sacramento, CA 95691

Adam Frost
2817 F. Street #5
Sacramento, CA 95816

Esther Gomez
1112 Taber Street
West Sacramento, CA 95605

Kello L. Gordon
10335 White Rock Rd., Apt. 1
Rancho Cordova, CA 95670

Susan Greenwalt
3460 Bass Lake Rd.
El Dorado Hills, CA 95762

Robert Hannan
3049 Susan Ct.
West Sacramento, CA 95691

Charles K. Hawkins
1225 43rd Avenue
Sacramento, CA 95822

Carmen Hensley
3816 Elkhorn Blvd.
N. Highlands, CA 95660

Gordon F. Hernandez
837 Yolo Street
West Sacramento, CA 95605

Susan Inouye
10 Pebble Court
Sacramento, CA 95831

Chris Jacobs
117 Donner Avenue
Roseville, CA 95678

Paul E. Jarvis
9077 Goldilocks Way
Sacramento, CA 95826

Sandy Jones
6810 DiLusso Dr., #T139
Elk Grove, CA 95758

Tim Knau
4628 62nd Street
Sacramento, CA 95820

Sani Kumar
3308 Chensey Ct.
Sacramento, CA 95827

Gypsy LaMore
8360 Streng Avenue
Citrus Heights, CA 95610

Randy Lenhart
5574 Hillsdale Blvd.
Sacramento, CA 95842

Evelyn Loop
1322 Amaranth Street
Plumas Lake, CA 95961

Jason Maggio
5910 Brandon Way
Sacramento, CA 95820

Randy Hluga
3808 West Way
Sacramento, CA 95821

Bounlorm Polia Inthavong
7578 24th Street #1
Sacramento, CA 95822

Michael Jansta
10161 Three Arches Circle
Villa Park, CA 92861

Katarina Johnson
992 Glow Court
Sacramento, CA 95831

Don Kielack
23561 N. Valley
Lake Zurich, IL 60047

Kenneth W. Koch
914 ½ 26th St., #B
Sacramento, CA 95816

William F. Lackermacher
24 Riverpebble Court
Sacramento, CA 95833

Ge Lee
95 Marilyn Circle
Sacramento, CA 95838

Laurence Liebler
7520 Chula Vista Drive
Citrus Heights, CA 95610

Carlos Luna
[NO ADDRESS]

Carolyn Matthies
1805 Edwin Way
Sacramento, CA 95813

Cynthia L. Mayes
229 E. 24th Street
Marysville, CA 95901

W.J. McCall, Jr.
130 Price Hills Trail
Sugar Hill, GA 30518

Doug McGrath
6708 Sugar Maple Way
Citrus Heights, CA 95810

Keith McKee
992 Glow Court
Sacramento, CA 95831

Carl N. Michelakos
1675 Great Oaks Drive
Lawrenceville, GA 30045

Stephen Mitchell
3928 Arderly Court
Sacramento, CA 95826

Alberta A. Montgomery
3608 Mahogany St.
Sacramento, CA 95838

Rory Musll
7883 McLin Way
Citrus Heights, CA 95610

Donald Neuner
3825 Trestle Glen Court
Cameron Park, CA 95682

Rebecca K. Olson
7917 Fincastle Ct.
Sacramento, CA 95829

Tina Piotrowski
4306 Stockbridge Avenue
Sacramento, CA 95842

Jacob McCabe
6850 Coventry Drive
Citrus Heights, CA 95621

Denise C. McDonald
3148 Merrywood Dr.
Sacramento, CA 95825

Gloria McHone
450 Maple Street
West Sacramento, CA 95691

Christine Mestas
2108 36th Street
Sacramento, CA 95817

Paige Miller
2212 8 Street, #1
Sacramento, CA 95816

Diana L. Montes
8051 Blackhawk Dr.
Sacramento, CA 95833

Gayland Morris
270 Still Water Drive
Yuba City, CA 95991

Kehoa Nakagawa
8617 Marmon Way
Sacramento, CA 95828

Richard D. Ohren
3833 48th Avenue SW
Seattle, WA 98116

Nicole Ortiz Levy
P.O. Box 163852
Sacramento, CA 95816

Gerald D. Pompei
9095 Richborough Way
Elk Grove, CA 95624

Balram Puran
123 Rocket Avenue
Valley Stream, NY 11580

Ronald Ragien
2017 17th Street
Sacramento, CA 95818

Lisa Rhew-Jansta
10151 Three Arches Circle
Villa Park, CA 92861

Monica Ricardez
293 S. Sentous Avenue
West Covina, CA 91792

Steven Richard
1521 Madrone Avenue, #20
West Sacramento, CA 95691

Teresa Richardson
7635 Sloughhouse Rd.
Elk Grove, CA 95624

Amanda C. Ridge
600 Myrtle Avenue
West Sacramento, CA 95605

Eduardo Rioja
3220 Watt Avenue, #14
Sacramento, CA 95821

Brenda Rubalcava
P.O. Box 308
West Sacramento, CA 95605

Raymond Rubalcava
P.O. Box 1132
Elverta, CA 95626

Aleksey Rybikov
825 Morning Glory St.
West Sacramento, CA 95691

Meuy Foo Saelee
6860 Casa Del Sol Way
Sacramento, CA 95828

Foo Manh Saephanh
6860 Casa Del Sol Way
Sacramento, CA 95828

Basilio Salaices
2958 Diana Drive
West Sacramento, CA 95691

Maria Scharff
680 Gregory Drive
Yuba City, CA 95993

Alan H. Seibert
238 Touchstone Place
West Sacramento, CA 95691

Stephen Senishen
3629 West Lane
Stockton, CA 95204

Karen Simmons
1611 22nd St., #4
Sacramento, CA 95816

Evelene P. Singh
7615 Bluebrook Way
Sacramento, CA 95823

Francis A. Singh
7615 Bluebrook Way
Sacramento, CA 95823

Jasbir Singh
6842 Villar Juares Circle
Sacramento, CA 95828

Praven Singh
4391 Batt Drive
Sacramento, CA 95838

Jerzy Slusarczyk
1643 Moreno Drive
Glendale, CA 91207

Olga Spireva
1021 Elliot Street
West Sacramento, CA 95605

William L. Stanley
2065 15th Avenue, #1
Sacramento, CA 95822

Christopher R. Tefoya
2327 G. Street
Sacramento, CA 95816

Kimberlee Ann Thompson
2 Shady Lake Ct.
Sacramento, CA 95834

Antonina Timoshenko
250 Touchstone Place, #50
West Sacramento, CA 95691

Thomas Updike
5675 Wallace Avenue
Sacramento, CA 95824

Irene M. Velbeck
P.O. Box 980204
West Sacramento, CA 95798

Lauren D. Watt
6019 Brooktree Drive
Citrus Heights, CA 95621

Morton Wiggins
1296 Lohrman Lane
Petaluma, CA 94952

Zelma Woodley
6810 DiLusso Dr. #165
Elk Grove, CA 95758

Terrel Porter Smith
48 W. Clover Street
Woodland, CA 95695

Dennis Sprangler
4400 Truxel Road #10
Sacramento, CA 95834

Curtis Swedlow
5942 12th Avenue
Sacramento, CA 95820

James B. Tank
1516 22nd Street, #4
Sacramento, CA 95816

Richard E. Timmermans
1000 Allison Drive, #67
Vacaville, CA 95687

Juan F. Torres
602 Crosswind Drive
Sacramento, CA 95838

Paula Vaccaro
11764 Village Pond Way
Rancho Cordova, CA 95742

Rick Walker
2023 Kellogg Way
Rancho Cordova, CA 95670

James White
635 Paseo De La Playa #103
Redondo Beach, CA 90277

Cheryl A. Williams
P.O. Box 245334
Sacramento, CA 95824

Angela D. Woodward
2223 Q. Street, Apt. 16
Sacramento, CA 95816

Doug Wright
920 Cranbrook Court
Davis, CA  95616

Kaying Xiong
7863 Blacksand Way
Antelope, CA  95843

Tatiana Yazykova
900 Simon Ter. #19
West Sacramento, CA  95605

Kongsy Xayavong
6588 Hitchcock Way
Sacramento, CA  95823

Tong Xiong
7513 McTavish Circle
Sacramento, CA  95828