## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **THREE A'S HOLDINGS, L.L.C., a** | : | |
| **Delaware limited liability company, et** | : | **Case No. 06-10886 (BLS)** |
| **al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Re: Docket Nos. 2032-2037** |

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

       Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 1st day of July, 2008 she caused a copy of the following to be served on the attached list as indicated:

- **Notice of Amendments to Debtor M T S Incorporated's Schedule D - Creditors Holding Secured Claims [Docket No. 2032 - filed June 30, 2008]**

- **Notice of Amendments to Debtor Tower Direct, LLC's Schedule F - Creditors Holding Unsecured Nonpriority Claims [Docket No. 2033 - filed June 30, 2008]**

- **Notice of Amendments to Debtor M T S Incorporated's Schedule F - Creditors Holding Unsecured Nonpriority Claims [Docket No. 2034 - filed June 30, 2008]**

- **Notice of Amendments to Debtor M T S Incorporated's Schedule F - Creditors Holding Unsecured Nonpriority Claims [Docket No. 2035 - filed June 30, 2008]**

- **Notice of Amendments to Debtor M T S Incorporated's Schedule F - Creditors Holding Unsecured Nonpriority Claims [Docket No. 2036 - filed June 30, 2008]**

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

- **Notice of Amendments to Debtor M T S, Incorporated's Schedule F - Creditors Holding Unsecured Nonpriority Claims [Docket No. 2037 - filed June 30, 2008]**

Dated: July 3, 2008
       Wilmington, Delaware

                              Ann Jerominski, RP
                              Registered Paralegal
                              RICHARDS, LAYTON & FINGER, P.A.
                              920 North King Street
                              Wilmington, DE  19801
                              (302) 651-7700

SWORN TO AND SUBSCRIBED before me this ___7th___ day of July, 2008

                              Notary Public

                                   BARBARA J. WITTERS
                              Notary Public - State of Delaware
                              My Comm. Expires Mar. 13, 2009

## Service List

*Via Hand Delivery*

Mark S. Kenney
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801