## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>**THREE A'S HOLDINGS, L.L.C.**, a<br>**Delaware limited liability company, <u>et</u>**<br><u>**al.**</u>,[1] | : **Chapter 11**<br>:<br>: **Case No. 06-10886 (BLS)**<br>:<br>: **Jointly Administered**<br>:<br>: |

### <u>AFFIDAVIT OF SERVICE</u>

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on June 24, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in <u>Exhibit A</u> attached hereto:

- **Order (Fourth) Granting Debtors' Tenth Omnibus Objection to Claims on Substantive Grounds (Books and Records and Misclassified)**

Dated: June 26, 2008

Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 26TH day of June, 2008, by Neva Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

SCOTT M. EWING
Commission # 1541974
Notary Public - California
Los Angeles County
My Comm. Expires Jan 7, 2009

---

[1]    The Debtors are the following entities:  Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## EXHIBIT A

**Three A's Holdings, L.L.C. -  U.S. Mail**                                                      **Served 6/24/2008**

NID-802-62-C-1369
MARTHA WILLIS
C/O LAUREL R ZAESKE ESQ
RUS, MILIBAND, & SMITH APC
2600 MICHELSON DRIVE SEVENTH FLOOR
IRVINE, CA 92612

NID-802-62-C-1610
MUZE INC
C/O SEAN RICHARDSON ESQ
304 HUDSON STREET 8TH FLOOR
NEW YORK, NY 10013

NID-802-62-CA-1610
SONNENSCHEIN NATH & ROSENTHAL LLP
RE MUZE INC
1221 AVENUE OF THE AMERICAS
25TH FLOOR
NEW YORK, NY 10020-1089

NID-802-62-C-1570
WILLIAM H MACLAUGHLIN AND ALLEN BENDER
C/O NANCY HOTCHKISS, ESQUIRE
TRAINOR FAIRBROOK
980 FULTON AVENUE
SACRAMENTO, CA 95825

                                                            Creditor(s):  4