IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, <u>et al.</u>,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on June 24, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in <u>Exhibit A</u> attached hereto:

- **Order (Fifth) Regarding Debtors' Ninth Omnibus Objection to Claims on Substantive Grounds (Wrong Debtor, Misclassified and Duplicate)**

Dated: June 26, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 26TH day of June, 2008, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

SCOTT M. EWING
Commission # 1541974
Notary Public - California
Los Angeles County
My Comm. Expires Jan 7, 2009

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

Case 06-10886-BLS    Doc 2069    Filed 07/09/08    Page 2 of 3

**Three A's Holdings, L.L.C. - U.S. Mail**                                                                                                   **Served 6/24/2008**

| | | |
|---|---|---|
| NID-802-65-CA-902<br>ATRADIUS TRADE CREDIT INSURANCE INC.<br>RE: HEP CAT DIST<br>5026 CAMPBELL BLVD. SUITE A-D<br>BALTIMORE, MD 21236<br>ATTN: CLAIMS DEPT. | NID-802-65-CA-902<br>ATRADIUS TRADE CREDIT INSURANCE INC.<br>RE: HEP CAT DIST<br>ATTN: DANA SANTILLI<br>5026 CAMPBELL BOULEVARD, SUITE A-D<br>BALTIMORE, MD 21236 | NID-802-65-CA-903<br>DECHERT LLP<br>RE:THE BANK OF NEW YORK AS INDENTURE TRUS<br>CIRA CENTRE<br>2929 ARCH STREET<br>PHILADELPHIA, PA 19104-2808 |
| NID-802-65-C-902<br>HEP CAT DIST<br>ATTN JEFF HEJNY<br>ACCOUNTS RECEIVABLE DEPT<br>900 N. ROHLWING RD.<br>ITASCA, IL 60143 | NID-802-65-CA-903<br>THE BANK OF NEW YORK<br>ATTN JOHN GUILIANO<br>101 BARCLAY STREET FLOOR 8W<br>NEW YORK, NY 10286 | NID-802-65-C-896<br>THE BANK OF NEW YORK AS INDENTURE TRUSTEE<br>ATTN JOHN GUILIANO<br>C/O GLENN E SIEGEL ESQ<br>DECHERT LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |

Creditor(s):   6