## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,**[1] | **Case No. 06-10886 (BLS)** |
|  | **Jointly Administered** |

### AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on June 24, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Order (Second) Granting Debtors' Thirteenth Omnibus Objection to Claims on Substantive Grounds to Certain (A) Books and Records Claims; (B) Multiple-Debtor Duplicate Claims; and (C) Wrong Class Claims**

Dated: June 26, 2008

Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 26th day of June, 2008, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

SCOTT M. EWING
Commission # 1541974
Notary Public - California
Los Angeles County
My Comm. Expires Jan 7, 2009

---

[1]    The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## EXHIBIT A

**Three A's Holdings, L.L.C. -  U.S. Mail**

NID-802-63-C-1398
FEDERAL REALTY INVESTMENT TRUST
T/A CONGRESSIONAL PLAZA RICHMOND VA
C/O DAVID L POLLACK ESQ
BALLARD SPAHR ANDREWS & INGERSOLL LLP
1735 MARKET STREET 51ST FLOOR
PHILADELPHIA, PA 19103

NID-802-63-C-1363
MICHAEL AXELROD
400 POST AVENUE, SUITE 307
WESTBURY, NY 11590

NID-802-63-C-1187
ROBIE CAMBRIDGE LLC
C/O LYNCH, BREWER, HOFFMAN & FINK LLP
ATTN: JOHN P DENNIS ESQ
101 FEDERAL ST.,  22ND FL.
BOSTON, MA 02110-1800

Creditor(s):  3