## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **THREE A'S HOLDINGS, L.L.C.,** a **Delaware limited liability company, et al.,**[1] | **Case No. 06-10886 (BLS)** |
| | **Jointly Administered** |

### AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on June 26, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Motion for Order Extending Deadline to Object to Claims**

Dated: June 27, 2008

Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 27th day of June, 2008, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

SCOTT M. EWING
Commission # 1541974
Notary Public - California
Los Angeles County
My Comm. Expires Jan 7, 2009

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

**Three A's Holdings, L.L.C. - U.S. Mail**                                                                    Served 6/26/2008

NID-802-66-C-1629
ABRAHAM FURMAN
20037 SW 70TH AVE
TUALATIN, OR 97062

NID-802-66-C-1239
AEC DIRECT INC
ATTN GEORGE CAMPAGNA
C/O LISA K STAUFFER ESQ
COHEN & GRIGSBY PC
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA  15222-1319

NID-802-66-C-1257
AEC ONE STOP GROUP INC  (SEE NOTES)
ATTN GEORGE CAMPAGNA
C/O LISA K STAUFFER ESQ
COHEN & GRIGSBY PC
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA  15222-1319

NID-802-66-C-1247
AEC ONE STOP GROUP INC AND ITS DIVISION
INNOVATIVE DISTRIBUTION NETWORK
ATTN GEORGE CAMPAGNA - LISA K STAUFFER ESQ
COHEN & GRIGSBY PC
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA  15222-1319

NID-802-66-C-1593
ALFRED AMISTOSO
643 WALLER ST #4
SAN FRANCISCO, CA 94117

NID-802-66-C-1666
ALLEN WEINBERG
2077 BUCHANAN ST
SAN FRANCISCO, CA 94115
USA

NID-802-66-C-1244
ALLIANCE ENTERTAINMENT CORP
ATTN GEORGE CAMPAGNA
C/O LISA K STAUFFER ESQ
COHEN & GRIGSBY PC
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA  15222-1319

NID-802-66-C-1665
ALLYNA B. STEINBERG
215 E95 ST. #9F
NEW YORK, NY 10128
USA

NID-802-66-C-1540
ANAHEIM REDEVELOPMENT AGENCY
ATTN CHRISTINE M LONG
201 S ANAHEIM BLVD SUITE 1003
ANAHEIM, CA 92805

NID-802-66-C-1657
ANDREW CAREY
4731 D STREET
SACRAMENTO, CA 95819
USA

NID-802-66-C-1416
ASLAN CAPITAL MASTER FUND LP
375 PARK AVE SUITE 1903
NEW YORK, NY  10152
ATTN BRUCE GREGORY

NID-802-66-C-1180
ASLAN CAPITAL MASTER FUND LP
ATTN BRUCE GREGORY-MARK BADAGLIACCA
375 PARK AVENUE SUITE 1903
NEW YORK, NY 10152

NID-802-66-C-1442
BAKER & TAYLOR
C/O SARAH G MOORE ESQ
2550 WEST TYVORA RAOD SUITE 300
CHARLOTTE, NC 28217

NID-802-66-C-1451
BAKER & TAYLOR
C/O SARAH G MOORE ESQ
2550 WEST TYVORA ROAD SUITE 300
CHARLOTTE, NC 28217

NID-802-66-C-1652
BEN CRAIGHEAD
23006 SE 406TH ST
ENUMCLAW, WA 98022
USA

NID-802-66-C-1757
BERNICE SADAMUNE
7932 BELTON DRIVE
LOS ANGELES, CA 90045
USA

NID-802-66-C-882
BRIAN H. CHARTER
CHARTER DAVIS, LLP
RE: MARKER (NANCY)
1730 I STREET, STE.240
SACRAMENTO, CA 95814

NID-802-66-C-142
CALVEY PACKAGING
ATT KEVIN CALVEY
7728 WILBUR WAY
SACRAMENTO, CA  95828

NID-802-66-C-1664
CARA TRUEMAN
54 SEA TERRACE
SAN FRANCISCO, CA 94121
USA

NID-802-66-C-509
CAROL JOY
C/O LAW OFFICES OF MICHAEL S LAMONSOFF
80 MAIDEN LANE 12TH FL
NEW YORK, NY 10038

NID-802-66-C-1692
CASSIDY HANSEN
4426 PEBBLE BEACH RD.
ROCKLIN, CA 95765
USA

NID-802-66-C-1355
CATHEDRAL PARTNERS LLC
ATTN MARK CAPLOW - DAVID POITRAS
JEFFER MANGELS BUTLER & MARMARO
1900 AVENUE OF THE STARS, 7TH FL
LOS ANGELES, CA  90067

NID-802-66-C-1690
CHRIS GEISSINGER
328 ALVARADO ST
REDLANDS, CA 92373
USA

NID-802-66-C-352
CITY OF LAKEWOOD WATER
ATTN MARY LOVE
5050 CLARK
LAKEWOOD, CA 90712

NID-802-66-C-1352
COVENTRY II DDR BUENA PARK LLC
C/O  ERIC C COTTON, ASST GENERAL COUNSEL
DEVELOPERS DIVERSIFIED REALTY
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD, OH 44122

NID-802-66-C-1541
CRAIG MARTIN
C/O DEBRA A LAUZON
LAUZON & EULER LLP
RE MARTIN CRAIG
2447 PACIFIC COAST HIGHWAY STE 100
HERMOSA BEACH, CA 90254

NID-802-66-C-1324
CSC TRUST COMPANY OF DELAWARE
ATTN CORPERATE TRUST ADMIN / ALAN R. HALPER
LITTLE FALLS CENTRE ONE
2711 CENTERVILLE RD, SUITE 210
WILMINGTON, DE  19808

**Three A's Holdings, L.L.C. - U.S. Mail**

NID-802-66-C-1675
DANA ADORNO
401 SECOND AVE #23D
NY, NY 10010

NID-802-66-C-705
DANIEL CULLETT
DADDYS LAND RECORDS
201 EAST EAGLE STREET
LONG BEACH, CA 90806

NID-802-66-C-858
DARLETTE GAYLE
PO BOX 382
BLADENSBURG, MD 20710

NID-802-66-C-1687
DAVID LANGER
24311 WABUSKA ST
NEWHALL, CA 91321
UNITED STATES

NID-802-66-C-1698
DAVID M NESSLER
1029 WEST MORGAN AVENUE
MILWAUKEE, WI 53221
USA

NID-802-66-CA-903
DECHERT LLP
RE:THE BANK OF NEW YORK AS INDENTURE TRUST
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

NID-802-66-C-770
DENNIS LORIMER
LAW OFFICES OF RAMIN R. YOUNESSI
ATTN: RAMIN R. YOUNESSI, ESQ.
3435 WILSHIRE BLVD.
SUITE 2370
LOS ANGELES, CA 90010

NID-802-66-CA-1324
DEUTSCHE BANK SECURITIES, INC.
RE: UNIVERSAL MUSIC GROUP DISTRIBUTION, CORP
60 WALL STREET, FLOOR 2
NEW YORK, NY 10005
ATTN: MATTHEW DOHENY

NID-802-66-CA-889
DEUTSCHE BANK SECURITIES, INC.
RE: UNIVERSAL MUSIC GROUP DISTRIBUTION, COR
60 WALL STREET, FLOOR 3
NEW YORK, NY 10005
ATTN: MATTHEW DOHENY

NID-802-66-CA-690
DEUTSCHE BANK SECURITIES, INC.
RE: V.P.D. IV., D/B/A VIDEO PRODUCTS DISTRIVUTORS
60 WALL STREET, FLOOR 2
NEW YORK, NY 10005
ATTN: MATTHEW DOHENY

NID-802-66-CA-1416
DILLON BITAR & LUTHER LLC
RE ASLAN CAPITAL MASTER FUND LP
53 MAPLE AVENUE
PO BOX 398
MORRISTOWN, NJ 07963

NID-802-66-C-1358
DISCOVER FINANCIAL SERVICES LLC
ATTN GINGER MERRIMAN
PO BOX 3000
NEW ALBANY, OH 43054

NID-802-66-CA-1283
EDWARDS ANGELI PALMER & DODGE LLP
RE: ROUNDER RECORDS CORP
111 HUNTINGTON AVENUE
BOSTON, MA 02199

NID-802-66-CA-1282
EDWARDS ANGELL PALMER & DODGE LLP
RE: ROUNDER RECORDS CORP
111 HUNTINGTON AVENUE
BOSTON, MA 02199

NID-802-66-CA-1373
EDWARDS ANGELL PALMER & DODGE LLP
RE:COUNSEL TO ROUNDER RECORDS CORP
C/O THEODORE W CONNOLLY
111HUNTINGTON AVENUE
BOSTON, MA 02199   617-239-0100

NID-802-66-C-703
ENTERTAINMENT UK LTD
GARY WOODS - SURHBIR JUTLEY
AURIOL DRIVE
GREENFORD PARK
GREENFORD, MIDDLESEX   UB6 0DS
UNITED KINGDOM

NID-802-66-C-1686
EUGENE LEW
1114 KEMPTON AVENUE
MONTEREY PARK, CA 91755

NID-802-66-C-1670
EVANGELICA CHRISTAN CREDIT UNION
ATTN MARY ANN PEARSON
955 W IMPERIAL HWY
BREA, CA 92821

NID-802-66-C-275
FEDERAL INSURANCE COMPANY
C/O LAW OFFICES OF TODD F HAINES
ATTN TODD F HAINES
30495 CANWOOD STREET, SUITE 100
AGOURA HILLS, CA 91301

NID-802-66-C-1398
FEDERAL REALTY INVESTMENT TRUST
T/A CONGRESSIONAL PLAZA RICHMOND VA
C/O DAVID L POLLACK ESQ
BALLARD SPAHR ANDREWS & INGERSOLL LLP
1735 MARKET STREET 51ST FLOOR
PHILADELPHIA, PA 19103

NID-802-66-C-1598
FRANCIS HSIAO
30 CAMBRIDGE PARK DRIVE
APT 5130
CAMBRIDGE, MA 02140

NID-802-66-C-1528
FRESNO COUNTY TAX COLLECTOR
ATTN LORI POINDEXTER- K LAMANUZZI
PO BOX 1192
FRESNO, CA 93715-1192

NID-802-66-C-1663
GERALD ROSEN
1625 31ST STREET, NW
WASHINGTON, DC 20007
USA

NID-802-66-C-1754
GLENN GUADALUPE
3349 EAST CALLE BAJA DRIVE
WEST COVINA, CA 91792
USA

NID-802-66-CA-1762
HACHETTE BOOK GROUP USA, INC.
ATTN: DENNIS J. BALOG
3 CENTER PLAZA
BOSTON, MA 02108-2084

NID-802-66-C-1762
HACHETTE BOOK GROUP USA, INC.
C/O JERRREY A. MARKS
SQUIRE, SANDERS & DEMPSEY L.L.P.
221 E. 4TH ST., STE. 2900
CINCINNATI, OH 45202

NID-802-66-C-306
HARTLEY & MARKS PUBLISHERS INC
ATTN HELEN YEN
3661 WEST BROADWAY
VANCOUVER, BC V6R 2B8
CANADA

**Three A's Holdings, L.L.C. - U.S. Mail**

NID-802-66-C-1744
HENRICO COUNTY, VIRGINIA
C/O RHYSA GRIFFITH SOUTH,
ASSISTANT COUNTY ATTORNEY
P.O. BOX 27032
RICHMOND, VA 23273-7032

NID-802-66-C-250
IMAGE ENTERTAINMENT INC
ATTN THERESE KRENTZ
20525 NORDHOFF STREET SUITE 200
CHATSWORTH, CA 91311-6104

NID-802-66-CA-250
IMAGE ENTERTAINMENT INC
PO BOX 514490
LOS ANGELES, CA 90051-4490

NID-802-66-C-1264
INNOVATIVE DISTRIBUTION NETWORK
A DIVISION OF AEC ONE STOP GROUP INC
ATTN GEORGE CAMPAGNA - LISA K STAUFFER ESQ
COHEN & GRIGSBY PC
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA 15222-1319

NID-802-66-C-1255
INTERNATIONAL PERIODICAL DISTRIBUTORS INC
ATTN JOHN BODE
C/O LISA K STAUFFER ESQ
COHEN & GRIGSBY P C
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA 15222-1319

NID-802-66-C-1182
INTERNATIONAL PERIODICAL DISTRIBUTORS INC
ATTN JOHN BODE
C/O LISA K STAUFFER ESQ
COHEN & GRIGSBY PC
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA 15222-1319

NID-802-66-C-1702
JAMES BURNELL
987 BLUE LANTERN DR
HENDERSON, NV 89015

NID-802-66-CA-1373
JEFF C GRADY
ROUNDER RECORDS CORP
1 ROUNDER WAY
BURLINGTON, MA 01803

NID-802-66-C-1688
JEFFREY MORRIS
151 N 5TH AVE
MONROVIA, CA 91016
USA

NID-802-66-C-1634
JENNIFER ANNE EVANS
264 DEVOE ST
APT 3F
BROOKLYN, NY 11211

NID-802-66-C-576
JEROME DESVAUX
VALKENPUTSTRAAT 51
2140 ANTWERPEN - BORGERHOUT
BELGIUM

NID-802-66-C-1642
JERRY WALLIN
4017-A CALLE SONORA ESTE
LAGUNA WOODS, CA 92637
USA

NID-802-66-C-772
JIMMY SPENCER
ATTN MERILYN ZIEGLER
2219 CLARK AVENUE
BURBANK, CA 91506

NID-802-66-C-1707
JOHN BERNARD ROCKMAN
23722 KIVIK ST
WOODLAND HILLS, CA 91367

NID-802-66-CA-1707
JOHN BERNARD ROCKMAN
3030 SHRINE PL
LOS ANGELES, CA 90007

NID-802-66-C-1659
JOSEPH TADROS
388 E OCEAN BLVD
UNIT 805
LONG BEACH, CA 90802

NID-802-66-C-1699
JULIA CUNHA
45 WEST MAPLE STREET
STOCKTON, CA 95204
USA

NID-802-66-C-1727
KAHALA CENTER COMPANY
C/O DOUGLAS D. KAPPLER
ROBINSON, DIAMANT & WOLKOWITZ, APC
1888 CENTURY PAARK EAST, STE. 1500
LOS ANGELES, CA 90067

NID-802-66-C-1728
KAHALA CENTER COMPANY
C/O DOUGLAS D. KAPPLER, ESQ.
ROBINSON, DIAMANT & WOLKOWITZ
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CA 90067

NID-802-66-C-1633
KAREN CHAVEZ
2467 1/2 W 251ST STREET
LOMITA, CA 90717
USA

NID-802-66-C-643
KEITH WESBY
3900 16TH ST NW 639
WASHINGTON, DC 20011

NID-802-66-C-622
KOCH ENTERTAINMENT
ATTN MICHAEL ROSENBERG
22 HARBOR PARK DR
PORT WASHINGTON, NY 11050

NID-802-66-C-1689
KRISTINE BROTHERS
5350 DUNLAY DR. #911
SACRAMENTO, CA 95835

NID-802-66-C-1681
LAURA BENSON
1160 CASIANO ROAD
LOS ANGELES, CA 90049
USA

NID-802-66-C-1662
LESLIE TYSON
95-2031 WAIKALANI PLACE D601
MILILANI, HI 96789

NID-802-66-C-388
LMPI INC.
ATTN: RON GAUDET - JOE CORTESE
8155 LARREY ST.
ANJOU, QUEBEC  H1J2L5
CANADA

NID-802-66-CA-1752
LOIZIDES, P.A.
RE: CITY HALL RECORDS
C/O CHRISTOPHER D. LOIZIDES
LEGAL ARTS BUILDING
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801

**Three A's Holdings, L.L.C. - U.S. Mail**

NID-802-66-CA-1753
LOIZIDES, P.A.
RE: ROBIN D. COHN, INC. D/B/A CITY HALL RECORDS
C/O CHRISTOPHER D. LOIZIDES
LEGAL ARTS BUILDING
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801

NID-802-66-C-560
LONG XUAN TRAN
4627 PARDEE AVENUE
FREMONT, CA 94538

NID-802-66-C-1378
MAJAP INVESTMENTS LTD
JAMES O NEIL
C/O PACHULSKI STANG ZIEHL YOUNG JONES & WE
919 NORTH MARKET STREET 17TH FLOOR
WILIMINGTON, DE 19899-8705

NID-802-66-C-1701
MARC MASSIMEI
5419 RENAISSANCE AVE
SAN DIEGO, CA 92122

NID-802-66-C-1601
MARC R FURTICK
3605 SCENIC DR SE
AUBURN, WA 98092-6479
UNITED STATES

NID-802-66-CA-1282
MARK D OLIVERE
RE  ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET 15TH FLOOR
WILMINGTON, DE  19801

NID-802-66-CA-1373
MARK D OLIVERE, ESQUIRE
RE:COUNSEL TO ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET 15TH FLOOR
WILMINGTON, DE 19801

NID-802-66-CA-1283
MARK D. OLIVERE,ESQUIRE
RE ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE,LLP
919 NORTH MARKET STREET,15TH FLOOR
WILMINGTON,DE 19801

NID-802-66-CA-1719
MARTHA WILLIS
3210 3RD AVENUE
CORONA DEL MAR, CA 92625

NID-802-66-C-1719
MARTHA WILLIS
C/O LAUREL R. ZAESKE, ESQ.
RUS, MILIBAND & SMITH, APC
2600 MICHELSON DRIVE, SEVENTH FLOOR
IRVINE, CA 92612

NID-802-66-C-663
MARVAL & O'FARRELL
ATTN ALEJANDRO D. FIUZA
928 ALEM 7TH FLOOR
BUENOS AIRES (1001)
BUENOS AIRES (1001), ARGENTINA ARGENTINA

NID-802-66-C-1661
MAUREEN SHARKEY
137 MARIE CIRCLE
ASTON, PA 19014
USA

NID-802-66-C-1341
MAVERICKS SURF VENTURES, LLC
ATTN DOUGLAS EPSTEIN
1645 BEACH ST.
SAN FRANCISCO, CA  94123

NID-802-66-CA-1324
MORGAN LEWIS & BOCKIUS LLP
RE CSC TRUST COMPANY OF DELAWARE
1701 MARKET STREET
PHILADELPHIA, PA  19103-2921
ATTN MICHAEL BLOOM

NID-802-66-C-494
MOSTON PRODUCTIONS
ATTN EILEEN M BOYD
3 CANTERBURY RD
ISLINGTON, M9A 5B2
CANADA

NID-802-66-C-1588
MOUNTAIN APPLE COMPANY INC
C/O MARK D BERNSTEIN
63 MERCHANT STREET
HONOLULU, HI 96813

NID-802-66-C-845
MPI
ATTN DAVID J FISCHER
C/O JEFFREY L GANSBERG
WILDMAN HAROLD ALLEN & DIXON LLP
225 WEST WACKER  DRIVE SUITE 3000
CHICAGO, IL 60606

NID-802-66-C-1610
MUZE INC
C/O SEAN RICHARDSON ESQ
304 HUDSON STREET 8TH FLOOR
NEW YORK, NY 10013

NID-802-66-C-1684
MYLES P STANG
25 W SHORE PK RD
KINGSTON, NH 03848

NID-802-66-C-1696
NATHAN SHOYKHET
0-39 PINE AVENUE
FAIR LAWN, NJ 07410
USA

NID-802-66-C-1320
NBC UNIVERSAL
ATTN JOHN ROUSSEY
100 UNIVERSAL CITY PLAZA 1440/6
UNIVERSAL CITY, CA 91608

NID-802-66-C-1682
NICOLE MORROW
PO BOX 320003
LOS GATOS, CA 95032

NID-802-66-C-780
NIGHT SPEN PRODUCTIONS
ATTN JIMMY SPENCER
2219 CLARK AVENUE
BURBANK, CA 91506

NID-802-66-C-623
NONSTOP MAGAZINE
ATTN MICHAEL KLAUS
P O BOX 509
CH-300, BERN 7
SWITZERLAND

NID-802-66-C-297
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
ATTN ANDREW R VARA
J CALEB BOGGS FEDERAL BUILDING
844 KING STREET LOCKBOX 35 SUITE 2207
WILMINGTON, DE 19801

NID-802-66-C-1651
OTIS ELEVATOR COMPANY
ATTN NEVILLE W COLLINS
1 FARM SPRINGS ROAD
FARMINGTON, CT 06032

NID-802-66-C-1655
PAMELA BATES
8940 OLDHAM WAY
WEST PALM BEACH, FL 33412
USA

**Three A's Holdings, L.L.C. - U.S. Mail**

NID-802-66-C-1747
PATRICIA B. WANNER
6222 FARMDALE AVE.
NORTH HOLLYWOOD, CA 91606
UNITED STATES

NID-802-66-CA-1180
R K & O RICHARDS KIBBE & ORBE LLP
RE:ASLAN CAPITAL MASTER FUIND LP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1003
212-530-1800

NID-802-66-C-1753
ROBIN D. COHN, INC. D/B/A CITY HALL RECORDS
ATTN: GRACE COHN
CITY HALL RECORDS
101 GLACIER POINT
SUITE C
SAN RAFAEL, CA 94901

NID-802-66-C-1231
RUSSELL M SOLOMON
C/O M DAVID MINNICK ESQ
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 FREMONT STREET
SAN FRANCISCO, CA 94105

NID-802-66-C-486
SIDNEY I. LEABMAN, ESQ., LAW OFFICES
C/O SIDNEY I LE ABMAN
RE: SYKES, DEITRA
1608 WALNUT STREET, STE. 800
PHILADELPHIA, PA 19103

NID-802-66-CA-1610
SONNENSCHEIN NATH & ROSENTHAL LLP
RE MUZE INC
1221 AVENUE OF THE AMERICAS
25TH FLOOR
NEW YORK, NY 10020-1089
(212) 768-6700

NID-802-66-CA-1324
STONEHILL INSTITUTIONAL PARTNERS, L.P
RE: CSC TRUST COMPANY OF DELAWARE
C/O STONEHILL CAPITAL MANAGEMENT
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022

NID-802-66-CA-793
STONEHILL INSTITUTIONAL PARTNERS, L.P.
RE: SONY PICTURES HOME ENTERTAINMENT INC
C/O STONEHILL CAPITAL MANAGEMENT
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022
ATTN: MR. STEVE NELSON

NID-802-66-CA-305
SUSAN MCFADDEN
3218 A MCMICHAEL ST
PHILADELPHIA, PA 19129

NID-802-66-C-1636
PAUL ROGERS
292 EAST 150 STREET APT 4F
BRONX, NY 10451
USA

NID-802-66-C-1599
RICHARD D MILANO
616 E COLLEGE AVE APT 108
STATE COLLEGE PA 16801-5562

NID-802-66-C-1282
ROUNDER RECORDS CORP
C/O GRADY JEFF
1 CAMP STREET
CAMBRIDGE, MA 02140

NID-802-66-C-1755
SCOTT SHIMOKAWA
744 TWIN VIEW DR
HONOLULU, HI 96817
USA

NID-802-66-CA-698
SIX DEGREES RECORDS
540 HAMPSHIRE STREET
SAN FRANCISCO , CA 94110

NID-802-66-C-793
SONY PICTURES HOME ENTERTAINMENT INC
ATTN KATHLEEN HALLINAN
SONY PICTURES
10202 WASHINGTON BLVD
CULVER CITY, CA 90232

NID-802-66-CA-250
STONEHILL INSTITUTIONAL PARTNERS, L.P.
RE: IMAGE ENTERTAINMENT INC
ATTN: MR. STEVE NELSON
C/O STONEHILL CAPITAL MANAGEMENT
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022

NID-802-66-C-305
SUSAN MC FADDEN
C/O EDWARD M SINGER ESQ
ONE BELMONT AVENUE, SUITE 605
BALA CYNWYD, PA 19004
USA

NID-802-66-C-1660
SUSAN PETERS
240 WEST 98TH ST (5C)
NEW YORK CITY, NY 10025
USA

NID-802-66-C-1409
PUBLIKAT
ATTN: MARKUS CHRISTL-CLINT JOHNS
VERLAGS- UND HANDELS GMBH & CO. KG
HAUPTSTRABE 204
D-63814 MAINASCHAFT
GERMANY

NID-802-66-C-1630
ROBERT B LAROCHE
4702 73RD STREET SW
MUKILTEO, WAS 98275
UNITED STATES

NID-802-66-C-1283
ROUNDER RECORDS CORP
C/O JEFFREY C GRADY
1 CAMP STREET
CAMBRIDGE, MA 02140

NID-802-66-C-1763
SHIRLEY IT WANG
6623 WILLOW ST. #1
EL CERRITO, CA 94530-3659

NID-802-66-C-698
SIX DEGREES RECORDS
C/O PORTER & ASSOCIATES
7801 FOLSOME BLVD SUITE 101
SACRAMENTO, CA 95826

NID-802-66-C-1641
STEVE ASPLUND
10500 NE 85TH ST
VANCOUVER, WA 98662
UNITED STATES

NID-802-66-C-698
STONEHILL INSTITUTIONAL PARTNERS, L.P.
RE: SIX DEGREES RECORDS
C/O STONEHILL CAPITAL MANAGEMENT
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022
ATTN: MR. STEVE NELSON

NID-802-66-C-892
SUSAN MC FADDEN
C/O EDWARD M SINGER ESQUIRE
ONE BELMONT AVENUE SUITE 605
BALA CYNWYD, PA  19004

NID-802-66-C-1653
TANNER J ABELEIN
8386 WEST WOODARD DRIVE
LAKEWOOD, CO 80227
UNITED STATES

**Three A's Holdings, L.L.C. - U.S. Mail**

Served 6/26/2008

NID-802-66-CA-895
THE BANK OF NEW YORK
ATTN JOHN GUILIANO
101 BARCLAY STREET FLOOR 8W
NEW YORK, NY 10286

NID-802-66-C-896
THE BANK OF NEW YORK AS INDENTURE TRUSTEE
ATTN JOHN GUILIANO
C/O GLENN E SIEGEL ESQ
DECHERT LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

NID-802-66-C-1181
THE INTERLINK COMPANIES INC
ATTN JOHN BODE
C/O LISA K STAUFFER ESQ
COHEN & GRIGSBY PC
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA 15222-1319

NID-802-66-C-1637
THOMAS O'DONNELL
215 W 98TH STREET APT 11D
NEW YORK, NY 10025
USA

NID-802-66-C-243
TIM LAUGHLIN
828 ROYAL ST. PMB 152
NEW ORLEANS, LA 70116
USA

NID-802-66-C-1512
TODD ALAN YOUNG
13468 BRADLEY AVENUE
SYLMAR, CA 91342

NID-802-66-CA-698
UNCYK, BORENKIND & NADLER, L.L.P.
RE SIX DEGREES RECORDS
555 5TH AVE FL 18
NEW YORK NY 10017-9253

NID-802-66-C-571
UNIDISC MUSIC INC.
ATTN  ANNA SPANO
57-B HYMUS BOULEVARD
POINT-CLAIRE, QUEBEC  H9R 4T2
CANADA

NID-802-66-C-891
UNIVERSAL MUSIC GROUP DISTRIBUTION CORP (UM
ATTN JOE FLORES
ELAINE HAMMOND
FRIEDMAN DUMAS & SPRINGWATER LLP
150 SPEAR STREET STE 1600
SAN FRANCISCO, CA  94105

NID-802-66-C-889
UNIVERSAL MUSIC GROUP DISTRIBUTION CORP (UMG
ATTN JOE FLORES
M ELAINE HAMMOND
FRIEDMAN DUMAS & SPRINGWATER LLP
150 SPEAR STREET STE 1600
SAN FRANCISCO, CA  94105

NID-802-66-C-1551
UNIVISION COMMUNICATIONS INC
FRIEDMAN & WEXLER
RE UNIVISION COMMUNICATIONS INC
500 W MADISON STREET, STE 2910
CHICAGO, IL 60661-4571

NID-802-66-C-690
V P D IV INC
D/B/A VIDEO PRODUCTS DISTRIBUTORS INC.
ATTN SHERI JAMESON
150 PARKSHORE DRIVE
FOLSOM, CA 95630

NID-802-66-C-1764
VICTOR CONSIGLIO
8414 MANASSAS CIRCLE
VIENNA, VA 22180
USA

NID-802-66-C-454
WAKING STATE MULTIMEDIA
C/O DOUG HOWERTON -WSMM
PO BOX 1304
UNION CITY, CA 94587

NID-802-66-C-906
WARNER HOME VIDEO INC
ATTN ROHIT PATEL
4000 WARNER BLVD BLDG 160 RM 10132
BURBANK, CA 91522

NID-802-66-C-778
WIDE AWAKE MERCHANDIZING AGREEMENT
ATTN EDDIE WILLIS
P.O. BOX 500121
AUSTIN, TX 78750

NID-802-66-C-779
WIDEAWAKE MERCHANDISING, LLC
ATTN EDDIE WILLIS
P.O. BOX 500121
AUSTIN, TX 78750

NID-802-66-C-1570
WILLIAM H MACLAUGHLIN AND ALLEN BENDER
C/O NANCY HOTCHKISS, ESQUIRE
TRAINOR FAIRBROOK
980 FULTON AVENUE
SACRAMENTO, CA 95825

NID-802-66-C-1602
ZONES
ATTN CHERIE BOWERS
1102 15TH ST SW STE 102
AUBURN, WA 98001-6509

Creditor(s):  154