IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, <u>et al.</u>,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on July 1, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in <u>Exhibit A</u> attached hereto:

- **Notice of Amendments to Debtor Tower Direct, LLC's Schedule F – Creditors Holding Unsecured Nonpriority Claims**

Dated: July 2, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 2nd day of July, 20 08, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

SCOTT M. EWING
Commission # 1541974
Notary Public - California
Los Angeles County
My Comm. Expires Jan 7, 2009

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

**EXHIBIT A**

**Three A's Holdings, L.L.C. - U.S. Mail**  **Served 7/1/2008**

NID-802-69-S-105809
PG&E
BOX 997300
SACRAMENTO, CA 95899

Creditor(s): 1