UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a | : |
| Delaware limited liability company, et al.,[1] | : Case No. 06-10886 (BLS) |
| | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket Nos. 2081 |

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

      Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 11th day of July, 2008 she caused a copy of the following to be served on the attached list as indicated:

- **Post-Confirmation Reports for June, 2008 [Docket No. 2081]**

Dated: July 11, 2008
      Wilmington, Delaware

                                  _/s/ Ann Jerominski_
                                  Ann Jerominski, RP
                                  Registered Paralegal
                                  RICHARDS, LAYTON & FINGER, P.A.
                                  920 North King Street
                                  P. O. Box 551
                                  Wilmington, DE 19899
                                  (302) 651-7700

SWORN TO AND SUBSCRIBED before me this _14th_ day of July, 2008

                                  _/s/ Joan M. Webb_
                                  Notary Public
                                  JOAN M. WEBB
                                  Notary Public - State of Delaware
                                  My Comm. Expires April 30, 2010

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1-3301911-1

In re: Three A's Holdings, LLC
Case No.: 08-10886 (BLS)
Service List

*Via Hand Delivery*

Mark S. Kenney
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

RLF1-3301911-1