IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on July 21, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Order (Fifth) Regarding Debtors' Tenth Omnibus Objection to Claims on Substantive Grounds (Books and Records and Misclassified)**

Dated: July 24, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this _24_ day of _July_, 20_08_, by _Nova Lachman_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary Seal: CATHERINE A. ROJO, Commission # 1804344, Notary Public - California, Los Angeles County, My Comm. Expires Jun 28, 2012]

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## EXHIBIT A

EXHIBIT A

**Three A's Holdings, LLC Service List**                                                                                           **Served 07/21/08**

| | | |
|---|---|---|
| MARTHA WILLIS<br>C/O LAUREL R ZAESKE ESQ<br>RUS, MILIBAND, & SMITH APC<br>2600 MICHELSON DRIVE SEVENTH FLOOR<br>IRVINE, CA 92612 | MUZE INC<br>C/O SEAN RICHARDSON ESQ<br>304 HUDSON STREET 8TH FLOOR<br>NEW YORK, NY 10013 | SONNENSCHEIN NATH & ROSENTHAL LLP<br>RE MUZE INC<br>1221 AVENUE OF THE AMERICAS<br>25TH FLOOR<br>NEW YORK, NY 10020-1089 |
| WILLIAM H MACLAUGHLIN AND ALLEN BENDER<br>C/O NANCY HOTCHKISS, ESQUIRE<br>TRAINOR FAIRBROOK<br>980 FULTON AVENUE<br>SACRAMENTO, CA 95825 | | |

**Total Records: 4**