IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on August 15, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Fourteenth Omnibus Objection on Non-Substantive Grounds to Certain (A) Late Filed Claims and (B) Wrong Debtor Claims**

Dated: August 18, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 18th day of August, 20 08, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

**EXHIBIT A**

Three A's Holdings, L.L.C. - U.S. Mail                                                                                           Served 8/15/2008

| | | |
|---|---|---|
| NID-802-MSL<br>ALAN H. KATZ<br>ENTERGY NEW ORLEANS, INC.<br>ASSISTANT GENERAL COUNSEL<br>639 LOYLOA AVENUE, 26TH FLOOR<br>NEW ORLEANS, LA 70113 | NID-802-MSL<br>ALAN K. HYDE<br>HOLM WRIGHT HYDE & HAYS PLC<br>10429 S. 51ST STREET, SUITE 285<br>PHOENIX, AZ 85044 | NID-802-MSL<br>ANDREW S. CONWAY<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>SUITE 100, 38500 WOODWARD AVENUE<br>BLOOMFIELD HILLS, MI 48304 |
| NID-802-MSL<br>ANTHONY M. SABINO<br>SABINO & SABINO, P.C.<br>92 WILLIS AVENUE, 2D FLOOR<br>MINEOLA, NY 11501 | NID-802-MSL<br>BETH J. SOLOMON<br>DISCOVER FINANCIAL SERVICES LLC<br>2500 LAKE COOK ROAD<br>RIVERWOODS, IL 60015 | NID-802-MSL<br>BETH SPREECHER BROOKS<br>THE INLAND REAL ESTATE GROUP, INC.<br>2900 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 |
| NID-802-MSL<br>BRETT D. ORLOVE<br>GROSSBERG, YOCHELSON, FOX & BEYDA, LLP<br>2000 L STREET, N.W., SUITE 675<br>WASHINGTON, D.C. 20036 | NID-802-MSL<br>BRIAN SIROWER<br>LORI L. WINKELMAN<br>PETER L. RIGGS<br>QUARLES & BRADY STREICH LANG LLP<br>RENAISSANCE ONE<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391 | NID-802-MSL<br>CATHERIN SCHLOMANN ROBERTSON<br>PAHL & GOSSELIN<br>225 WEST SANTA CLARA STREET, SUITE 1500<br>SAN JOSE, CA 95113 |
| NID-802-MSL<br>CECELIA WALTON STATE OF MARYLAND<br>DEPARTMENT OF LABOR, LICENSING & REGULATION<br>OFFICE OF UNEMPLOYMENT INSURANCE<br>CONTRIBUTIONS DIVISION<br>LITIGATION AND PROSECUTION UNIT<br>1100 NORTH EUTAW STREET, ROOM 401<br>BALTIMORE, MD 21201 | NID-802-MSL<br>CHARLES J. FILARDI, JR.<br>FILARDI LAW OFFICES, LLC<br>65 TRUMBULL STREET, SECOND FLOOR<br>NEW HAVEN, CT 06510 | NID-802-MSL<br>CHRISTOPHER A. CAMARDELLO<br>WINTHROP & WEINSTINE, P.A.<br>225 SOUTH SIXTH STREET, SUITE 3500<br>MINNEAPOLIS, MN 55402 |
| NID-802-MSL<br>CHRISTOPHER BATTAGLIA<br>WALTER BENZIJA<br>HALPERIN BATTAGLIA RAICHT LLP<br>555 MADISON AVENUE<br>NEW YORK, NY 10022 | NID-802-MSL<br>CHRISTOPHER D. LOIZIDES<br>LOIZIDES, P.A.<br>1225 KING STREET, SUITE 800<br>WILMINGTON, DE 19801 | NID-802-MSL<br>DANA B. ROSENFELD<br>BRYAN CAVE LLP<br>700 THIRTEENTH STREET, N.W.<br>WASHINGTON, D.C. 20005-3960 |
| NID-802-MSL<br>DANIEL A. LOWENTHAL<br>THELEN REID BROWN RAYSMAN & STEINER LLP<br>875 THIRD AVENUE<br>NEW YORK, NY 10022-6225 | NID-802-MSL<br>DANIEL M. ELIADES<br>FORMAN HOLT & ELIADES LLC<br>218 ROUTE 17 NORTH<br>ROCHELLE PARK, NJ 077662 | NID-802-MSL<br>DANIEL T. ALTMAN<br>BELKIN BURDEN WENIG & GOLDMAN LLP<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 |
| NID-802-73-C-1770<br>DAVID L. GELB<br>5389 PLAYA VISTA DR #438<br>PLAYA VISTA, CA 90094 | NID-802-MSL<br>DAVID L. POLLACK<br>JEFFREY MEYERS<br>DEAN WALDT<br>BALLARD SPAHR ANDRES & INGERSOLL, LLP<br>51ST FLOOR - MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA, PA 19103 | NID-802-MSL<br>DAVID M. POITRAS<br>JEFFER MANGELS BUTLER & MARMARO LLP<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 |
| NID-802-MSL<br>DAVID W. REIMANN<br>THE REIMANN LAW GROUP<br>1960 E. GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 | NID-802-MSL<br>DENNIS J. WICKHAM<br>SELTZER CAPLAN MCMAHON VITEK<br>750 B STREET, SUITE 2100<br>SAN DIEGO, CA 92101 | NID-802-MSL<br>DEREK M. JOHNSON<br>RUBEN, JOHNSON & MORGAN, P.C.<br>249 PEARL STREET, THIRD FLOOR<br>HARTFORD, CT 06103 |

Three A's Holdings, L.L.C. - U.S. Mail						Served 8/15/2008

| | | |
|---|---|---|
| NID-802-MSL<br>DIANA K. CAREY<br>KARR TUTTLE CAMPBELL<br>1201 THIRD AVENUE, SUITE 2900<br>SEATTLE, WA 98101 | NID-802-MSL<br>DON A. BESKRONE<br>GREGORY A. TAYLOR<br>AMANDA M. WINFREE<br>ASHBY & GEDDES, P.A.<br>P.O. BOX 1150<br>500 DELAWARE AVENUE, 8TH FLOOR<br>WILMINGTON, DE 19899 | NID-802-MSL<br>DOUGLAS D. KAPPLER<br>ROBINSON, DIAMANT & WOLKOWITZ<br>1888 CENTURY PARK EAST, SUITE 1500<br>LOS ANGELES, CA 90067 |
| NID-802-MSL<br>DUANE D. MORSE<br>DIRECTOR<br>3116 VALLEY LANE<br>FALLS CHURCH, VA 22044-1735 | NID-802-MSL<br>EDWARD J. TREDINNICK<br>GREENE RADOVSKY MALONEY SHARE &<br>HENNIGH LLP<br>FOUR EMBARACADERO CENTER, SUITE 4000<br>SAN FRANCISCO, CA 94111-4106 | NID-802-MSL<br>ELIHU D. ALLINSON, III<br>WILLIAM D. SULLIVAN<br>WILLIAM D. SULLIVAN, LLC<br>4 EAST 8TH STREEET, SUITE 400<br>WILMINGTON, DE 19801 |
| NID-802-MSL<br>ELIZABETH WELLER<br>LINEBARGER GOOGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN ST., SUITE 1600<br>DALLAS, TX 75201-2644 | NID-802-MSL<br>ERIC C. COTTON<br>DEVELOPERS DIVERSIFIED REALTY CORPORATION<br>P.O. BOX 228042<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | NID-802-MSL<br>ERNIE ZACHARY PARK<br>BEWLEY, LASSLEBEN & MILLER, LLP<br>13215 EAST PENN STREET, STE. 510<br>WHITTIER, CA 90602-1797 |
| NID-802-MSL<br>FRANK F. MCGINN<br>BARTLETT HACKETT FEINBERG P.C.<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110 | NID-802-MSL<br>FRANK J. WRIGHT<br>C. ASHLEY ELLIS<br>HANCE SCARBOROUGH WRIGHT GINSBERG &<br>BRUSILOW, LLP<br>14755 PRESTON ROAD, SUITE 600<br>DALLAS, TX 75254 | NID-802-MSL<br>FRANK W. DEBORDE<br>DANIEL P. SINAIKO<br>MORRIS, MANNING & MARTIN, L.L.P.<br>1600 ATLANTA FINANCIAL CENTER<br>3343 PEACHTREE ROAD, N.E.<br>ATLANTA, GA 30326 |
| NID-802-MSL<br>GASTON P. LOOMIS<br>REED SMITH LLP<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | NID-802-MSL<br>GILBERT B. WEISMAN<br>BECKET & LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | NID-802-MSL<br>HAROLD LICHTERMAN<br>BANK OF AMERICA, N.A. - OFFICE OF GENERAL<br>COUNSEL<br>555 CALIFORNIA STREET, 8TH FLOOR<br>MAIL CODE: CA5-705-08-01<br>SAN FRANCISCO, CA 94104 |
| NID-802-MSL<br>HARRY J. GIACOMETTI<br>SMITH GIACOMETTI LLP<br>901 NORTH MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | NID-802-MSL<br>HARRY J. GIACOMETTI<br>SMITH GIACOMETTI, LLC<br>THE LAND TITLE BUILDING<br>SUITE 1200<br>100 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19110 | NID-802-73-C-1744<br>HENRICO COUNTY, VIRGINIA<br>C/O RHYSA GRIFFITH SOUTH,<br>ASSISTANT COUNTY ATTORNEY<br>P.O. BOX 27032<br>RICHMOND, VA 23273-7032 |
| NID-802-MSL<br>IAN CONNOR BIFFERATO<br>JOSEPH K. KOURY<br>BIFFERATO, GENTILOTTI, BIDEN & BALICK<br>P.O. BOX 2165<br>1308 DELAWARE AVENUE<br>WILMINGTON, DE 19899 | NID-802-MSL<br>IVAN L. KALLICK<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 W. OLYMPIC BOULEVARD<br>LOS ANGELES, CA 90064 | NID-802-MSL<br>JACKSON SCHMIDT<br>PEPPLE JOHNSON CANTU & SCHMIDT PLLC<br>1900 SEATTLE TOWER BUILDING,<br>1218 THIRD AVENUE<br>SEATTLE, WA 98101 |
| NID-802-MSL<br>JAMES E. HUGGETT<br>LUCIAN B. MURLEY<br>HERBERT MONDROS<br>MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET, SUITE 102<br>WILMINGTON, DE 19801 | NID-802-MSL<br>JAMES E. O'NEILL<br>SCOTTA E. MCFARLAND<br>PACHULSKI, STANG, ZIEHL & JONES, LLP<br>P.O. BOX 8705<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19899-8705 | NID-802-MSL<br>JAY R. INDYKE<br>CATHY HERSCHCOPF<br>COOLEY GODWARD KRONISH LLP<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |

Three A's Holdings, L.L.C. - U.S. Mail                                                                                  Served 8/15/2008

| | | |
|---|---|---|
| NID-802-MSL<br>JEFFREY C. WISLER<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>P.O. BOX 2207<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET<br>WILMINGTON, DE 19899 | NID-802-MSL<br>JEFFREY M. SCHLERF<br>ANTHONY M. SACCULLO<br>THE BAYARD FIRM<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 | NID-802-MSL<br>JEREMY W. RYAN<br>SAUL EWING<br>P.O. BOX 1266<br>222 DELAWARE AVENUE, SUITE 1200<br>WILMINGTON, DE 19899 |
| NID-802-MSL<br>JO ANNE M. BERNHARD<br>LAW OFFICES OF JO ANNE M. BERNHARD<br>2621 "K" STREET<br>SACRAMENTO, CA 95816 | NID-802-MSL<br>JOE FLORES<br>UNIVERSAL MUSIC & VIDEO DISTRIBUTION<br>10 UNIVERSAL CITY PLAZA<br>UNIVERSAL CITY, CA 91608 | NID-802-MSL<br>JOHN C. LANKENAU<br>STUART J. MILLER<br>LANKENAU & MILLER LLP<br>132 NASSAU STREET, SUITE 423<br>NEW YORK, NY 10038 |
| NID-802-MSL<br>JOHN GUILILANO<br>BANK OF NEW YORK<br>ATTENTION: CORPORATE TRUST ADMINISTRATION<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | NID-802-MSL<br>JOHN J. WILES<br>WILES & WILES<br>800 KENNESAW AVENUE, NW, SUITE 400<br>MARIETTA, GA 30060-7946 | NID-802-MSL<br>JOHN P. DENNIS<br>LYNCH, BREWER, HOFFMAN & FINK, LLP<br>101 FEDERAL STREET, 22ND FLOOR<br>BOSTON, MA 02110-1800 |
| NID-802-MSL<br>JON L.R. DALBERG<br>ANDREWS KURTH LLP<br>601 SOUTH FIGUEROA STREET, SUITE 3700<br>LOS ANGELES, CA 90017-5742 | NID-802-MSL<br>JONATHAN W. YOUNG<br>JEFFREY L. GANSBERG<br>WILDMAN, HARROLD, ALLEN & DIXON LLP<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606-1229 | NID-802-MSL<br>JOSEPH DRYER<br>PLAN ADMINISTRATOR<br>P.O. BOX 919001<br>WEST SACRAMENTO, CA 95691 |
| NID-802-73-C-1727<br>KAHALA CENTER COMPANY<br>C/O DOUGLAS D. KAPPLER<br>ROBINSON, DIAMANT & WOLKOWITZ, APC<br>1888 CENTURY PAARK EAST, STE. 1500<br>LOS ANGELES, CA 90067 | NID-802-MSL<br>KAREN C. BIFFERATO<br>CHRISTINA M. THOMPSON<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>P.O. BOX 2207<br>THE NEMOURS BUILDING,<br>1007 NORTH ORANGE STREET<br>WILMINGTON, DE 19801 | NID-802-MSL<br>KENNETH L. VALINOTI<br>VALINOTI & DITO LLP<br>180 MONTGOMERY STREET, SUITE 940<br>SAN FRANCISCO, CA 94104-4223 |
| NID-802-MSL<br>KENNETH N. RUSSAK<br>PILLSBURY WINTHOP SHAW PITTMAN LLP<br>725 SOUTH FIGUEROA STREET, SUITE 2800<br>LOS ANGELES, CA 90017 | NID-802-MSL<br>LACY E. HOLLY, III<br>LACY E. HOLLY, III, PA<br>P.O. BOX 700<br>603 MAIN STREET<br>ODESSA, DE 19730 | NID-802-MSL<br>LAURA L. MCCLOUD<br>TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE,<br>BANKRUPTCY DIVISON<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 |
| NID-802-MSL<br>LISA K. STAUFFER<br>COHEN & GRIGSBY, P.C.<br>11 STANWIX STREET, 15TH FLOOR<br>PITTSBURGH, PA 15222-1319 | NID-802-MSL<br>M. ELAINE HAMMOND<br>FRIEDMAN DUMAS & SPRINGWATER LLP<br>150 SPEAR STREET, SUITE 1600<br>SAN FRANCISCO, CA 94105 | NID-802-MSL<br>MARGARET H. LEWIS<br>HENRICO COUNTY PUBLIC SCHOOLS<br>P.O. BOX 23120<br>3820 NINE MILE ROAD<br>RICHMOND, VA 23223-0420 |
| NID-802-MSL<br>MARK D. COLLINS<br>MICHAEL J. MERCHANT<br>RICHARDS, LAYTON & FINGER, P.A.<br>P.O. BOX 551<br>920 NORTH KING STREET<br>WILMINGTON, DE 19899-0551 | NID-802-MSL<br>MARK S. KENNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 KING STREET, SUITE 2313<br>LOCKBOX 35<br>WILMINGTON, DE 19801 | NID-802-MSL<br>MATTHEW V. SPERO<br>JEFFREY A. WURST<br>RUSKIN MOSCOU FALTISCHEK, PC<br>1425 RECKSON PLAZA<br>EAST TOWER, 15TH FLOOR<br>UNIONDALE, NY 11556-1425 |

**Three A's Holdings, L.L.C. - U.S. Mail**    Served 8/15/2008

NID-802-MSL
MICHAEL BLOOM
REBECCA L. BOOTH
STACY LUTKUS
MORGAN LEWIS & BOCKIUS LLP
1701 MARKET STREET
PHILADELPHIA, PA 19103

NID-802-MSL
MICHAEL W. MALTER
JULIE H. ROME-BANKS
BINDER & MALTER LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

NID-802-MSL
NANCY F. LOFTUS
ASSITANT COUNTY ATTORNEY
DEPARTMENT OF TAX ADMINISTRATION, FAIRFAX COUNTY, VIRGINIA
12000 GOVERNMENT CENTER PARKWAY, SUITE 549
FAIRFAX, VA 22035-0064

NID-802-MSL
NANCY HOTCHKISS
TRAINOR FAIRBROOK
P.O. BOX 255824
980 FULTON AVENUE
SACRAMENTO, CA 95865

NID-802-MSL
NANCY J. NEWMAN
HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY LLP
425 MARKET ST., 26TH FLOOR
SAN FRANCISCO, CA 94105

NID-802-MSL
NEAL J. LEVITSKY
SETH A. NIEDERMAN
FOX ROTHSCHILD LLP
P.O. BOX 2323
919 NORTH MARKET STREET
WILMINGTON, DE 19801

NID-802-MSL
PETER J. GURFEIN
PATRICK IVIE
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CA 90067

NID-802-MSL
PHILLIP G. YOUNG, JR.
BASS, BERRY & SIMS PLC
AMSOUTH CENTER,
315 DEADERICK STREET, SUITE 2700
NASHVILLE, TN 37238-3001

NID-802-MSL
RACHEL B. MERSKY
MONZACK AND MONACO, P.A.
1201 N. ORANGE ST., STE. 400
WILMINGTON, DE 19801

NID-802-MSL
RICHARD HIERSTEINER
JUDY A. GROVES
THEODORE W. CONNOLLY
EDWARDS ANGELL PALMER & DODGE LLP
111 HUNTINGTON AVE
BOSTON, MA 02110

NID-802-MSL
RICHARD LE BLANCQ
ROBERT H. YU
HARWOOD LLOYD, LLC
130 MAIN STREET
HACKENSACK, NJ 07601

NID-802-MSL
ROBERT N. GILBERT
CARLTON FIELDS, P.A.
ESPERANTE
222 LAKEVIEW AVENUE, SUITE 1400
WEST PALM BEACH, FL 33401

NID-802-MSL
RONALD D. MONROE
BANK OF AMERICA, N.A.
1231 DURRETT LANE
MAIL CODE: KY6-200-01-39
LOUISVILLE, KY 40213-2041

NID-802-MSL
RUSSELL W. SAVORY
GOTTEN, WILSON, SAVORY & BEARD, PLLC
88 UNION AVENUE, 14TH FLOOR
MEMPHIS, TN 38103

NID-802-MSL
SETH LAX
CONTRARIAN CAPITAL MANAGEMENT, L. L. C.
411 WEST PUTNAM AVENUE, SUITE 225
GREENWICH, CT 06830

NID-802-MSL
SHARON L ROYER
UC TAX AGENT/BANKRUPTCY REPRESENTATIVE
COMMONWEALTH OF PENNSYLVANIA, DEPT OF LABOR & INDUSTRY, HARRISBURG BANKRUPTCY & COMPLIANCE OFFICE
1171 S. CAMERON ST, ROOM 312
HARRISBURG, PA 17104

NID-802-MSL
SHELDON I. HIRSHON
PETER J. ANTOSZYK
PROSKAUER ROSE LLP
1585 BROADWAY
NEW YORK, NY 10036-8299

NID-802-MSL
STEPHEN H. WARREN
KAREN RINEHART
O'MELVENY & MYERS LLP
400 SOUTH HOPE ST.
LOS ANGELES, CA 90071

NID-802-MSL
STEPHEN M. MILLER
THOMAS M. HORAN
BRETT D. FALLON
MORRIS JAMES LLP
P.O. BOX 2306
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON, DE 19899-2306

NID-802-MSL
STUART M. BROWN
MARK D. OLIVERE
WILLIAM E. CHIPMAN
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

NID-802-MSL
SUGAR LAW CENTER
FOR ECONOMIC AND SOCIAL JUSTICE
2727 SECOND AVENUE, SUITE 327
DETROIT, MI 48201

NID-802-MSL
SUSAN E. KAUFMAN
HENRY HEIMAN
HEIMAN, GOUGE & KAUFMAN LLP
P.O. BOX 1674
800 KING STREET, SUITE 303
WILMINGTON, DE 19899

NID-802-MSL
TERESA K. D. CURRIER
MARY F. CALOWAY
BUCHANON INGERSOL & ROONEY
THE BRANDYWINE BUILDING, 1000 WEST STREET, SUITE 1410
WILMINGTON, DE 19801

NID-802-MSL
THE CAPITAL TRUST COMPANY OF DELAWARE
ATTN: CORPORATE TRUST ADMINISTRATION
LITTLE FALLS CENTRE ONE, SUITE 210
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

**Three A's Holdings, L.L.C. - U.S. Mail**　　　　　　　　　　　　　　　　　　　　　　　　　　Served 8/15/2008

| | | |
|---|---|---|
| NID-802-MSL<br>THOMAS G. MACAULEY<br>ZUCKERMAN SPAEDER LLP<br>P.O. BOX 1028<br>919 MARKET STREET, SUITE 990<br>WILMINGTON, DE 19899 | NID-802-MSL<br>THOMAS J. FRANCELLA, JR.<br>REED SMITH LLP<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | NID-802-MSL<br>THOMAS J. LEANSE<br>BRIAN D. HUBEN<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 |
| NID-802-MSL<br>THOMAS J. LUTKEWITTE<br>FAVRET, DEMAREST, RUSSO & LUTKEWITTE<br>1515 POYDRAS STREET, SUITE 1400<br>NEW ORLEANS, LA 70112 | NID-802-MSL<br>TOBEY M. DALUZ<br>LESLIE C. HEILMAN<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>919 NORTH MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801 | NID-802-MSL<br>VICKY NAMKEN<br>IBM CORPORATION<br>13800 DIPLOMAT DRIVE<br>DALLAS, TX 75234 |
| NID-802-MSL<br>WILLIAM A. HAZELTINE<br>SULLIVAN HAZELTINE ALLINSON LLC<br>4 EAST 8TH STREET, SUITE 400<br>WILMINGTON, DE 19801 | NID-802-MSL<br>WILLIAM F. TAYLOR, JR.<br>MCCARTER & ENGLISH, LLP<br>405 NORTH MARKET STREET<br>WILMINGTON, DE 19801 | NID-802-MSL<br>WILLIAM S. BRODY<br>BUCHALTER, NEMER, FIELDS & YOUNGER<br>1000 WILSHIRE BOULEVARD<br>SUITE 1500<br>LOS ANGELES, CA 90017-1730 |

Creditor(s): 105