IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | Chapter 11 <br><br> Case No. 06-10886 (BLS) <br><br> Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on August 15, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Fifteenth Omnibus Objection to Claims on Substantive Grounds to Certain (A) Books and Records Claims and (B) Wrong Class Claims**

Dated: August 20, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California      }
{                          } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 20th day of Aug., 20 08, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

**EXHIBIT A**

**Three A's Holdings, L.L.C. - U.S. Mail**                                                                                              Served 8/15/2008

| | | |
|---|---|---|
| NID-802-74-C-1236<br>AEC DIRECT INC<br>ATTN GEORGE CAMPAGNA<br>C/O LISA K STAUFFER ESQ<br>COHEN & GRIGSBY PC<br>11 STANWIX STREET 15TH FLOOR<br>PITTSBURGH, PA 15222-1319 | NID-802-74-C-1257<br>AEC ONE STOP GROUP INC  (SEE NOTES)<br>ATTN GEORGE CAMPAGNA<br>C/O LISA K STAUFFER ESQ<br>COHEN & GRIGSBY PC<br>11 STANWIX STREET 15TH FLOOR<br>PITTSBURGH, PA 15222-1319 | NID-802-74-C-1247<br>AEC ONE STOP GROUP INC AND ITS DIVISION<br>INNOVATIVE DISTRIBUTION NETWORK<br>ATTN GEORGE CAMPAGNA - LISA K STAUFFER ESQ<br>COHEN & GRIGSBY PC<br>11 STANWIX STREET 15TH FLOOR<br>PITTSBURGH, PA 15222-1319 |
| NID-802-74-MSL<br>ALAN H. KATZ<br>ENTERGY NEW ORLEANS, INC.<br>ASSISTANT GENERAL COUNSEL<br>639 LOYLOA AVENUE, 26TH FLOOR<br>NEW ORLEANS, LA 70113 | NID-802-74-MSL<br>ALAN K. HYDE<br>HOLM WRIGHT HYDE & HAYS PLC<br>10429 S. 51ST STREET, SUITE 285<br>PHOENIX, AZ 85044 | NID-802-74-C-1774<br>ALISSON ROSALES<br>2 CALLE SERRA<br>RANCHO SANTA MARGARITA, CA 92688 |
| NID-802-74-C-1244<br>ALLIANCE ENTERTAINMENT CORP<br>ATTN GEORGE CAMPAGNA<br>C/O LISA K STAUFFER ESQ<br>COHEN & GRIGSBY PC<br>11 STANWIX STREET 15TH FLOOR<br>PITTSBURGH, PA 15222-1319 | NID-802-74-C-1540<br>ANAHEIM REDEVELOPMENT AGENCY<br>ATTN CHRISTINE M LONG<br>201 S ANAHEIM BLVD SUITE 1003<br>ANAHEIM, CA 92805 | NID-802-74-MSL<br>ANDREW S. CONWAY<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>SUITE 100, 38500 WOODWARD AVENUE<br>BLOOMFIELD HILLS, MI 48304 |
| NID-802-74-MSL<br>ANTHONY M. SABINO<br>SABINO & SABINO, P.C.<br>92 WILLIS AVENUE, 2D FLOOR<br>MINEOLA, NY 11501 | NID-802-74-C-1757<br>BERNICE SADAMUNE<br>7932 BELTON DRIVE<br>LOS ANGELES, CA 90045<br>USA | NID-802-74-MSL<br>BETH J. SOLOMON<br>DISCOVER FINANCIAL SERVICES LLC<br>2500 LAKE COOK ROAD<br>RIVERWOODS, IL 60015 |
| NID-802-74-MSL<br>BETH SPREECHER BROOKS<br>THE INLAND REAL ESTATE GROUP, INC.<br>2900 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 | NID-802-74-MSL<br>BRETT D. ORLOVE<br>GROSSBERG, YOCHELSON, FOX & BEYDA, LLP<br>2000 L STREET, N.W., SUITE 675<br>WASHINGTON, D.C. 20036 | NID-802-74-C-882<br>BRIAN H. CHARTER<br>CHARTER DAVIS, LLP<br>RE: MARKER (NANCY)<br>1730 I STREET, STE.240<br>SACRAMENTO, CA 95814 |
| NID-802-74-MSL<br>BRIAN SIROWER<br>LORI L. WINKELMAN<br>PETER L. RIGGS<br>QUARLES & BRADY STREICH LANG LLP<br>RENAISSANCE ONE<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391 | NID-802-74-C-509<br>CAROL JOY<br>C/O LAW OFFICES OF MICHAEL S LAMONSOFF<br>80 MAIDEN LANE 12TH FL<br>NEW YORK, NY 10038 | NID-802-74-MSL<br>CATHERIN SCHLOMANN ROBERTSON<br>PAHL & GOSSELIN<br>225 WEST SANTA CLARA STREET, SUITE 1500<br>SAN JOSE, CA 95113 |
| NID-802-74-MSL<br>CECELIA WALTON STATE OF MARYLAND<br>DEPARTMENT OF LABOR, LICENSING & REGULATION<br>OFFICE OF UNEMPLOYMENT INSURANCE<br>CONTRIBUTIONS DIVISION<br>LITIGATION AND PROSECUTION UNIT<br>1100 NORTH EUTAW STREET, ROOM 401<br>BALTIMORE, MD 21201 | NID-802-74-MSL<br>CHARLES J. FILARDI, JR.<br>FILARDI LAW OFFICES, LLC<br>65 TRUMBULL STREET, SECOND FLOOR<br>NEW HAVEN, CT 06510 | NID-802-74-MSL<br>CHRISTOPHER A. CAMARDELLO<br>WINTHROP & WEINSTINE, P.A.<br>225 SOUTH SIXTH STREET, SUITE 3500<br>MINNEAPOLIS, MN 55402 |
| NID-802-74-MSL<br>CHRISTOPHER BATTAGLIA<br>WALTER BENZIJA<br>HALPERIN BATTAGLIA RAICHT LLP<br>555 MADISON AVENUE<br>NEW YORK, NY 10022 | NID-802-74-MSL<br>CHRISTOPHER D. LOIZIDES<br>LOIZIDES, P.A.<br>1225 KING STREET, SUITE 800<br>WILMINGTON, DE 19801 | NID-802-74-C-1352<br>COVENTRY II DDR BUENA PARK LLC<br>C/O ERIC C COTTON, ASST GENERAL COUNSEL<br>DEVELOPERS DIVERSIFIED REALTY<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD, OH 44122 |

**Three A's Holdings, L.L.C. - U.S. Mail**                                Served 8/15/2008

NID-802-74-C-1541
CRAIG MARTIN
C/O DEBRA A LAUZON
LAUZON & EULER LLP
RE MARTIN CRAIG
2447 PACIFIC COAST HIGHWAY STE 100
HERMOSA BEACH, CA 90254

NID-802-74-MSL
DANA B. ROSENFELD
BRYAN CAVE LLP
700 THIRTEENTH STREET, N.W.
WASHINGTON, D.C. 20005-3960

NID-802-74-MSL
DANIEL A. LOWENTHAL
THELEN REID BROWN RAYSMAN & STEINER LLP
875 THIRD AVENUE
NEW YORK, NY 10022-6225

NID-802-74-MSL
DANIEL M. ELIADES
FORMAN HOLT & ELIADES LLC
218 ROUTE 17 NORTH
ROCHELLE PARK, NJ 077662

NID-802-74-MSL
DANIEL T. ALTMAN
BELKIN BURDEN WENIG & GOLDMAN LLP
270 MADISON AVENUE
NEW YORK, NY 10016

NID-802-74-MSL
DAVID L. POLLACK
JEFFREY MEYERS
DEAN WALDT
BALLARD SPAHR ANDRES & INGERSOLL, LLP
51ST FLOOR - MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA, PA 19103

NID-802-74-MSL
DAVID M. POITRAS
JEFFER MANGELS BUTLER & MARMARO LLP
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

NID-802-74-MSL
DAVID W. REIMANN
THE REIMANN LAW GROUP
1960 E. GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

NID-802-74-CA-895
DECHERT LLP
RE:THE BANK OF NEW YORK AS INDENTURE TRUS
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

NID-802-74-MSL
DENNIS J. WICKHAM
SELTZER CAPLAN MCMAHON VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CA 92101

NID-802-74-C-770
DENNIS LORIMER
LAW OFFICES OF RAMIN R. YOUNESSI
ATTN: RAMIN R. YOUNESSI, ESQ.
3435 WILSHIRE BLVD.
SUITE 2370
LOS ANGELES, CA 90010

NID-802-74-MSL
DEREK M. JOHNSON
RUBEN, JOHNSON & MORGAN, P.C.
249 PEARL STREET, THIRD FLOOR
HARTFORD, CT 06103

NID-802-74-MSL
DIANA K. CAREY
KARR TUTTLE CAMPBELL
1201 THIRD AVENUE, SUITE 2900
SEATTLE, WA 98101

NID-802-74-MSL
DON A. BESKRONE
GREGORY A. TAYLOR
AMANDA M. WINFREE
ASHBY & GEDDES, P.A.
P.O. BOX 1150
500 DELAWARE AVENUE, 8TH FLOOR
WILMINGTON, DE 19899

NID-802-74-MSL
DOUGLAS D. KAPPLER
ROBINSON, DIAMANT & WOLKOWITZ
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CA 90067

NID-802-74-MSL
DUANE D. MORSE
DIRECTOR
3116 VALLEY LANE
FALLS CHURCH, VA 22044-1735

NID-802-74-MSL
EDWARD J. TREDINNICK
GREENE RADOVSKY MALONEY SHARE &
HENNIGH LLP
FOUR EMBARACADERO CENTER, SUITE 4000
SAN FRANCISCO, CA 94111-4106

NID-802-74-CA-1283
EDWARDS ANGELL PALMER & DODGE LLP
RE: ROUNDER RECORDS CORP
111 HUNTINGTON AVENUE
BOSTON, MA 02199

NID-802-74-CA-1282
EDWARDS ANGELL PALMER & DODGE LLP
RE: ROUNDER RECORDS CORP
111 HUNTINGTON AVENUE
BOSTON, MA 02199

NID-802-74-CA-1373
EDWARDS ANGELL PALMER & DODGE LLP
RE:COUNSEL TO ROUNDER RECORDS CORP
C/O THEODORE W CONNOLLY
111HUNTINGTON AVENUE
BOSTON, MA 02199   617-239-0100

NID-802-74-MSL
ELIHU D. ALLINSON, III
WILLIAM D. SULLIVAN
WILLIAM D. SULLIVAN, LLC
4 EAST 8TH STREEET, SUITE 400
WILMINGTON, DE 19801

NID-802-74-MSL
ELIZABETH WELLER
LINEBARGER GOOGAN BLAIR & SAMPSON, LLP
2323 BRYAN ST., SUITE 1600
DALLAS, TX 75201-2644

NID-802-74-MSL
ERIC C. COTTON
DEVELOPERS DIVERSIFIED REALTY CORPORATION
P.O. BOX 228042
3300 ENTERPRISE PARKWAY
BEACHWOOD, OH 44122

NID-802-74-MSL
ERNIE ZACHARY PARK
BEWLEY, LASSLEBEN & MILLER, LLP
13215 EAST PENN STREET, STE. 510
WHITTIER, CA 90602-1797

**Three A's Holdings, L.L.C. - U.S. Mail**  Served 8/15/2008

| | | |
|---|---|---|
| NID-802-74-C-275<br>FEDERAL INSURANCE COMPANY<br>C/O LAW OFFICES OF TODD F HAINES<br>ATTN TODD F HAINES<br>30495 CANWOOD STREET, SUITE 100<br>AGOURA HILLS, CA 91301 | NID-802-74-MSL<br>FRANK F. MCGINN<br>BARTLETT HACKETT FEINBERG P.C.<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110 | NID-802-74-MSL<br>FRANK J. WRIGHT<br>C. ASHLEY ELLIS<br>HANCE SCARBOROUGH WRIGHT GINSBERG & BRUSILOW, LLP<br>14755 PRESTON ROAD, SUITE 600<br>DALLAS, TX 75254 |
| NID-802-74-MSL<br>FRANK W. DEBORDE<br>DANIEL P. SINAIKO<br>MORRIS, MANNING & MARTIN, L.L.P.<br>1600 ATLANTA FINANCIAL CENTER<br>3343 PEACHTREE ROAD, N.E.<br>ATLANTA, GA 30326 | NID-802-74-MSL<br>GASTON P. LOOMIS<br>REED SMITH LLP<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | NID-802-74-MSL<br>GILBERT B. WEISMAN<br>BECKET & LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 |
| NID-802-74-C-1754<br>GLENN GUADALUPE<br>3349 EAST CALLE BAJA DRIVE<br>WEST COVINA, CA 91792<br>USA | NID-802-74-MSL<br>HAROLD LICHTERMAN<br>BANK OF AMERICA, N.A. - OFFICE OF GENERAL COUNSEL<br>555 CALIFORNIA STREET, 8TH FLOOR<br>MAIL CODE: CA5-705-08-01<br>SAN FRANCISCO, CA 94104 | NID-802-74-MSL<br>HARRY J. GIACOMETTI<br>SMITH GIACOMETTI LLP<br>901 NORTH MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 |
| NID-802-74-MSL<br>HARRY J. GIACOMETTI<br>SMITH GIACOMETTI, LLC<br>THE LAND TITLE BUILDING<br>SUITE 1200<br>100 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19110 | NID-802-74-MSL<br>IAN CONNOR BIFFERATO<br>JOSEPH K. KOURY<br>BIFFERATO, GENTILOTTI, BIDEN & BALICK<br>P.O. BOX 2165<br>1308 DELAWARE AVENUE<br>WILMINGTON, DE 19899 | NID-802-74-C-1269<br>INNOVATIVE DISTRIBUTION NETWORK<br>A DIVISION OF AEC ONE STOP GROUP INC<br>ATTN GEORGE CAMPAGNA - LISA K STAUFFER ESQ<br>COHEN & GRIGSBY PC<br>11 STANWIX STREET 15TH FLOOR<br>PITTSBURGH, PA 15222-1319 |
| NID-802-74-C-1255<br>INTERNATIONAL PERIODICAL DISTRIBUTORS INC<br>ATTN JOHN BODE<br>C/O LISA K STAUFFER ESQ<br>COHEN & GRIGSBY P C<br>11 STANWIX STREET 15TH FLOOR<br>PITTSBURGH, PA 15222-1319 | NID-802-74-C-1182<br>INTERNATIONAL PERIODICAL DISTRIBUTORS INC<br>ATTN JOHN BODE<br>C/O LISA K STAUFFER ESQ<br>COHEN & GRIGSBY PC<br>11 STANWIX STREET 15TH FLOOR<br>PITTSBURGH, PA 15222-1319 | NID-802-74-MSL<br>IVAN L. KALLICK<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 W. OLYMPIC BOULEVARD<br>LOS ANGELES, CA 90064 |
| NID-802-74-MSL<br>JACKSON SCHMIDT<br>PEPPLE JOHNSON CANTU & SCHMIDT PLLC<br>1900 SEATTLE TOWER BUILDING,<br>1218 THIRD AVENUE<br>SEATTLE, WA 98101 | NID-802-74-MSL<br>JAMES E. HUGGETT<br>LUCIAN B. MURLEY<br>HERBERT MONDROS<br>MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET, SUITE 102<br>WILMINGTON, DE 19801 | NID-802-74-MSL<br>JAMES E. O'NEILL<br>SCOTTA E. MCFARLAND<br>PACHULSKI, STANG, ZIEHL & JONES, LLP<br>P.O. BOX 8705<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19899-8705 |
| NID-802-74-MSL<br>JAY R. INDYKE<br>CATHY HERSCHCOPF<br>COOLEY GODWARD KRONISH LLP<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | NID-802-74-CA-1373<br>JEFF C GRADY<br>ROUNDER RECORDS CORP<br>1 ROUNDER WAY<br>BURLINGTON, MA 01803 | NID-802-74-MSL<br>JEFFREY C. WISLER<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>P.O. BOX 2207<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET<br>WILMINGTON, DE 19899 |
| NID-802-74-MSL<br>JEFFREY M. SCHLERF<br>ANTHONY M. SACCULLO<br>THE BAYARD FIRM<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 | NID-802-74-MSL<br>JEREMY W. RYAN<br>SAUL EWING<br>P.O. BOX 1266<br>222 DELAWARE AVENUE, SUITE 1200<br>WILMINGTON, DE 19899 | NID-802-74-MSL<br>JO ANNE M. BERNHARD<br>LAW OFFICES OF JO ANNE M. BERNHARD<br>2621 "K" STREET<br>SACRAMENTO, CA 95816 |

**Three A's Holdings, L.L.C. - U.S. Mail**                                                                                                  Served 8/15/2008

| | | |
|---|---|---|
| NID-802-74-MSL<br>JOE FLORES<br>UNIVERSAL MUSIC & VIDEO DISTRIBUTION<br>10 UNIVERSAL CITY PLAZA<br>UNIVERSAL CITY, CA 91608 | NID-802-74-MSL<br>JOHN C. LANKENAU<br>STUART J. MILLER<br>LANKENAU & MILLER LLP<br>132 NASSAU STREET, SUITE 423<br>NEW YORK, NY 10038 | NID-802-74-MSL<br>JOHN GUILILANO<br>BANK OF NEW YORK<br>ATTENTION: CORPORATE TRUST ADMINISTRATION<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 |
| NID-802-74-MSL<br>JOHN J. WILES<br>WILES & WILES<br>800 KENNESAW AVENUE, NW, SUITE 400<br>MARIETTA, GA 30060-7946 | NID-802-74-MSL<br>JOHN P. DENNIS<br>LYNCH, BREWER, HOFFMAN & FINK, LLP<br>101 FEDERAL STREET, 22ND FLOOR<br>BOSTON, MA 02110-1800 | NID-802-74-MSL<br>JON L.R. DALBERG<br>ANDREWS KURTH LLP<br>601 SOUTH FIGUEROA STREET, SUITE 3700<br>LOS ANGELES, CA 90017-5742 |
| NID-802-74-MSL<br>JONATHAN W. YOUNG<br>JEFFREY L. GANSBERG<br>WILDMAN, HARROLD, ALLEN & DIXON LLP<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606-1229 | NID-802-74-MSL<br>JOSEPH DRYER<br>PLAN ADMINISTRATOR<br>P.O. BOX 919001<br>WEST SACRAMENTO, CA 95691 | NID-802-74-MSL<br>KAREN C. BIFFERATO<br>CHRISTINA M. THOMPSON<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>P.O. BOX 2207<br>THE NEMOURS BUILDING,<br>1007 NORTH ORANGE STREET<br>WILMINGTON, DE 19801 |
| NID-802-74-MSL<br>KENNETH L. VALINOTI<br>VALINOTI & DITO LLP<br>180 MONTGOMERY STREET, SUITE 940<br>SAN FRANCISCO, CA 94104-4223 | NID-802-74-MSL<br>KENNETH N. RUSSAK<br>PILLSBURY WINTHOP SHAW PITTMAN LLP<br>725 SOUTH FIGUEROA STREET, SUITE 2800<br>LOS ANGELES, CA 90017 | NID-802-74-MSL<br>LACY E. HOLLY, III<br>LACY E. HOLLY, III, PA<br>P.O. BOX 700<br>603 MAIN STREET<br>ODESSA, DE 19730 |
| NID-802-74-MSL<br>LAURA L. MCCLOUD<br>TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE,<br>BANKRUPTCY DIVISON<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | NID-802-74-MSL<br>LISA K. STAUFFER<br>COHEN & GRIGSBY, P.C.<br>11 STANWIX STREET, 15TH FLOOR<br>PITTSBURGH, PA 15222-1319 | NID-802-74-MSL<br>M. ELAINE HAMMOND<br>FRIEDMAN DUMAS & SPRINGWATER LLP<br>150 SPEAR STREET, SUITE 1600<br>SAN FRANCISCO, CA 94105 |
| NID-802-74-MSL<br>MARGARET H. LEWIS<br>HENRICO COUNTY PUBLIC SCHOOLS<br>P.O. BOX 23120<br>3820 NINE MILE ROAD<br>RICHMOND, VA 23223-0420 | NID-802-74-C-1772<br>MARIA PEREZ<br>2784 ENTRADA CIRCLE<br>ANTIOCH, CA 94509<br>USA | NID-802-74-CA-1282<br>MARK D OLIVERE<br>RE ROUNDER RECORDS CORP<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 NORTH MARKET STREET 15TH FLOOR<br>WILMINGTON, DE 19801 |
| NID-802-74-CA-1373<br>MARK D OLIVERE, ESQUIRE<br>RE:COUNSEL TO ROUNDER RECORDS CORP<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 NORTH MARKET STREET 15TH FLOOR<br>WILMINGTON, DE 19801 | NID-802-74-MSL<br>MARK D. COLLINS<br>MICHAEL J. MERCHANT<br>RICHARDS, LAYTON & FINGER, P.A.<br>P.O. BOX 551<br>920 NORTH KING STREET<br>WILMINGTON, DE 19899-0551 | NID-802-74-CA-1283<br>MARK D. OLIVERE,ESQUIRE<br>RE ROUNDER RECORDS CORP<br>EDWARDS ANGELL PALMER & DODGE,LLP<br>919 NORTH MARKET STREET,15TH FLOOR<br>WILMINGTON,DE 19801 |
| NID-802-74-MSL<br>MARK S. KENNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 KING STREET, SUITE 2313<br>LOCKBOX 35<br>WILMINGTON, DE 19801 | NID-802-74-CA-1719<br>MARTHA WILLIS<br>3210 3RD AVENUE<br>CORONA DEL MAR, CA 92625 | NID-802-74-C-1719<br>MARTHA WILLIS<br>C/O LAUREL R. ZAESKE, ESQ.<br>RUS, MILIBAND & SMITH, APC<br>VON KARMAN TOWERS, SEVENTH FLOOR<br>2211 MICHELSON DRIVE<br>IRVINE, CA 92612 |

**Three A's Holdings, L.L.C. - U.S. Mail**  Served 8/15/2008

NID-802-74-MSL
MATTHEW V. SPERO
JEFFREY A. WURST
RUSKIN MOSCOU FALTISCHEK, PC
1425 RECKSON PLAZA
EAST TOWER, 15TH FLOOR
UNIONDALE, NY 11556-1425

NID-802-74-MSL
MICHAEL BLOOM
REBECCA L. BOOTH
STACY LUTKUS
MORGAN LEWIS & BOCKIUS LLP
1701 MARKET STREET
PHILADELPHIA, PA 19103

NID-802-74-MSL
MICHAEL W. MALTER
JULIE H. ROME-BANKS
BINDER & MALTER LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

NID-802-74-MSL
NANCY F. LOFTUS
ASSITANT COUNTY ATTORNEY
DEPARTMENT OF TAX ADMINISTRATION, FAIRFAX COUNTY, VIRGINIA
12000 GOVERNMENT CENTER PARKWAY, SUITE 549
FAIRFAX, VA 22035-0064

NID-802-74-MSL
NANCY HOTCHKISS
TRAINOR FAIRBROOK
P.O. BOX 255824
980 FULTON AVENUE
SACRAMENTO, CA 95865

NID-802-74-MSL
NANCY J. NEWMAN
HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY LLP
425 MARKET ST., 26TH FLOOR
SAN FRANCISCO, CA 94105

NID-802-74-MSL
NEAL J. LEVITSKY
SETH A. NIEDERMAN
FOX ROTHSCHILD LLP
P.O. BOX 2323
919 NORTH MARKET STREET
WILMINGTON, DE 19801

NID-802-74-C-338
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
ATTN ANDREW R VARA
J CALEB BOGGS FEDERAL BUILDING
844 KING STREET LOCKBOX 35 SUITE 2207
WILMINGTON, DE 19801

NID-802-74-C-1747
PATRICIA B. WANNER
6222 FARMDALE AVE.
NORTH HOLLYWOOD, CA 91606
UNITED STATES

NID-802-74-MSL
PETER J. GURFEIN
PATRICK IVIE
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CA 90067

NID-802-74-MSL
PHILLIP G. YOUNG, JR.
BASS, BERRY & SIMS PLC
AMSOUTH CENTER,
315 DEADERICK STREET, SUITE 2700
NASHVILLE, TN 37238-3001

NID-802-74-MSL
RACHEL B. MERSKY
MONZACK AND MONACO, P.A.
1201 N. ORANGE ST., STE. 400
WILMINGTON, DE 19801

NID-802-74-MSL
RICHARD HIERSTEINER
JUDY A. GROVES
THEODORE W. CONNOLLY
EDWARDS ANGELL PALMER & DODGE LLP
111 HUNTINGTON AVE
BOSTON, MA 02110

NID-802-74-MSL
RICHARD LE BLANCQ
ROBERT H. YU
HARWOOD LLOYD, LLC
130 MAIN STREET
HACKENSACK, NJ 07601

NID-802-74-MSL
ROBERT N. GILBERT
CARLTON FIELDS, P.A.
ESPERANTE
222 LAKEVIEW AVENUE, SUITE 1400
WEST PALM BEACH, FL 33401

NID-802-74-MSL
RONALD D. MONROE
BANK OF AMERICA, N.A.
1231 DURRETT LANE
MAIL CODE: KY6-200-01-39
LOUISVILLE, KY 40213-2041

NID-802-74-C-1282
ROUNDER RECORDS CORP
C/O GRADY JEFF
1 ROUNDER WAY
BURLINGTON, MA 01803-5157

NID-802-74-C-1373
ROUNDER RECORDS CORP
C/O GRADY, JEFF
1 CAMP STREET
CAMBRIDGE, MA 02140

NID-802-74-C-1283
ROUNDER RECORDS CORP
C/O JEFFREY C GRADY
1 ROUNDER WAY
BURLINGTON, MA 01803-5157

NID-802-74-C-1231
RUSSELL M SOLOMON
C/O M DAVID MINNICK ESQ
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 FREMONT STREET
SAN FRANCISCO, CA 94105

NID-802-74-MSL
RUSSELL W. SAVORY
GOTTEN, WILSON, SAVORY & BEARD, PLLC
88 UNION AVENUE, 14TH FLOOR
MEMPHIS, TN 38103

NID-802-74-C-1755
SCOTT SHIMOKAWA
744 TWIN VIEW DR
HONOLULU, HI 96817
USA

NID-802-74-MSL
SETH LAX
CONTRARIAN CAPITAL MANAGEMENT, L. L. C.
411 WEST PUTNAM AVENUE, SUITE 225
GREENWICH, CT 06830

NID-802-74-MSL
SHARON L ROYER
UC TAX AGENT/BANKRUPTCY REPRESENTATIVE
COMMONWEALTH OF PENNSYLVANIA, DEPT OF LABOR & INDUSTRY, HARRISBURG BANKRUPTCY & COMPLIANCE OFFICE
1171 S. CAMERON ST, ROOM 312
HARRISBURG, PA 17104

**Three A's Holdings, L.L.C. - U.S. Mail**     Served 8/15/2008

| | | |
|---|---|---|
| NID-802-74-MSL<br>SHELDON I. HIRSHON<br>PETER J. ANTOSZYK<br>PROSKAUER ROSE LLP<br>1585 BROADWAY<br>NEW YORK, NY 10036-8299 | NID-802-74-C-1763<br>SHIRLEY H WANG<br>6623 WILLOW ST. #1<br>EL CERRITO, CA 94530-3659 | NID-802-74-C-486<br>SIDNEY I. LEABMAN, ESQ., LAW OFFICES<br>C/O SIDNEY I LE ABMAN<br>RE: SYKES, DEITRA<br>1608 WALNUT STREET, STE. 800<br>PHILADELPHIA, PA 19103 |
| NID-802-74-CA-698<br>SIX DEGREES RECORDS<br>540 HAMPSHIRE STREET<br>SAN FRANCISCO, CA 94110 | NID-802-74-C-698<br>SIX DEGREES RECORDS<br>C/O PORTER & ASSOCIATES<br>7801 FOLSOME BLVD SUITE 101<br>SACRAMENTO, CA 95826 | NID-802-74-MSL<br>STEPHEN H. WARREN<br>KAREN RINEHART<br>O'MELVENY & MYERS LLP<br>400 SOUTH HOPE ST.<br>LOS ANGELES, CA 90071 |
| NID-802-74-MSL<br>STEPHEN M. MILLER<br>THOMAS M. HORAN<br>BRETT D. FALLON<br>MORRIS JAMES LLP<br>P.O. BOX 2306<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19899-2306 | NID-802-74-C-1748<br>STEVE CARROLL<br>2002 PASEO LARO<br>SAN CLEMENTE, CA 92673<br>USA | NID-802-74-CA-698<br>STONEHILL INSTITUTIONAL PARTNERS, L.P.<br>RE: SIX DEGREES RECORDS<br>C/O STONEHILL CAPITAL MANAGEMENT<br>885 THIRD AVENUE, 30TH FLOOR<br>NEW YORK, NY 10022<br>ATTN: MR. STEVE NELSON |
| NID-802-74-MSL<br>STUART M. BROWN<br>MARK D. OLIVERE<br>WILLIAM E. CHIPMAN<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 NORTH MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | NID-802-74-MSL<br>SUGAR LAW CENTER<br>FOR ECONOMIC AND SOCIAL JUSTICE<br>2727 SECOND AVENUE, SUITE 327<br>DETROIT, MI 48201 | NID-802-74-MSL<br>SUSAN E. KAUFMAN<br>HENRY HEIMAN<br>HEIMAN, GOUGE & KAUFMAN LLP<br>P.O. BOX 1674<br>800 KING STREET, SUITE 303<br>WILMINGTON, DE 19899 |
| NID-802-74-C-305<br>SUSAN MC FADDEN<br>C/O EDWARD M SINGER ESQ<br>ONE BELMONT AVENUE, SUITE 605<br>BALA CYNWYD, PA 19004<br>USA | NID-802-74-C-892<br>SUSAN MC FADDEN<br>C/O EDWARD M SINGER ESQUIRE<br>ONE BELMONT AVENUE SUITE 605<br>BALA CYNWYD, PA 19004 | NID-802-74-CA-305<br>SUSAN MCFADDEN<br>3218 A MCMICHAEL ST<br>PHILADELPHIA, PA 19129 |
| NID-802-74-MSL<br>TERESA K. D. CURRIER<br>MARY F. CALOWAY<br>BUCHANON INGERSOL & ROONEY<br>THE BRANDYWINE BUILDING, 1000 WEST STREET, SUITE 1410<br>WILMINGTON, DE 19801 | NID-802-74-CA-895<br>THE BANK OF NEW YORK<br>ATTN JOHN GUILIANO<br>101 BARCLAY STREET FLOOR 8W<br>NEW YORK, NY 10286 | NID-802-74-C-895<br>THE BANK OF NEW YORK AS INDENTURE TRUSTEE<br>ATTN JOHN GUILIANO<br>C/O GLENN E SIEGEL ESQ<br>DECHERT LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |
| NID-802-74-MSL<br>THE CAPITAL TRUST COMPANY OF DELAWARE<br>ATTN: CORPORATE TRUST ADMINISTRATION<br>LITTLE FALLS CENTRE ONE, SUITE 210<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE 19808 | NID-802-74-C-1181<br>THE INTERLINK COMPANIES INC<br>ATTN JOHN BODE<br>C/O LISA K STAUFFER ESQ<br>COHEN & GRIGSBY PC<br>11 STANWIX STREET 15TH FLOOR<br>PITTSBURGH, PA 15222-1319 | NID-802-74-MSL<br>THOMAS G. MACAULEY<br>ZUCKERMAN SPAEDER LLP<br>P.O. BOX 1028<br>919 MARKET STREET, SUITE 990<br>WILMINGTON, DE 19899 |
| NID-802-74-MSL<br>THOMAS J. FRANCELLA, JR.<br>REED SMITH LLP<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | NID-802-74-MSL<br>THOMAS J. LEANSE<br>BRIAN D. HUBEN<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES, CA 90067-3012 | NID-802-74-MSL<br>THOMAS J. LUTKEWITTE<br>FAVRET, DEMAREST, RUSSO & LUTKEWITTE<br>1515 POYDRAS STREET, SUITE 1400<br>NEW ORLEANS, LA 70112 |

**Three A's Holdings, L.L.C. - U.S. Mail**                                                                                                                   Served 8/15/2008

NID-802-74-MSL
TOBEY M. DALUZ
LESLIE C. HEILMAN
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
919 NORTH MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801

NID-802-74-C-1512
TODD ALAN YOUNG
13468 BRADLEY AVENUE
SYLMAR, CA 91342

NID-802-74-CA-698
UNCYK, BORENKIND & NADLER, L.L.P.
RE SIX DEGREES RECORDS
555 5TH AVE FL 18
NEW YORK NY 10017-9253

NID-802-74-MSL
VICKY NAMKEN
IBM CORPORATION
13800 DIPLOMAT DRIVE
DALLAS, TX 75234

NID-802-74-MSL
WILLIAM A. HAZELTINE
SULLIVAN HAZELTINE ALLINSON LLC
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

NID-802-74-MSL
WILLIAM F. TAYLOR, JR.
MCCARTER & ENGLISH, LLP
405 NORTH MARKET STREET
WILMINGTON, DE 19801

NID-802-74-MSL
WILLIAM S. BRODY
BUCHALTER, NEMER, FIELDS & YOUNGER
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-1730

Creditor(s):  151