**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | **Chapter 11** |
| **THREE A'S HOLDINGS, L.L.C., *et al.*,** | **Case No. 06-10886 (BLS)** |
| **Debtors.** | **Jointly Administered** |
| | **Adv. No. 08-51033 (KG)** |
| **THREE A'S HOLDINGS, L.L.C., *et al.*,** | |
| **Plaintiff,** | |
| **v.** | |
| **MUZE INC.,** | **Re: Docket No. 7** |
| **Defendant.** | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

Edith Miranda, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., counsel for Muze Inc. in the above-captioned cases, and that on the 10th day of October, 2008, she caused a copy of the **Notice of Appearance and Request for Service of Papers [Docket No. 7]** to be served upon the party listed below in the manner indicated.

**VIA HAND DELIVERY**

Robert W. Pedigo, Esquire
Cooch and Taylor
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680

*Edith Miranda*
Edith Miranda

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: October 10, 2008

*Sherri L. Camp*
Notary Public

SHERRI L. CAMP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan 12, 2010

{BAY:01166328v1}

2