# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a | : |
| Delaware limited liability company, <u>et</u> | : Case No. 06-10886 (BLS) |
| <u>al.</u>,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket No. 2149 |

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS. |
| NEW CASTLE COUNTY | : |

Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 15th day of October, 2008 she caused a copy of the following to be served on the attached list as indicated:

- **Order Granting Debtors' Fifteenth Omnibus Objection to Claims on Substantive Grounds to Certain (A) Books and Records Claims and (B) Wrong Class Claims [Docket No. 2149]**

Dated: October 13, 2008
Wilmington, Delaware

_____
Ann Jerominski, RP
Registered Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this _13th_ day of October, 2008.

_____
Notary Public      JOAN M. WEBB
Notary Public - State of Delaware
My Comm. Expires April 30, 2010

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1-3330497-1

*In re: Three A's Holdings, L.L.C.*
*Bankruptcy Rule 2002 Service List as of October 8, 2008*

*Local Via Hand Delivery  -  Non-Local Via First Class Mail*

*Representing CNA Insurance Companies &*
*Model Distributors, Inc.*
Elihu D. Allinson, III
William D. Sullivan
William D. Sullivan, LLC
4 East 8th Streeet, Suite 400
Wilmington, DE 19801
zeke@williamdsullivanllc.com
bill@williamdsullivanllc.com


*Representing Sony BMG Music*
*Entertainment & Warner/Elektra/Atlantic*
*Coporation*
Don A. Beskrone
Gregory A. Taylor
Amanda M. Winfree
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899 dbeskrone@ashby-geddes.com
gtaylor@ashby-geddes.com
awinfree@ashby-geddes.com


*Representing Inland Real Estate*
*Corporation*
Karen C. Bifferato
Christina M. Thompson
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building, 1007 North Orange Street
Wilmington, DE 19801
USAkbifferato@cblh.com
cthompson@cblh.com

*Representing Eagle Group LLC, Eagle*
*Glendale Marketplace L.P., AK Glendale*
*LLC and Rounder Records Corp.*
Stuart M. Brown
Mark D. Olivere
William E. Chipman
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
sbrown@eapdlaw.com
molivere@eapdlaw.com
wchipman@eapdlaw.com


*Representing Informal Committee of Trade*
*Vendors of MTS, Incorporated d/b/a Tower*
*Records*
Teresa K. D. Currier
Mary F. Caloway
Buchanon Ingersol & Rooney
The Brandywine Building, 1000 West Street, Suite 1410
Wilmington, DE 19801
teresa.currier@bipc.com
mary.caloway@bipc.com


*Representing Monterey Village Park*
*Associates*
Tobey M. Daluz
Leslie C. Heilman
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801

*Representing GB Retail Funding, LLC*
Thomas J. Francella, Jr.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
tfrancella@reedsmith.com

*Representing LTB Limited Partnership*
Harry J. Giacometti
Smith Giacometti LLP
901 North Market Street, Suite 700
Wilmington, DE 19801
hgiacometti@sgllclaw.com

William A. Hazeltine
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
wahazeltine@whazeltinelaw.com

*Representing City Hall Records & NLG Maurice and Jane Sugar Law Center for Economic and Social Justice*
James E. Huggett
Lucian B. Murley
Herbert Mondros
Margolis Edelstein
750 South Madison Street, Suite 102
Wilmington, DE 19801
jhuggett@margolisedelstein.com

*Representing Regency Centers, L.P.*
Susan E. Kaufman
Henry Heiman
Heiman, Gouge & Kaufman LLP
P.O. Box 1674
800 King Street, Suite 303
Wilmington, DE 19899
skaufman@hgkde.com

Mark S. Kenney
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801
Mark.Kenney@usdoj.com

*Representing C.E.D Entertainment Distribution*
Neal J. Levitsky
Seth A. Niederman
Fox Rothschild LLP
P.O. Box 2323
919 North Market Street
Wilmington, DE 19801
nlevitsky@foxrothschild.com
sniederman@foxrothschild.com

*Representing City Hall Records*
Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
lozides@loizides.com

*Representing The CIT Group/Business Credit, Inc.*
Gaston P. Loomis
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
gloomis@reedsmith.com

*Representing Norton, LLC*
Thomas G. Macauley
Zuckerman Spaeder LLP
P.O. Box 1028
919 Market Street, Suite 990
Wilmington, DE 19899

*Representing JH Holdings, Ltd.*
Rachel B. Mersky
Monzack and Monaco, P.A.
1201 N. Orange St., Ste. 400
Wilmington, DE 19801
rmersky@monlaw.com


*Representing MSI Music Corp.*
Stephen M. Miller
Thomas M. Horan
Brett D. Fallon
Morris James LLP
P.O. Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
smiller@morrisjames.com
thoran@morrisjames.com
bfallon@morrisjames.com


*Representing Majap Investments Ltd.*
James E. O'Neill
Scotta E. McFarland
Pachulski, Stang, Ziehl & Jones, LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
joneill@pszyjw.com
smcfarland@pszyjw.com


*Representing Lincoln Properties, Ltd.*
Jeremy W. Ryan
Saul Ewing
P.O. Box 1266
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899  jryan@saul.com


*Representing Respond2 Entertainment, LLC*
Jeffrey M. Schlerf
Anthony M. Saccullo
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
jschlerf@bayardfirm.com
asaccullo@bayardfirm.com


*Representing Marina Pacific LLC and*
*Irvine Retail Properties*
William F. Taylor, Jr.
McCarter & English, LLP
405 North Market Street
Wilmington, DE 19801
wtaylor@mccarter.com


*Representing Jackson Brewery Marketplace,*
*Limited*
Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899 jwisler@cblh.com


*Representing The Silk Building*
*Condominium*
Daniel T. Altman
Belkin Burden Wenig & Goldman LLP
270 Madison Avenue
New York, NY 10016  daltman@bbwg.com


*Representing Harmonia Mundi USA*
Christopher Battaglia
Walter Benzija
Halperin Battaglia Raicht LLP
555 Madison Avenue
New York, NY 10022
cbattaglia@halperinlaw.net
wbenzija@halerinlaw.net

*Representing Watt Avenue Company/Cardano Group*
Jo Anne M. Bernhard
Law Offices of Jo Anne M. Bernhard
2621 "K" Street
Sacramento, CA 95816
Jbernhard@Jbernhardlaw.com

*Representing Entergy New Orleans, Inc. & Bohannon Development Company*
Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti, Biden & Balick
P.O. Box 2165
1308 Delaware Avenue
Wilmington, DE 19899  icb@bgbblaw.com
jkk@bgbblaw.com

*Representing Unofficial Committee of Secured Music and Video Vendors*
Michael Bloom
Rebecca L. Booth
Stacy Lutkus
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
mbloom@morganlewis.com
rbooth@morganlewis.com
slutkus@morganlewis.com

*Representing CIT Group/Business Credit, Inc., Agent for Senior Secured Creditors*
William S. Brody
Buchalter, Nemer, Fields & Younger
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
wbrody@buchalter.com

*Representing Inland Real Estate Corporation*
Beth Spreecher Brooks
The Inland Real Estate Group, Inc.
2900 Butterfield Road
Oak Brook, IL 60523
bbrooks@inlandrealestate.com

*Representing Navarre Corporation*
Christopher A. Camardello
Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
ccamardello@winthrop.com

*Representing Limantzakis Properties No. 1, LLC*
Diana K. Carey
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101  dcarey@karrtuttle.com

Sugar Law Center
for Economic and Social Justice
2727 Second Avenue, Suite 327
Detroit, MI 48201

*Representing Taubman Landlords*
Andrew S. Conway
Honigman Miller Schwartz and Cohn LLP
Suite 100, 38500 Woodward Avenue
Bloomfield Hills, MI 48304
Aconway@honigman.com

*Representing DDR MTD Fairfax Towne Center LLC and Coventry II DDR Buena Park LLC*
Eric C. Cotton
Developers Diversified Realty Corporation
P.O. Box 228042
3300 Enterprise Parkway
Beachwood, OH 44122 ecotton@ddrc.com

*Representing Warner Home Video, Inc.*
Jon L.R. Dalberg
Andrews Kurth LLP
601 South Figeuroa Street, Suite 3700
Los Angeles, CA 90017-5742
jdalberg@andrewskurth.com

*Representing Warner/Elektra/Atlantic Corp (WEA)*
Frank W. DeBorde
Daniel P. Sinaiko
Morris, Manning & Martin, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
fdeborde@mmmlaw.com
dsinaiko@mmmlaw.com

*Representing Robie Cambridge LLC*
John P. Dennis
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
jdennis@lynchbrewer.com

Joseph Dryer
Plan Administrator
P.O. Box 919001
West Sacramento, CA 95691
wjdryer@gmail.com

*Representing California Flatiron Corp*
Daniel M. Eliades
Forman Holt & Eliades LLC
218 Route 17 North
Rochelle Park, NJ 077662
deliades@formanlaw.com

*Representing Federal Express Corporation*
Charles J. Filardi, Jr.
Filardi Law Offices, LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510  charles@filardi-law.com

Joe Flores
Universal Music & Video Distribution
10 Universal City Plaza
Universal City, CA 91608
jlflores@umusic.com

*Representing LTB Limited Partnership*
Harry J. Giacometti
Smith Giacometti, LLC
The Land Title Building
Suite 1200
100 South Broad Street
Philadelphia, PA 19110
hgiacometti@sgllclaw.com

*Representing MSI Music Corp.*
Robert N. Gilbert
Carlton Fields, P.A.
Esperante
222 Lakeview Avenue, Suite 1400
West Palm Beach, FL 33401
rgilbert@carltonfields.com

John Guililano
Bank of New York
Attention: Corporate Trust Administration
101 Barclay Street, 8W
New York, NY 10286
johnguiliano@bankofny.com

*Representing Debtors*
Peter J. Gurfein
Patrick Ivie
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
pgurfein@akingump.com
pivie@akingump.com

*Representing Universal Music Group Distribution, Corp.*
M. Elaine Hammond
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
ehammond@friedumspring.com

*Representing Rounder Records Corp.*
Richard Hiersteiner
Judy A. Groves
Theodore W. Connolly
Edwards Angell Palmer & Dodge LLP
111 Huntington Ave
Boston, MA 02110
rhiersteiner@eapdlaw.com
jgroves@eapdlaw.com
tconnolly@eapdlaw.com

*Representing GB Retail Funding, LLC*
Sheldon I. Hirshon
Peter J. Antoszyk
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
shirshon@proskauer.com
pantoszyk@proskauer.com

*Representing City and County of Denver*
Lacy E. Holly, III
Lacy E. Holly, III, PA
P.O. Box 700
603 Main Street
Odessa, DE 19730 lacyholly@hhglaw.net

*Representing Respond 2 Entertainment LLC, UOP Investors, LLC, Andrew C. Gianulias, Gus C. Gianulias, Trustee of the Gus C. and Julie M. Gianulias Family Revocable Trust Dated 1/20/83, Christopher Gianulias, Jon Gianulias, Trustee of the Jon and Veronica G*
Nancy Hotchkiss
Trainor Fairbrook
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA 95865
nhotchkiss@trainorfairbrook.com

*Representing CP Centers 05 A, B, C, D, E, F, G & H, LLC*
Alan K. Hyde
Holm Wright Hyde & Hays PLC
10429 S. 51st Street, Suite 285
Phoenix, AZ 85044

*Representing Great American Group, LLC
and Hudson Capital Group, LLC*
Jay R. Indyke
Cathy Herschcopf
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036  jindyke@cooley.com
chershcopf@cooley.com


*Representing Landmark HHH, L.L.C.*
Derek M. Johnson
Ruben, Johnson & Morgan, P.C.
249 Pearl Street, Third Floor
Hartford, CT 06103


*Representing Ticketmaster, Inc.*
Ivan L. Kallick
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Boulevard
Los Angeles, CA 90064
ikallick@manatt.com


*Representing Kahala Center Company*
Douglas D. Kappler
Robinson, Diamant & Wolkowitz
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
dkappler@rdwlawcorp.com


Alan H. Katz
Entergy New Orleans, Inc.
Assistant General Counsel
639 Loyloa Avenue, 26th Floor
New Orleans, LA 70113


*Representing NLG Maurice and Jane Sugar
Law Center for Economic and Social Justice*
John C. Lankenau
Stuart J. Miller
Lankenau & Miller LLP
132 Nassau Street, Suite 423
New York, NY 10038


Seth Lax
Contrarian Capital Management, L. L. C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830
solax@contrariancapital.com


*Representing Geering Family Limited
Partnership and Geering Realty
Partnership, LTD*
Richard Le Blancq
Robert H. Yu
Harwood Lloyd, LLC
130 Main Street
Hackensack, NJ 07601
Rleblancq@HarwoodLloyd.com
Ryu@HarwoodLloyd.com


*Representing RREEF Management
Company*
Thomas J. Leanse
Brian D. Huben
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
thomas.leanse@kattenlaw.com
brian.huben@kattenlaw.com


*Representing County of Henrico, Virginia*
Margaret H. Lewis
Henrico County Public Schools
P.O. Box 23120
3820 Nine Mile Road
Richmond, VA 23223-0420

Nancy F. Loftus
Assitant County Attorney
Department of Tax Administration, Fairfax County, Virginia
12000 Government Center Parkway, Suite 549
Fairfax, VA 22035-0064


*Representing Norton LLC*
Daniel A. Lowenthal
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 10022-6225


*Representing Jackson Brewery Marketplace, Limited*
Thomas J. Lutkewitte
Favret, Demarest, Russo & Lutkewitte
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
tlutkewitte@favretlaw.com


*Representing Terracommercial Management Corp.*
Michael W. Malter
Julie H. Rome-Banks
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
michael@bindermalter.com
julie@bindermalter.com


Laura L. McCloud
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Divison
P.O. Box 20207
Nashville, TN 37202-0207
ICDELAWARE@STATE.TN.US

*Representing Iron Mountain Information Management, Inc.*
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com


Ronald D. Monroe
Bank of America, N.A.
1231 Durrett Lane
Mail Code: KY6-200-01-39
Louisville, KY 40213-2041


Duane D. Morse
Director
3116 Valley Lane
Falls Church, VA 22044-1735
duane.morse@verizon.net


Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234  vnamken@us.ibm.com


*Representing Regency Centers, L.P.*
Nancy J. Newman
Hanson, Bridgett, Marcus, Vlahos & Rudy LLP
425 Market St., 26th Floor
San Francisco, CA 94105
Nnewman@hansonbridgett.com


*Representing George Washington University*
Brett D. Orlove
Grossberg, Yochelson, Fox & Beyda, LLP
2000 L Street, N.W., Suite 675
Washington, D.C. 20036

*Representing The Irvine Company f/k/a Irvine Retail Properties Co. & Marina Pacific LLC*
Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 East Penn Street, Ste. 510
Whittier, CA 90602-1797

*Representing Cathedral Partners, LLC*
David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
dpoitras@jmbm.com

*Representing Federal Realty Investment Trust, New Plan Excel Realty Trust, Inc., Kravco Simon Company and Developers Diversified Realty Corporation*
David L. Pollack
Jeffrey Meyers
Dean Waldt
Ballard Spahr Andres & Ingersoll, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

*Representing Monterey Village Park Associates*
David W. Reimann
The Reimann Law Group
1960 E. Grand Avenue, Suite 1165
El Segundo, CA 90245
dreimann@reimannlawgroup.com

*Representing Bohannon Development Company*
Catherin Schlomann Robertson
Pahl & Gosselin
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113  crobertson@pahl-gosselin.com

*Representing Consumer Privacy Ombudsman*
Dana B. Rosenfeld
Bryan Cave LLP
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960
dbrosenfeld@bryancave.com

*Representing Office of Unemployment Compensation Tax Services (OUCTS)*
Sharon L Royer
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania, Dept of Labor & Industry, Harrisburg Bankruptcy & Compliance Office
333 Market Street, FL 16
Harrisburg, PA 17101-2234
sroyer@state.pa.us

*Representing Eagle Group, Eagle Glendale Marketplace, L.P. and AK Glendale LLC*
Kenneth N. Russak
Pillsbury Winthop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
ken.russak@pillsburylaw.com

*Representing TDK Electronics Corporation*
Anthony M. Sabino
Sabino & Sabino, P.C.
92 Willis Avenue, 2d Floor
Mineola, NY 11501  legal-lion@earthlink.net

*Representing Peabody Place Centre, G.P.*
Russell W. Savory
Gotten, Wilson, Savory & Beard, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
russell.savory@gwsblaw.com


*Representing The Bartell Drug Company*
Jackson Schmidt
Pepple Johnson Cantu & Schmidt PLLC
1900 Seattle Tower Building, 1218 Third Avenue
Seattle, WA 98101


*Representing Discover Financial Services LLC*
Brian Sirower
Lori L. Winkelman
Peter L. Riggs
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
bsirower@quarles.com
lwinklem@quarles.com
priggs@quarles.com


Beth J. Solomon
Discover Financial Services LLC
2500 Lake Cook Road
Riverwoods, IL 60015
bankruptcy@discoverfinancial.com


*Representing Sunrise Promenade Associates*
Matthew V. Spero
Jeffrey A. Wurst
Ruskin Moscou Faltischek, PC
1425 Reckson Plaza

East Tower, 15th Floor
Uniondale, NY 11556-1425
mspero@rmfpc.com


*Representing Source Interlink Companies, Inc. and its affiliates*
Lisa K. Stauffer
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
lstauffer@cohenlaw.com


*Representing ProLogis*
Edward J. Tredinnick
Greene Radovsky Maloney Share & Hennigh LLP
Four Embaracadero Center, Suite 4000
San Francisco, CA 94111-4106
etredinnick@grmslaw.com


*Representing Collateral Trustee/Trade Agent for the Secured Music and Video Vendors*
The Capital Trust Company of Delaware
Attn: Corporate Trust Administration
Little Falls Centre One, Suite 210
2711 Centerville Road
Wilmington, DE 19808


*Representing Madison Marquette Retail Services*
Kenneth L. Valinoti
Valinoti & Dito LLP
180 Montgomery Street, Suite 940
San Francisco, CA 94104-4223


Cecelia Walton
State of Maryland
Department of Labor, Licensing & Regulation

Office of Unemployment Insurance
Contributions Division
Litigation and Prosecution Unit
1100 North Eutaw Street, Room 401
Baltimore, MD 21201  dllr@dllr.state.md.us

*Representing Debtors*
Stephen H. Warren
Karen Rinehart
O'Melveny & Myers LLP
400 South Hope St.
Los Angeles, CA 90071
swarren@omm.com
krinehart@omm.com

*Representing American Express Travel Related Svcs Co Inc Corp Card*
Gilbert B. Weisman
Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701  notices@becket-lee.com

*Representing Dallas County*
Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644
dallas.bankruptcy@publicans.com

*Representing SA Whitehouse Associates, LLC*
Dennis J. Wickham
Seltzer Caplan McMahon Vitek
750 B Street, Suite 2100
San Diego, CA 92101

*Representing JH Holdings, Ltd.*
John J. Wiles
Wiles & Wiles
800 Kennesaw Avenue, NW, Suite 400
Marietta, GA 30060-7946
bankruptcy@evict.net

*Representing Prescott Interests, Ltd.*
Frank J. Wright
C. Ashley Ellis
Hance Scarborough Wright Ginsberg & Brusilow, LLP
14755 Preston Road, Suite 600
Dallas, TX 75254  bankruptcy@hswgb.com

*Representing CNA Insurance Companies*
Jonathan W. Young
Jeffrey L. Gansberg
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229
young@wildmanharrold.com

*Representing Brown Bear Music Marketing*
Phillip G. Young, Jr.
Bass, Berry & Sims PLC
AmSouth Center, 315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
pyoung@bassberry.com