

OMNI
Management Group

<u>*Via Federal Express*</u>

September 24, 2008

Ann Jerominski, RP
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801

**Re:  THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company et al.,**

Dear Ann,

Enclosed for filing with the court are the Affidavit of Service and the service list for the September 17, 2008, mailing of the:

- **Order Granting Debtors' Fourteenth Omnibus Objection on Non-Substantive Grounds to Certain (A) Late Filed Claims and (B) Wrong Debtor Claims**

Please contact me if you have any questions.

Sincerely,

Nova Lachman
Enclosures

16501 Ventura Boulevard
Suite 440
Encino, CA 91436-2068
www.omnimgt.com
www.claimsmanager.com
818-906-8300
818-783-2737 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>**THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,**[1] | : **Chapter 11**<br>:<br>: **Case No. 06-10886 (BLS)**<br>:<br>: **Jointly Administered**<br>: |

### AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California.  I hereby certify that on September 17, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Order Granting Debtors' Fourteenth Omnibus Objection on Non-Substantive Grounds to Certain (A) Late Filed Claims and (B) Wrong Debtor Claims**

Dated: September 24, 2008

Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 24ᵗʰ day of Sept., 20 08, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1]  The Debtors are the following entities:  Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

**Three A's Holdings, L.L.C. - U.S. Mail**

NID-802-75-C-1770
DAVID L. GELB
5389 PLAYA VISTA DR #438
PLAYA VISTA, CA 90094

NID-802-75-C-1744
HENRICO COUNTY, VIRGINIA
C/O RHYSA GRIFFITH SOUTH,
ASSISTANT COUNTY ATTORNEY
P.O. BOX 27032
RICHMOND, VA 23273-7032

NID-802-75-C-1727
KAHALA CENTER COMPANY
C/O DOUGLAS D. KAPPLER
ROBINSON, DIAMANT & WOLKOWITZ, APC
1888 CENTURY PAARK EAST, STE. 1500
LOS ANGELES, CA 90067

Creditor(s):  3