## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:**<br><br>**THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,**[1] | **Chapter 11**<br><br>**Case No. 06-10886 (BLS)**<br><br>**Jointly Administered** |

### AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on October 6, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Order Granting Debtors' Fifteenth Omnibus Objection to Claims on Substantive Grounds to Certain (A) Books and Records Claims and (B) Wrong Class Claims**

Dated: October 9, 2008

Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 9th day of Oct., 20 08, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1]    The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## **EXHIBIT A**

**Three A's Holdings, L.L.C. - U.S. Mail**

NID-802-76-C-1247
AEC ONE STOP GROUP INC AND ITS DIVISION
INNOVATIVE DISTRIBUTION NETWORK
ATTN GEORGE CAMPAGNA - LISA K STAUFFER ESQ
COHEN & GRIGSBY PC
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA  15222-1319

NID-802-76-C-1774
ALISSON ROSALES
2 CALLE SERRA
RANCHO SANTA MARGARITA, CA 92688

NID-802-76-C-1244
ALLIANCE ENTERTAINMENT CORP
ATTN GEORGE CAMPAGNA
C/O LISA K STAUFFER ESQ
COHEN & GRIGSBY PC
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA  15222-1319

NID-802-76-C-1540
ANAHEIM REDEVELOPMENT AGENCY
ATTN CHRISTINE M LONG
201 S ANAHEIM BLVD SUITE 1003
ANAHEIM, CA 92805

NID-802-76-C-1757
BERNICE SADAMUNE
7932 BELTON DRIVE
LOS ANGELES, CA 90045
USA

NID-802-76-C-882
BRIAN H. CHARTER
CHARTER DAVIS, LLP
RE: MARKER (NANCY)
1730 I STREET, STE.240
SACRAMENTO, CA 95814

NID-802-76-C-509
CAROL JOY
C/O LAW OFFICES OF MICHAEL S LAMONSOFF
80 MAIDEN LANE 12TH FL
NEW YORK, NY 10038

NID-802-76-C-1352
COVENTRY II DDR BUENA PARK LLC
C/O  ERIC C COTTON, ASST GENERAL COUNSEL
DEVELOPERS DIVERSIFIED REALTY
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD, OH 44122

NID-802-76-C-1541
CRAIG MARTIN
C/O DEBRA A LAUZON
LAUZON & EULER LLP
RE MARTIN CRAIG
2447 PACIFIC COAST HIGHWAY STE 100
HERMOSA BEACH, CA 90254

NID-802-76-CA-895
DECHERT LLP
RE:THE BANK OF NEW YORK AS INDENTURE TRUSTE
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

NID-802-76-C-770
DENNIS LORIMER
LAW OFFICES OF RAMIN R. YOUNESSI
ATTN: RAMIN R. YOUNESSI, ESQ.
3435 WILSHIRE BLVD.
SUITE 2370
LOS ANGELES, CA  90010

NID-802-76-CA-1283
EDWARDS ANGELI PALMER & DODGE LLP
RE: ROUNDER RECORDS CORP
111 HUNTINGTON AVENUE
BOSTON, MA 02199

NID-802-76-CA-1282
EDWARDS ANGELL PALMER & DODGE LLP
RE: ROUNDER RECORDS CORP
111 HUNTINGTON AVENUE
BOSTON, MA 02199

NID-802-76-CA-1373
EDWARDS ANGELL PALMER & DODGE LLP
RE:COUNSEL TO ROUNDER RECORDS CORP
C/O THEODORE W CONNOLLY
111HUNTINGTON AVENUE
BOSTON, MA 02199   617-239-0100

NID-802-76-C-275
FEDERAL INSURANCE COMPANY
C/O LAW OFFICES OF TODD F HAINES
ATTN TODD F HAINES
30495 CANWOOD STREET, SUITE 100
AGOURA HILLS, CA 91301

NID-802-76-C-1754
GLENN GUADALUPE
3349 EAST CALLE BAJA DRIVE
WEST COVINA, CA 91792
USA

NID-802-76-C-1269
INNOVATIVE DISTRIBUTION NETWORK
A DIVISION OF AEC ONE STOP GROUP INC
ATTN GEORGE CAMPAGNA - LISA K STAUFFER ESQ
COHEN & GRIGSBY PC
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA  15222-1319

NID-802-76-CA-1373
JEFF C GRADY
ROUNDER RECORDS CORP
1 ROUNDER WAY
BURLINGTON, MA 01803

NID-802-76-C-1772
MARIA PEREZ
2784 ENTRADA CIRCLE
ANTIOCH, CA 94509
USA

NID-802-76-CA-1282
MARK D OLIVERE
RE ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET 15TH FLOOR
WILMINGTON, DE  19801

NID-802-76-CA-1373
MARK D OLIVERE, ESQUIRE
RE:COUNSEL TO ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET 15TH FLOOR
WILMINGTON, DE 19801

NID-802-76-CA-1283
MARK D. OLIVERE,ESQUIRE
RE ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE,LLP
919 NORTH MARKET STREET,15TH FLOOR
WILMINGTON,DE 19801

NID-802-76-CA-1719
MARTHA WILLIS
3210 3RD AVENUE
CORONA DEL MAR, CA 92625

NID-802-76-C-1719
MARTHA WILLIS
C/O LAUREL R. ZAESKE, ESQ.
RUS, MILIBAND & SMITH, APC
VON KARMAN TOWERS, SEVENTH FLOOR
2211 MICHELSON DRIVE
IRVINE, CA  92612

NID-802-76-C-298
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
ATTN ANDREW R VARA
J CALEB BOGGS FEDERAL BUILDING
844 KING STREET LOCKBOX 35 SUITE 2207
WILMINGTON, DE 19801

NID-802-76-C-1747
PATRICIA B. WANNER
6222 FARMDALE AVE.
NORTH HOLLYWOOD, CA 91606
UNITED STATES

NID-802-76-C-1282
ROUNDER RECORDS CORP
C/O GRADY JEFF
1 ROUNDER WAY
BURLINGTON, MA 01803-5157

**Three A's Holdings, L.L.C. - U.S. Mail**                                                                 Served 10/3/2008

NID-802-76-C-1373
ROUNDER RECORDS CORP
C/O GRADY, JEFF
1 CAMP STREET
CAMBRIDGE, MA 02140

NID-802-76-C-1283
ROUNDER RECORDS CORP
C/O JEFFREY C GRADY
1 ROUNDER WAY
BURLINGTON, MA 01803-5157

NID-802-76-C-1231
RUSSELL M SOLOMON
C/O M DAVID MINNICK ESQ
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 FREMONT STREET
SAN FRANCISCO, CA 94105

NID-802-76-C-1755
SCOTT SHIMOKAWA
744 TWIN VIEW DR
HONOLULU, HI 96817
USA

NID-802-76-C-1763
SHIRLEY H WANG
6623 WILLOW ST. #1
EL CERRITO, CA 94530-3659

NID-802-76-C-486
SIDNEY I. LEABMAN, ESQ., LAW OFFICES
C/O SIDNEY I LE ABMAN
RE: SYKES, DEITRA
1608 WALNUT STREET, STE. 800
PHILADELPHIA, PA 19103

NID-802-76-C-1748
STEVE CARROLL
2002 PASEO LARO
SAN CLEMENTE, CA 92673
USA

NID-802-76-CA-305
SUSAN MCFADDEN
3218 A MCMICHAEL ST
PHILADELPHIA, PA 19129

NID-802-76-C-305
SUSAN MCFADDEN
C/O EDWARD M SINGER ESQ
ONE BELMONT AVENUE, SUITE 605
BALA CYNWYD, PA 19004
USA

NID-802-76-C-892
SUSAN MCFADDEN
C/O EDWARD M SINGER ESQUIRE
ONE BELMONT AVENUE SUITE 605
BALA CYNWYD, PA  19004

NID-802-76-CA-895
THE BANK OF NEW YORK
ATTN JOHN GUILIANO
101 BARCLAY STREET FLOOR 8W
NEW YORK, NY 10286

NID-802-76-C-895
THE BANK OF NEW YORK AS INDENTURE TRUSTEE
ATTN JOHN GUILIANO
C/O GLENN E SIEGEL ESQ
DECHERT LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

NID-802-76-C-1181
THE INTERLINK COMPANIES INC
ATTN JOHN BODE
C/O LISA K STAUFFER ESQ
COHEN & GRIGSBY PC
11 STANWIX STREET 15TH FLOOR
PITTSBURGH, PA 15222-1319

Creditor(s):  40