OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Three A's Holdings, LLC | Bank: | JPM Chase Bank |
| Bankruptcy Number: | 06-10886 (BLS) | Account Number: | 770561645 |
| Date of Confirmation: | 8/6/2007 | Account Type: | Checking/Admin Fund |
| Reporting Period (month/year): | September-08 | | |

Beginning Cash Balance: $ 254,471.88

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ - | |
| Collection of Accounts Receivable\Interest: | $ - | |
| Proceeds from Litigation (settlement or otherwise): | $ - | |
| Sale of Debtor's Assets: | $ - | |
| Capital Infusion pursuant to the Plan: | $ - | |
| Total Cash Received | | $ - |
| | | |
| Capital Infusion for Expenses Paid on Behalf of Affiliates: | $ - | |
| Account Transfer within Entity: | $ 700,000.00 | |
| Total other Category Receipts: | | $ 700,000.00 |
| | | |
| Total of cash available: | | $ 954,471.88 |

Less all disbursements or payments (including payments made under the confirmed Plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the Plan, excluding the Administrative Claims of bankruptcy professionals: | $ (528,158.49) | |
| Disbursements made pursuant to the Administrative Claims of bankruptcy professionals: | $ (165,788.47) | |
| All other disbursements made in the ordinary course: | $ (184,920.06) | |
| Total Disbursements: | | $ (878,867.02) |
| | | |
| Ending Cash Balance: | | $ 75,604.86 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/13/2008                                       [signature]                Plan Admin
Date                                             Name/Title

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Three A's Holdings, LLC | Bank: | JPM Chase Bank |
| Bankruptcy Number: | 06-10886 (BLS) | Account Number: | 770561652 |
| Date of Confirmation: | 8/6/2007 | Account Type: | Checking/Sr Claim Res |
| Reporting Period (month/year): | September-08 | | |

Beginning Cash Balance: $ 991,100.87

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ - | |
| Collection of Assets/Accounts Receivable/Interest: | $ 826,845.93 | |
| Proceeds from Litigation (settlement or otherwise): | $ 36,466.30 | |
| Sale of Debtor's Assets: | $ - | |
| Capital Infusion pursuant to the Plan: | $ - | |
| Total Cash Received | | $ 863,312.23 |
| | | |
| Capital Infusion for Expenses Paid on Behalf of Affiliates: | $ - | |
| Account Transfer within Entity: | $ 7,798,298.37 | |
| Total other Category Receipts: | | $ 7,798,298.37 |
| | | |
| Total of cash available: | | $ 9,652,711.47 |

Less all disbursements or payments (including payments made under the confirmed Plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the Plan, excluding the Administrative Claims of bankruptcy professionals: | $ (6,182,942.01) | |
| Disbursements made pursuant to the Administrative Claims of bankruptcy professionals: | $ - | |
| All other disbursements made in the ordinary course: | $ - | |
| Total Disbursements: | | $ (6,182,942.01) |
| | | |
| Ending Cash Balance: | | $ 3,469,769.46 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/13/2008                                                            [signature] Plan Admin
Date                                                                  Name/Title

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Three A's Holdings, LLC | Bank: | JPMorgan Securities Inc |
| Bankruptcy Number: | 06-10886 (BLS) | Account Number: | 686586 |
| Date of Confirmation: | 8/6/2007 | Account Type: | Sec Tbill/Sr Claim Res |
| Reporting Period (month/year): | September-08 | | |

Beginning Cash Balance: $ 21,013,459.78

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ - | |
| Collection of Accounts Receivable/Interest: | $ - | |
| Proceeds from Litigation (settlement or otherwise): | $ - | |
| Sale of Debtor's Assets: | $ - | |
| Capital Infusion pursuant to the Plan: | $ - | |
| Total Cash Received | | $ - |
| | | |
| Capital Infusion for Expenses Paid on Behalf of Affiliates: | $ - | |
| Account Transfer within Entity: | $ (8,014,294.50) | |
| Total other Category Receipts: | | $ (8,014,294.50) |
| | | |
| Total of cash available: | | $ 12,999,165.28 |

Less all disbursements or payments (including payments made under the confirmed Plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the Plan, excluding the Administrative Claims of bankruptcy professionals: | $ - | |
| Disbursements made pursuant to the Administrative Claims of bankruptcy professionals: | $ - | |
| All other disbursements made in the ordinary course: | $ - | |
| Total Disbursements: | | $ - |
| | | |
| Ending Cash Balance: | | $ 12,999,165.28 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/13/2008                                        [signature] Plan Admin
Date                                              Name/Title

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Three A's Holdings, LLC | Bank: | JPMorgan Securities Inc |
| Bankruptcy Number: | 06-10886 (BLS) | Account Number: | 686517 |
| Date of Confirmation: | 8/6/2007 | Account Type: | Sec Tbill/Admin Fund |
| Reporting Period (month/year): | September-08 | | |

Beginning Cash Balance: $ 399,836.67

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ - | |
| Collection of Accounts Receivable\Interest: | | |
| Proceeds from Litigation (settlement or otherwise): | $ - | |
| Sale of Debtor's Assets: | $ - | |
| Capital Infusion pursuant to the Plan: | $ - | |
| Total Cash Received | | $ - |
| Capital Infusion for Expenses Paid on Behalf of Affiliates: | $ - | |
| Account Transfer within Entity: | $ (399,836.67) | |
| Total other Category Receipts: | | $ (399,836.67) |
| Total of cash available: | | $ - |

Less all disbursements or payments (including payments made under the confirmed Plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the Plan, excluding the Administrative Claims of bankruptcy professionals: | $ - | |
| Disbursements made pursuant to the Administrative Claims of bankruptcy professionals: | $ - | |
| All other disbursements made in the ordinary course: | $ - | |
| Total Disbursements: | | $ - |
| Ending Cash Balance: | | $ - |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/13/2008                                        [signature]    Plan Admin
Date                                              Name/Title