## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on October 13, 2008, I caused a copy of the foregoing **Post-Confirmation Quarterly Summary Report** to be served upon the following party in the manner indicated:

*Via Hand Delivery*

Mark S. Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

_____
Christopher M. Samis (No. 4909)