# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE A'S HOLDINGS, L.L.C., | ) | Case No. 06-10886 (BLS) |
| a Delaware limited liability | ) | |
| company, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 1877 & 2144 |
| | ) | |
| INFORMAL COMMITTEE OF SECURED | ) | |
| VENDORS OF MTS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. No. 07-50872 (BLS) |
| | ) | |
| THREE A'S HOLDINGS, L.L.C., et al., | ) | |
| Defendants/Debtors. | ) | |
| | ) | |
| THREE A'S HOLDINGS, L.L.C., et al., | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INFORMAL COMMITTEE OF SECURED | ) | |
| VENDORS OF MTS, INC., et al., | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT WITH
## ASLAN CAPITAL MANAGEMENT FUND, LP

Upon the motion (the "Motion") of the above-captioned debtors (the "Debtors"), for an order pursuant to section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure approving the approving the *Settlement Agreement and Release of Claims* between Aslan Capital Management Fund, LP ("Aslan" and, collectively with the Debtors, the "Parties"), and the Debtors (the "Settlement Agreement") on the terms and subject to the conditions set forth in the Settlement Agreement, a copy of which is attached as Exhibit A

to the Motion; and it appearing that the Court has jurisdiction over this matter; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and it further appearing that the Settlement Agreement is fair, reasonable, and in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and due and sufficient cause appearing therefore,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Settlement Agreement is APPROVED.

3. Aslan is dismissed with prejudice as a plaintiff and a counterclaim defendant from the Adversary Proceeding.

4. The mutual releases set forth in the Settlement Agreement shall become effective upon Aslan's receipt of the Payment.

5. The Debtors and Aslan are authorized and directed to execute, deliver, implement, and fully perform any and all obligations, instruments, documents, and papers and to take any and all actions reasonably necessary or appropriate to consummate and fully execute the Settlement Agreement and effectuate its terms.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: Oct 14, 2008
Wilmington, Delaware

THE HONORABLE BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

RLF1-3320491-2