IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THREE A'S HOLDINGS, a Delaware limited liability company, et al.,[1] | : | Case No. 06-10886 (BLS) |
| | : | Jointly Administered |
| Debtors. | : | |

## DEBTORS' POST-EFFECTIVE STATUS REPORT FOR QUARTER ENDING SEPTEMBER 30, 2008

This status report (the "Status Report") for the quarter ending September 30, 2008, is submitted by Three A's Holdings, L.L.C., a Delaware limited liability company, and its direct and indirect affiliates, Jeremy's Holdings, LLC, a Delaware limited liability company, Tower Direct LLC, a Delaware limited liability company, 33rd Street Records, Incorporated, a Delaware corporation, Pipernick Corp., a Delaware corporation, M T S, Incorporated, a California corporation ("MTS"), Columbus & Bay, Inc., a California corporation and R.T. Records, Incorporated, a California corporation, each as a debtor and debtor-in-possession (collectively, the "Debtors"), pursuant to Article 7.B of the Debtors' Joint Chapter 11 Plan of Liquidation (the "Plan"), confirmed by this Court by order entered August 6, 2007 [Docket No. 1565] and effective as of August 17, 2007 (the "Plan Effective Date") [Docket No. 1584, entered August 21, 2007] in the above-captioned chapter 11 cases (the "Cases").[2]

The status of significant events in the Cases that have occurred since the Plan Effective Date and the major assets remaining in the Debtors' estates as of September 30, 2008

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

[2] Terms used but not defined herein shall have the meaning ascribed to such terms in the Plan.

LA3:1129272.2
RLF1-3330735-2

are as follows:

I. **TRADE VENDOR LIEN LITIGATION STATUS.**

The Trade Vendor Lien Litigation is now substantially completed. The Bankruptcy Court has approved individual settlements between the Debtors and most of the members of the informal committee of secured trade vendors (the "Informal Committee") or those to whom certain of those members assigned their claims: Warner/Elektra/Atlantic Corp. Sony BMG, Deutsche Bank Securities, Stonehill Institutional Partners, L.P., Warner Home Video, Inc., EMI Music North America Inc., and NBC Universal. In addition, on October 15, 2008 the Bankruptcy Court entered orders approving settlements with the only other holder of claims of Informal Committee members, Aslan Capital Management Fund, L.P. ("Aslan"), as well as the only non-Informal Committee member whose claims were not assigned to a previously settling party, Koch Entertainment. The settlement agreements all were on substantially identical terms except that (a) the settlement of the avoidance counts against settling trade vendors varied based on the facts for each vendor, (b) the avoidance counts were not settled and were expressly excluded from releases in which the Debtors settled with assignees of original trade vendors and (c) the settlement percentage for non-Informal Committee members was higher than for Committee members to account for difference in claim defenses.

The only remaining issues between the Debtors and the Informal Committee will be the avoidance claims that the Debtors maintained against certain of the Informal Committee members who assigned or sold the claims. The Debtors are in the process of confirming that they have filed new individual complaints against each such entity and, upon ascertaining this fact, may be in a position to dismiss the Trade Vendor Lien Litigation in its entirety.

II.     **WARN ACT LITIGATION STATUS.**

The Debtors and counsel for WARN Act plaintiffs (both individual and class) reached a settlement agreement that resolved all WARN Act claims and the related adversary proceeding. The settlement agreement received Bankruptcy Court approval on June 12, 2008 and the Debtors have made full payment pursuant to the settlement agreement. The adversary proceeding was dismissed with prejudice by Order entered July 28, 2008 [WARN adversary proceeding docket no. 23]. No further action remains to be taken.

III.    **CLAIMS.**

The Debtors are reviewing and reconciling the approximately 1,800 claims that were filed in the Cases, have finalized more than 1,775 of these filed claims, and have filed and obtained Court approval of fifteen omnibus objections thus far. On January 18, 2008, the Bankruptcy Court entered an order [Docket No. 1827] extending the deadline through and including July 14, 2008 to object to claims and, on July 11, 2008, the Bankruptcy Court entered an order [Docket No. 2079] further extending the objection deadline to December 31, 2008.

IV.     **STATUS OF ASSETS.**

On September 30, 2008, the Debtors had $16,526,258.28 in cash and cash equivalents. Other assets include investments, deposits and accounts receivable in the approximate aggregate amount of approximately $623 thousand.[3] From the Effective Date through September 30, 2008, the Debtors made payments totaling $1,890,910.96 in the ordinary course of winddown and liquidation, paid $4,754,429.85 (most of which pertained to pre-Effective Date services) to their professionals, and disbursed $16,093,230.88 in settlements and payments of administrative and priority claims.

---

[3] Accounts receivable as stated herein does not reflect reduction for disputed receivables; these amounts may not be collectible in full.

## V. OTHER EVENTS.

### A. Personnel.

The Debtors terminated the employment of all remaining employees effective September 30, 2007. Approximately 4 former employees are assisting the Plan Administrator in winddown tasks on a consulting basis.

### B. Corporate Entities

The Debtors have dissolved six of the debtor entities: Jeremy's Holdings, LLC, 33rd Street Records, Incorporated, Pipernick Corp., Columbus & Bay, Inc., R.T. Records, Incorporated and Tower Direct LLC, and have closed related bank accounts.

### C. Preference Recovery.

The Debtors' consultants (BTB Associates LLC) and counsel (Cooch & Taylor and Richards, Layton & Finger, P.A.) are pursuing preference claims on behalf of the estates. The Debtors have filed more than 115 adversary proceedings and are working to litigate or resolve these matters.

Dated: October 17, 2008
      Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Stephen H. Warren
Karen Rinehart
O'MELVENY & MYERS LLP
400 South Hope St.
Los Angeles, California 90071
(213) 430-6000

ATTORNEYS FOR DEBTORS