IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE A's HOLDINGS, L.L.C., a Delaware | ) | Case No. 06-10886 (BLS) |
| limited liability company, et al.,[1] | ) | |
| | ) | RE: Docket 2161 |
| Debtors. | ) | |

Hearing Date: November 17, 2008 at 2:00 p.m. prevailing Eastern time
Objection Deadline: November 7, 2008 at 4:00 p.m. prevailing Eastern Time

### NOTICE OF HEARING TO APPROVE MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO DEBTORS' SUBSTANTIVE OBJECTIONS TO MAJAP'S PROOF OF CLAIM

**PLEASE TAKE NOTICE** that on October 10, 2008, the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Majap Investments Ltd's Motion For Partial Summary Judgment With Respect To Debtors' Substantive Objections To Majap's Proof Of Claim* (the "Motion") [Docket No. 2161]. A copy of the Motion, brief in support thereof and accompanying exhibits were previously served on you. Please contact the undersigned counsel if you need additional copies of any of these pleadings.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **November 7, 2008 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Majap Investment, Limited:

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., MTS, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R. T. Records, Incorporated.

54431-001\DOCS_DE:141388.1

James E. O'Neill, Esq., Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801)

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD **NOVEMBER 17, 2008 AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON DELAWARE 19801.

Dated: October 20, 2008

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Scotta E. McFarland (Bar No. 4184)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
       joneill@pszjlaw.com
       smcfarland@pszjlaw.com
       kmakowski@pszjlaw.com

Counsel for Majap Investment Limited

2