IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE A's HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | ) ) ) | Case No. 06-10886 (BLS) |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 20th day of October, 2008, I caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

*Notice of Hearing to Approve Motion For Partial Summary Judgment With Respect To Debtors' Substantive Objections To Majap's Proof Of Claim*

_____
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., MTS, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R. T. Records, Incorporated.

54431-001\DOCS_DE:141541.1

**Majap Investments Ltd. – Supplemental Service List for Summary Judgment Brief**
Document No. 141542
01 – Hand Delivery
01 – First Class Mail


*Hand Delivery*
*(Counsel for Informal Committee)*
David B. Stratton, Esquire
Adam Hiller, Esquire
Pepper Hamilton LLP
1313 North Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

*First Class Mail*
*(Counsel for Informal Committee)*
Peter Gurfein, Esquire
Akin Gump Strauss Hauer & Feld, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Three A's Holdings – MAJAP
Service List re: Summary Judgment
10.10.08
Case No. 06-10886
Document No. 141286
03 – Hand Delivery
03 – First Class Mail

*Hand Delivery*
*(Representing Debtors)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
920 North King Street
Wilmington, DE 19899-0551

*Hand Delivery*
*(Representing Official Committee of Unsecured Creditors)*
Mark E. Felger
Jeffrey R. Waxman
Cozen O'Connor
1201 North Market St, Ste 1400
Wilmington, DE 19801

*Hand Delivery*
*(Office of the United States Trustee)*
Mark S. Kenney
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

*First Class Mail*
*(Representing Debtors )*
Stephen H. Warren
Karen Rinehart
O'Melveny & Myers LLP
400 South Hope St.
Los Angeles, CA 90071

*First Class Mail*
*(Representing Official Committee of Unsecured Creditors)*
James H. Joseph
McGuireWoods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222

*First Class Mail*
*(Representing Official Committee of Unsecured Creditors)*
Lawrence E. Rifken
J. Eric Crupi
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102

54431-001\DOCS_DE:141286.1