1    MICHAEL W. MALTER, ESQ., SBN #96533
     JULIE H. ROME-BANKS, ESQ. , SBN #142364
2    BINDER & MALTER, LLP
     2775 Park Avenue
3    Santa Clara, CA 95050
     Telephone: (408) 295-1700
4    Facsimile:   (408) 295-1531
     michael@bindermalter.com
5    julie@bindermalter.com

6    Attorneys for Terracommercial
     Management Corp., agent and
7    property manager for Landlord
     Facchino/LaBarbera Trust

8

9                    UNITED STATES BANKRUPTCY COURT

10                        DISTRICT OF DELAWARE

11

12   In re                              | Chapter 11

13   THREE A'S HOLDINGS, L.L.C., a       | Case No. 06- 10886 (BLS)
     Delaware limited liability company, et al.,
14                                       | Jointly Administered
                    Debtors.
15
     **REQUEST FOR REMOVAL FROM ALL COURT SERVICE LISTS**
16
17           NOTICE IS HEREBY GIVEN that counsel for Terracommercial Management Corp.,
     agent and property manager for Landlord Facchino/LaBarbera Trust, previously filed a
18   Request For Special Notice (docket #277) on September 22, 2006 and hereby requests
     that counsel be removed from all service lists in this case effective immediately.

19

20   Dated: October 20, 2008              Respectfully Submitted,

21                                        By _____
                                             Julie H. Rome-Banks
22                                           Attorney at Law
                                             California State Bar #142364
23                                           Binder & Malter, LLP
                                             2775 Park Avenue
24                                           Santa Clara, CA 95050
                                             email: julie@bindermalter.com
25                                           Phone (408) 295-1700
                                             Fax (408) 295-1531
26   JHRF:\Clients\Terracommercial-Tower Records\Pleading\Request For Removal From Service List.wpd

27

28

FILED

2008 OCT 24  AM 11: 7

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

MICHAEL W. MALTER, ESQ., SBN #96533
JULIE H. ROME-BANKS, ESQ. , SBN #142364
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile:   (408) 295-1531

Attorneys for Terracommercial
Management Corp., agent for Landlord
Facchino/Labarbera Trust

*FILED*

*2008 OCT 24  AM 11: 17*

*U.S. BANKRUPTCY COURT*
*DISTRICT OF DELAWARE*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al., | Case No. 06- 10886 (BLS) |
| Debtors. | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I, Johnie M. Kelly, Jr., hereby certify and declare that I am over the age of eighteen (18) and not a party to the within cause; my business address is 2775 Park Avenue, Santa Clara, California, 95050; I am familiar with my employer's mail collection and processing practices and know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail; and know that postage thereon is fully prepaid.

On October 20, 2008, I served a true copy of the document titled exactly as follows:

**REQUEST FOR REMOVAL FROM ALL COURT SERVICE LISTS**

by placing a copy thereof in a sealed envelope, affixed with the correct amount of postage thereto, in the United States first-class mail at Santa Clara, California, to the persons listed below:

1  | **Attorneys for Debtor**
   | Mark D. Collins

2  | Michael Joseph Merchant
   | Jason M. Madron

3  | Karen McKinley
   | Richards Layton & Finger

4  | One Rodney Square
   | P.O. Box 551

5  | Wilmington, DE 19899

**Attorneys for Creditors' Committee**
Jeffrey R. Waxman
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Executed on October 20, 2008, at Santa Clara, California.  I certify under penalty

of perjury that the foregoing is true and correct.

*Johnie M. Kelly, Jr.*

Johnie M. Kelly, Jr.

jhr;Clients\Terracommercial-Tower Records\Pleading\COS-Requests For Removal From Service List.wpd

CERTIFICATE OF SERVICE BY MAIL

PAGE 2