## EXHIBIT A

RLF1-3338268-1

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THREE A'S HOLDINGS, a Delaware limited liability company, et al.,[1] | : | Case No. 06-10886 (BLS) |
| | : | Jointly Administered |
| Debtors. | : | |

ORDER GRANTING DEBTORS' EMERGENCY MOTION TO CONTINUE HEARING ON MAJAP INVESTMENTS LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO DEBTORS' SUBSTANTIVE OBJECTIONS TO MAJAP'S PROOF OF CLAIM

Upon the *Debtors' Motion to Continue Hearing On Majap Investments Ltd.'s Motion for Partial Summary Judgment with Respect to Debtors' Substantive Objections to Majap's Proof of Claim* (the "Motion to Continue"), and the Court having jurisdiction to consider the Motion to Continue and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Continue and the requested relief being a core proceeding in the Bankruptcy Court pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion to Continue having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and the relief requested in the Motion to Continue being in the best interests of the Debtors and their respective estates and creditors; and the Court having reviewed the Motion to Continue; and the Court having determined that the legal and factual bases set forth in the Motion to Continue establish just cause for the relief granted herein;

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1-3338268-1

and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion to Continue is granted.

2. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Continue.

3. The hearing on the Motion will be continued to the hearing scheduled for December 18, 2008 at 2:00 p.m. (ET) The Debtors shall have have until 5:00 p.m. (ET) on December 4, 2008 to file and serve any opposition to the Motion, and Majap shall have until 5:00 p.m. (ET) on December 11, 2008 to file and serve any reply to such opposition.

4. The Court shall retain jurisdiction over the Motion to Continue and any matter relating to or arising from the Motion to Continue or the implementation of the Order.

Dated: November ____, 2008
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE