## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>**THREE A'S HOLDINGS, L.L.C.,** a<br>**Delaware limited liability company, et**<br>**al.,**[1] | : **Chapter 11**<br>:<br>: **Case No. 06-10886 (BLS)**<br>:<br>: **Jointly Administered**<br>:<br>: |

### AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California.  I hereby certify that on November 13, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Order (Sixth) Regarding Debtors' Tenth Omnibus Objection to Claims on Substantive Grounds (Books and Records and Misclassified)**

Dated: November 18, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this _18th_ day of _Nov._, 20 _08_, by _Nova Lachman_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1]     The Debtors are the following entities:  Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## EXHIBIT A

**Three A's Holdings, L.L.C. - U.S. Mail**

Served 11/13/2008

ERIC M. SUTTY, ESQUIRE
RE: MUZE INC
BAYARD, P.A.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19801

MICHAEL CARNEY, ESQUIRE
RE: MUZE INC
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
25TH FLOOR
NEW YORK, NY 10020-1089

MUZE INC
C/O SEAN RICHARDSON ESQ
304 HUDSON STREET 8TH FLOOR
NEW YORK, NY 10013

WILLIAM H MACLAUGHLIN AND ALLEN BENDER
C/O NANCY HOTCHKISS, ESQUIRE
TRAINOR FAIRBROOK
980 FULTON AVENUE
SACRAMENTO, CA 95825

Creditor(s):  4