## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>**THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, <u>et al.</u>,**[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California.  I hereby certify that on November 13, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in <u>Exhibit A</u> attached hereto:

- **Order (Second) Granting Debtors' Fifteenth Omnibus Objection to Claims on Substantive Grounds to Certain (A) Books and Records Claims and (B) Wrong Class Claims**

Dated: November 18, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

| {State of California | } |
|---|---|
| {  | } ss. |
| {County of Los Angeles | } |

Subscribed and sworn to (or affirmed) before me on this 18th day of _Nov._, 20 _08_, by _Nova Lachman_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1]      The Debtors are the following entities:  Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## **EXHIBIT A**

**Three A's Holdings, L.L.C. -  U.S. Mail**                                                              **Served 11/13/2008**

DENNIS LORIMER
LAW OFFICES OF RAMIN R. YOUNESSI
ATTN: RAMIN R. YOUNESSI, ESQ.
3435 WILSHIRE BLVD.
SUITE 2370
LOS ANGELES, CA  90010

Creditor(s):  1