### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>**THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, <u>et al.</u>,**[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on November 18, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in <u>Exhibit A</u> attached hereto:

- **Debtors' Sixteenth Omnibus Objection on Non-Substantive Grounds to Certain (A) Late Filed and (B) Wrong Debtor Claims**

Dated: November 25, 2008

Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 25th day of Nov. , 20 08 , by Nova Lachman , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

> CATHERINE A. ROJO
> Commission # 1804344
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jun 26, 2012

---

[1]    The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**<u>EXHIBIT A</u>**

**Three A's Holdings, L.L.C. - U.S. Mail**

NID-802-77-C-1816
DAVID BG PASIN
787 HOLLY OAK DRIVE
PALO ALTO, CA  94303

NID-802-77-C-1820
LINDA JUNG
1428 E. BASSETT WAY
ANAHEIM, CA  92805

NID-802-77-C-1782
PC MALL, INC., A DELAWARE CORPORATION
C/O JEFFREY M. GALEN, ESQ
GALEN  & DAVIS, LLP
16255 VENTURA BLVD., SUITE 900
ENCINO, CA 91436

NID-802-77-C-1793
VALERIE ALEKSANDROVICH
5030 GERALD AVENUE
ENCINO, CA 91436
USA

Creditor(s):  4