## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **THREE A'S HOLDINGS, L.L.C., a** | : | **Case No. 06-10886 (BLS)** |
| **Delaware limited liability company, <u>et</u>** | : |  |
| **<u>al.</u>,**[1] | : | **Jointly Administered** |
|  | : |  |
|  | : |  |

### AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on November 18, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in <u>Exhibit A</u> attached hereto:

- **Debtors' Seventeenth Omnibus Objection on Substantive Grounds to Certain (A) Books and Records Claims; (B) Multiple-Debtor Duplicate Claims; and (C) Wrong Class Claims**

Dated: November 25, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this *25th* day of *Nov.*, 20 *08*, by *Nova Lachman*, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## EXHIBIT A

**Three A's Holdings, L.L.C. - U.S. Mail**                                                                    **Served 11/18/2008**

NID-802-78-C-1818
AHNA CHIEN
1103 S. FIRCROFT
WEST COVINA, CA 91791
UNITED STATES

NID-802-78-C-1442
BAKER & TAYLOR
C/O SARAH G MOORE ESQ
2550 WEST TYVORA RAOD SUITE 300
CHARLOTTE, NC 28217

NID-802-78-C-1816
DAVID BG PASIN
787 HOLLY OAK DRIVE
PALO ALTO, CA 94303

NID-802-78-C-703
ENTERTAINMENT UK LTD
GARY WOODS - SURHBIR JUTLEY
AURIOL DRIVE
GREENFORD PARK
GREENFORD, MIDDLESEX    UB6 0DS
UNITED KINGDOM

NID-802-78-C-1804
KELLY VANIS
1000 DAVIT LANE #104
REDWOOD CITY, CA 94065

NID-802-78-C-1802
LAUREN BERG
34784 MCKENZIE VIEW RD
SPRINGFIELD, OR 97478

NID-802-78-C-1800
LESLEY FAY HANSON
406 ASPEN GLEN DRIVE
HAMDEN, CT 06518

NID-802-78-C-1784
MARKET & NOE CENTER A CALIFORNIA LIMITED PART
C/O COOPER WHITE & COOPER LLP
PETER C CALIFANO ESQ
201 CALIFORNIA STREET SEVENTEENTH FLOOR
SAN FRANCISCO, CA 94111

NID-802-78-C-1814
MELUYN STETSON
901 SOUTH SHERBOURNE DR #306
LOS ANGELES, CA 90035

NID-802-78-C-1793
VALERIE ALEKSANDROVICH
5030 GERALD AVENUE
ENCINO, CA 91436
USA

Creditor(s):  10