**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | Chapter 11<br>Case No. 06-10886 (BLS)<br>Jointly Administered |
|---|---|

**AFFIDAVIT OF SERVICE**

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on November 18, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Debtors' Seventeenth Omnibus Objection on Substantive Grounds to Certain (A) Books and Records Claims; (B) Multiple-Debtor Duplicate Claims; and (C) Wrong Class Claims**

Dated: November 25, 2008

Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 25th day of Nov., 20 08, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

**Three A's Holdings, L.L.C. - U.S. Mail**

**Served 11/18/2008**

NID-802-78-C-1818
AHNA CHIEN
1103 S. FIRCROFT
WEST COVINA, CA 91791
UNITED STATES

NID-802-78-C-1442
BAKER & TAYLOR
C/O SARAH G MOORE ESQ
2550 WEST TYVORA RAOD SUITE 300
CHARLOTTE, NC 28217

NID-802-78-C-1816
DAVID BG PASIN
787 HOLLY OAK DRIVE
PALO ALTO, CA 94303

NID-802-78-C-703
ENTERTAINMENT UK LTD
GARY WOODS - SURHBIR JUTLEY
AURIOL DRIVE
GREENFORD PARK
GREENFORD, MIDDLESEX UB6 0DS
UNITED KINGDOM

NID-802-78-C-1804
KELLY VANIS
1000 DAVIT LANE #104
REDWOOD CITY, CA 94065

NID-802-78-C-1802
LAUREN BERG
34784 MCKENZIE VIEW RD
SPRINGFIELD, OR 97478

NID-802-78-C-1800
LESLEY FAY HANSON
406 ASPEN GLEN DRIVE
HAMDEN, CT 06518

NID-802-78-C-1784
MARKET & NOE CENTER A CALIFORNIA LIMITED PART
C/O COOPER WHITE & COOPER LLP
PETER C CALIFANO ESQ
201 CALIFORNIA STREET SEVENTEENTH FLOOR
SAN FRANCISCO, CA 94111

NID-802-78-C-1814
MELUYN STETSON
901 SOUTH SHERBOURNE DR #306
LOS ANGELES, CA 90035

NID-802-78-C-1793
VALERIE ALEKSANDROVICH
5030 GERALD AVENUE
ENCINO, CA 91436
USA

Creditor(s): 10