UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a : | |
| Delaware limited liability company, et : | Case No. 06-10886 (BLS) |
| al.,[1] : | |
| : | Jointly Administered |
| Debtors. : | |
| : | Re: Docket Nos. 2204 & 2205 |

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 4th day of December, 2008 she caused a copy of the following to be served on the attached list as indicated:

- **Debtors' Opposition to Majap Investments Ltd's Motion for Partial Summary Judgment with Respect to Debtors' Substantive Objections to Majap's Proof of Claim [Docket No. 2204]**

- **Affidavit of Karen Rinehart in Support of Debtors' Opposition to Majap Investments Ltd's Motion for Partial Summary Judgment with Respect to Debtors' Substantive Objections to Majap's Proof of Claim [Docket No. 2205]**

Dated: December 6, 2008
       Wilmington, Delaware

/s/ Ann Jerominski
Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 8th day of December, 2008

/s/ Joan M. Webb
Notary Public

JOAN M. WEBB
Notary Public - State of Delaware
My Comm. Expires April 30, 2010

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1-3347174-1

**In re: Three A's Holdings, L.L.C.**
**Case No.: 06-10886 (BLS)**
**Service List**

**Via Hand Delivery**
James O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th floor
Wilmington, DE 19801