IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, <u>et al.</u>,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on December 8, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in <u>Exhibit A</u> attached hereto:

- Order (Third) Granting Debtors' Fifteenth Omnibus Objection to Claims on Substantive Grounds to Certain (A) Books and Records and (B) Wrong Class Claims

Dated: December 9, 2008

*/s/ Nova Lachman*
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 9th day of Dec., 20 08, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

*/s/ Catherine A Rojo*
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## **EXHIBIT A**

**EXHIBIT A**

**Three A's Holdings, L.L.C. - U.S. Mail**  Served 12/8/2008

NID-802-80-CA-1282
EDWARDS ANGELL PALMER & DODGE LLP
RE: ROUNDER RECORDS CORP
111 HUNTINGTON AVENUE
BOSTON, MA 02199

NID-802-80-CA-1373
EDWARDS ANGELL PALMER & DODGE LLP
RE:COUNSEL TO ROUNDER RECORDS CORP
C/O THEODORE W CONNOLLY
111HUNTINGTON AVENUE
BOSTON, MA 02199   617-239-0100

NID-802-80-CA-1282
MARK D OLIVERE
RE ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET 15TH FLOOR
WILMINGTON, DE  19801

NID-802-80-CA-1373
MARK D OLIVERE, ESQUIRE
RE:COUNSEL TO ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET 15TH FLOOR
WILMINGTON, DE 19801

NID-802-80-CA-1283
MARK D. OLIVERE,ESQUIRE
RE ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE,LLP
919 NORTH MARKET STREET,15TH FLOOR
WILMINGTON,DE 19801

NID-802-80-C-1282
ROUNDER RECORDS CORP
C/O GRADY JEFF
1 ROUNDER WAY
BURLINGTON, MA 01803-5157

NID-802-80-C-1373
ROUNDER RECORDS CORP
C/O GRADY, JEFF
1 CAMP STREET
CAMBRIDGE, MA 02140

NID-802-80-C-1283
ROUNDER RECORDS CORP
C/O JEFFREY C GRADY
1 ROUNDER WAY
BURLINGTON, MA 01803-5157

Creditor(s):  8