## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>**THREE A'S HOLDINGS, L.L.C.,** a Delaware limited liability company, <u>et al.</u>,[1] | **Chapter 11**<br><br>**Case No. 06-10886 (BLS)**<br><br>**Jointly Administered** |

### AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on December 1, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in <u>Exhibit A</u> attached hereto:

- **Motion for Order Extending Deadline to Object to Claims**
- **Motion for an Order Shortening Notice Regarding Debtors' Motion to Extend Deadline to Object to Claims**

Dated: December 9, 2008

Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 9th day of Dec., 20 08 , by Nova Lachman , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1]    The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## EXHIBIT A

Three A's Holdings, L.L.C. - U.S. Mail

NID-802-79-C-1818
AHNA CHIEN
1103 S. FIRCROFT
WEST COVINA, CA 91791
UNITED STATES

NID-802-79-CA-1799
AMY STEINBERG
2500 ROUTER 347 BUIDING 5A
STONY BROOK, NY 11790

NID-802-79-C-1799
AMY STEINBERG
6 BAY RD EAST
SETAUKET, NY 11733

NID-802-79-C-1826
ANDREW GRAHAM
17144 PALISADES CIRCLE
PACIFIC PALISADES, CA 90272
USA

NID-802-79-C-1442
BAKER & TAYLOR
C/O SARAH G MOORE ESQ
2550 WEST TYVORA RAOD SUITE 300
CHARLOTTE, NC 28217

NID-802-79-C-1450
BAKER & TAYLOR
C/O SARAH G MOORE ESQ
2550 WEST TYVORA ROAD SUITE 300
CHARLOTTE, NC 28217

NID-802-79-C-1828
CORY DZBINSKI
169 SAXONY ROAD SUITE 206
ENCINITAS, CA 92024

NID-802-79-C-1324
CSC TRUST COMPANY OF DELAWARE
ATTN CORPERATE TRUST ADMIN / ALAN R. HALPERN
LITTLE FALLS CENTRE ONE
2711 CENTERVILLE RD, SUITE 210
WILMINGTON, DE 19808

NID-802-79-C-1816
DAVID BG PASIN
787 HOLLY OAK DRIVE
PALO ALTO, CA 94303

NID-802-79-CA-899
DECHERT LLP
RE:THE BANK OF NEW YORK AS INDENTURE TRUSTE
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

NID-802-79-CA-1324
DEUTSCHE BANK SECURITIES, INC.
RE: UNIVERSAL MUSIC GROUP DISTRIBUTION, CORP
60 WALL STREET, FLOOR 2
NEW YORK, NY 10005
ATTN: MATTHEW DOHENY

NID-802-79-CA-1283
EDWARDS ANGELI PALMER & DODGE LLP
RE: ROUNDER RECORDS CORP
111 HUNTINGTON AVENUE
BOSTON, MA 02199

NID-802-79-CA-1282
EDWARDS ANGELL PALMER & DODGE LLP
RE: ROUNDER RECORDS CORP
111 HUNTINGTON AVENUE
BOSTON, MA 02199

NID-802-79-CA-1373
EDWARDS ANGELL PALMER & DODGE LLP
RE:COUNSEL TO ROUNDER RECORDS CORP
C/O THEODORE W CONNOLLY
111HUNTINGTON AVENUE
BOSTON, MA 02199   617-239-0100

NID-802-79-C-703
ENTERTAINMENT UK LTD
GARY WOODS - SURHBIR JUTLEY
AURIOL DRIVE
GREENFORD PARK
GREENFORD, MIDDLESEX   UB6 0DS
UNITED KINGDOM

NID-802-79-CA-1610
ERIC M. SUTTY, ESQUIRE
RE: MUZE INC
BAYARD, P.A.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19801

NID-802-79-C-1528
FRESNO COUNTY TAX COLLECTOR
ATTN LORI POINDEXTER- K LAMANUZZI
PO BOX 1192
FRESNO, CA 93715-1192

NID-802-79-C-1808
JANET HALEY
95 ELM AVENUE
LARKSPUR, CA 94939
USA

NID-802-79-CA-1373
JEFF C GRADY
ROUNDER RECORDS CORP
1 ROUNDER WAY
BURLINGTON, MA 01803

NID-802-79-C-1822
JIM KOHN
1915 LEMOYNE STREET
LOS ANGELES, CA 90026
USA

NID-802-79-C-1810
JOHN MENTESANA
101 S. MEADOWS AVE
MANHATTAN BEACH, CA 90266

NID-802-79-C-1792
JOHN P. JUERGENS
34 NEW STREET
PUCHASE, NY 10577
UNITED STATES

NID-802-79-C-1797
JOSEPH F. COSTELLO
16 CHES HAVEN RD.
EARLEVILLE, MD 21919

NID-802-79-C-1805
JOSEPH GLIKSMAN
87 DAPPLEGRAY LANE
ROLLING HILLS ESTATES, CA 90274
USA

NID-802-79-C-1813
KARIE MARTIN
23412 PACIFIC PARK DR.
32J
ALISO VIEJO, CA 92656

NID-802-79-C-1804
KELLY VANIS
1000 DAVIT LANE #104
REDWOOD CITY, CA 94065

NID-802-79-C-1823
KIMBERLY GARRETT
838 N. DOHENY DR
#502
LOS ANGELES, CA 90069

**Three A's Holdings, L.L.C. -  U.S. Mail**

NID-802-79-C-1802
LAUREN BERG
34784 MCKENZIE VIEW RD
SPRINGFIELD, OR 97478

NID-802-79-C-1796
LESLEY FAY HANSON
406 ASPEN GLEN DRIVE
HAMDEN, CT 06518

NID-802-79-C-1820
LINDA JUNG
1428 E. BASSETT WAY
ANAHEIM, CA 92805

NID-802-79-C-1378
MAJAP INVESTMENTS LTD
JAMES O NEIL
C/O PACHULSKI STANG ZIEHL YOUNG JONES & WEIN
919 NORTH MARKET STREET 17TH FLOOR
WILIMINGTON, DE 19899-8705

NID-802-79-CA-1282
MARK D OLIVERE
RE  ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET 15TH FLOOR
WILMINGTON, DE 19801

NID-802-79-CA-1373
MARK D OLIVERE, ESQUIRE
RE:COUNSEL TO ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET 15TH FLOOR
WILMINGTON, DE 19801

NID-802-79-CA-1283
MARK D. OLIVERE,ESQUIRE
RE ROUNDER RECORDS CORP
EDWARDS ANGELL PALMER & DODGE,LLP
919 NORTH MARKET STREET,15TH FLOOR
WILMINGTON,DE 19801

NID-802-79-C-1784
MARKET & NOE CENTER A CALIFORNIA LIMITED PART
C/O COOPER WHITE & COOPER LLP
PETER C CALIFANO ESQ
201 CALIFORNIA STREET SEVENTEENTH FLOOR
SAN FRANCISCO, CA 94111

NID-802-79-C-1814
MELUYN STETSON
901 SOUTH SHERBOURNE DR #306
LOS ANGELES, CA 90035

NID-802-79-C-1824
MERCEDES RODRIGUEZ
141 N. GRAND AVENUE
PASADENA, CA 91103
USA

NID-802-79-CA-1610
MICHAEL CARNEY, ESQUIRE
RE: MUZE INC
SONNESCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
25TH FLOOR
NEW YORK, NY 10020-1089

NID-802-79-C-1827
MICHELLE E GIPSON
PO BOX 420151
SAN DIEGO, CA 92142
USA

NID-802-79-CA-1324
MORGAN LEWIS & BOCKIUS LLP
RE CSC TRUST COMPANY OF DELAWARE
1701 MARKET STREET
PHILADELPHIA, PA  19103-2921
ATTN MICHAEL BLOOM

NID-802-79-C-1610
MUZE INC
C/O SEAN RICHARDSON ESQ
304 HUDSON STREET 8TH FLOOR
NEW YORK, NY 10013

NID-802-79-C-299
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
ATTN ANDREW R VARA
J CALEB BOGGS FEDERAL BUILDING
844 KING STREET LOCKBOX 35 SUITE 2207
WILMINGTON, DE 19801

NID-802-79-C-1782
PC MALL, INC., A DELAWARE CORPORATION
C/O JEFFREY M. GALEN, ESQ
GALEN  & DAVIS, LLP
16255 VENTURA BLVD., SUITE 900
ENCINO, CA 91436

NID-802-79-C-1821
RACHEL ROMER
6677 S. ATCHISON WAY
CENTENNIAL, CO  80111
USA

NID-802-79-C-1825
ROBERT I KAUFMAN
10 ALMOND TREE LANE
IRVINE, CA 92612

NID-802-79-C-1282
ROUNDER RECORDS CORP
C/O GRADY JEFF
1 ROUNDER WAY
BURLINGTON, MA 01803-5157

NID-802-79-C-1373
ROUNDER RECORDS CORP
C/O GRADY, JEFF
1 CAMP STREET
CAMBRIDGE, MA 02140

NID-802-79-C-1283
ROUNDER RECORDS CORP
C/O JEFFREY C GRADY
1 ROUNDER WAY
BURLINGTON, MA 01803-5157

NID-802-79-C-793
SONY PICTURES HOME ENTERTAINMENT INC
ATTN KATHLEEN HALLINAN
SONY PICTURES
10202 WASHINGTON BLVD
CULVER CITY, CA 90232

NID-802-79-CA-1324
STONEHILL INSTITUTIONAL PARTNERS, L.P
RE: CSC TRUST COMPANY OF DELAWARE
C/O STONEHILL CAPITAL MANAGEMENT
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022

NID-802-79-CA-793
STONEHILL INSTITUTIONAL PARTNERS, L.P.
RE: SONY PICTURES HOME ENTERTAINMENT INC
C/O STONEHILL CAPITAL MANAGEMENT
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022
ATTN: MR. STEVE NELSON

NID-802-79-CA-895
THE BANK OF NEW YORK
ATTN JOHN GUILIANO
101 BARCLAY STREET FLOOR 8W
NEW YORK, NY 10286

NID-802-79-C-899
THE BANK OF NEW YORK AS INDENTURE TRUSTEE
ATTN JOHN GUILIANO
C/O GLENN E SIEGEL ESQ
DECHERT LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

NID-802-79-C-1793
VALERIE ALEKSANDROVICH
5030 GERALD AVENUE
ENCINO, CA 91436
USA

Creditor(s):  54