## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THREE A'S HOLDINGS, a Delaware limited liability company, et al.,[1] | Case No. 06-10886 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 2161, 2172, 2178 and 2209 |

### NOTICE OF SERVICE OF DEBTORS' REQUEST FOR
### PRODUCTION OF DOCUMENTS TO ALISON GOW, ESQ.

PLEASE TAKE NOTICE that on the 3rd day of December 2008, the Debtors caused a copy of **Debtors' Request for Production of Documents to Alison Gow, Esq.** to be served on counsel in the above-captioned bankruptcy proceeding as follows:

**Via Hand Delivery:**

FAO Alison Gow
Semple Fraser LLP
123 St. Vincent Street
GLASGOW
G2 5EA

An executed certificate of service is attached hereto.

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

Date Filed: 12.12/08
Docket No. 2202

LA3:1153687.1

Dated: January 4, 2009
       Los Angeles, California

*/s/ Karen Rinehart*

Mark D. Collins (DE No. 2981)
Michael J. Merchant (DE No. 3854)
Christopher M. Samis (DE No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

Stephen H. Warren
Karen Rinehart
Jay Mortenson
O'MELVENY & MYERS LLP
400 South Hope St.
Los Angeles, California 90071
(213) 430-6000

ATTORNEYS FOR THE DEBTORS

LA3:1153687.1

2

## CERTIFICATE OF SERVICE

I, Rachael Gibson, do hereby certify that on December 3, 2008, I caused a copy of the foregoing **Debtors' Request for Production of Documents to Alison Gow, Esq.** to be served via hand delivery upon the following:

### Via Hand Delivery

FAO Alison Gow
Semple Fraser LLP
123 St. Vincent Street
GLASGOW
G2 5EA

*R Gibson*
_____
Rachael Gibson
Solicitor
Burness LLP
120 Bothwell Street
Glasgow G2 7JL
Scotland

LA2:875906.1