IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on December 29, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Order Granting Debtors' Sixteenth Omnibus Objection on Non-Substantive Grounds to Certain (A) Late Filed And (B) Wrong Debtor Claims**

Dated: December 31, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 31st day of Dec, 20 08, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary Seal: CATHERINE A. ROJO, Commission # 1804344, Notary Public - California, Los Angeles County, My Comm. Expires Jun 26, 2012]

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T Records, Incorporated

## **EXHIBIT A**

| Three A's Holdings, Inc. - U.S. Mail | | Served 12/29/2008 |
|---|---|---|
| DAVID BG PASIN<br>787 HOLLY OAK DRIVE<br>PALO ALTO, CA 94303 | LINDA JUNG<br>1428 E. BASSETT WAY<br>ANAHEIM, CA 92805 | PC MALL, INC., A DELAWARE CORPORATION<br>C/O JEFFREY M. GALEN, ESQ<br>GALEN & DAVIS, LLP<br>16255 VENTURA BLVD., SUITE 900<br>ENCINO, CA 91436 |
| VALERIE ALEKSANDROVICH<br>5030 GERALD AVENUE<br>ENCINO, CA 91436<br>USA | | |