IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on December 29, 2008, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- **Order Granting Motion for Order Extending Deadline to Object to Claims**

Dated: December 31, 2008

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 31st day of Dec, 20 08, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

> CATHERINE A. ROJO
> Commission # 1804344
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jun 28, 2012

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## EXHIBIT A

Three A's Holdings, Inc. - U.S. Mail                                                                                                   Served 12/29/2008

| | | |
|---|---|---|
| AHNA CHIEN<br>1103 S FIRCROFT<br>WEST COVINA, CA 91791<br>UNITED STATES | AMY STEINBERG<br>2500 ROUTER 347 BUIDING 5A<br>STONY BROOK. NY 11790 | AMY STEINBERG<br>6 BAY RD EAST<br>SETAUKET. NY 11733 |
| ANDREW GRAHAM<br>17144 PALISADES CIRCLE<br>PACIFIC PALISADES. CA 90272<br>USA | BAKER & TAYLOR<br>C/O SARAH G MOORE ESQ<br>2550 WEST TYVORA RAOD SUITE 300<br>CHARLOTTE. NC 28217 | BAKER & TAYLOR<br>C/O SARAH G MOORE ESQ<br>2550 WEST TYVORA ROAD SUITE 300<br>CHARLOTTE. NC 28217 |
| CORY DZBINSKI<br>169 SAXONY ROAD SUITE 206<br>ENCINITAS. CA 92024 | CSC TRUST COMPANY OF DELAWARE<br>ATTN CORPERATE TRUST ADMIN / ALAN R HALPERN<br>LITTLE FALLS CENTRE ONE<br>2711 CENTERVILLE RD, SUITE 210<br>WILMINGTON. DE 19808 | DAVID BG PASIN<br>787 HOLLY OAK DRIVE<br>PALO ALTO. CA 94303 |
| DECHERT LLP<br>RE:THE BANK OF NEW YORK AS INDENTURE TRUSTE<br>CIRA CENTRE<br>2929 ARCH STREET<br>PHILADELPHIA. PA 19104-2808 | DEUTSCHE BANK SECURITIES, INC.<br>RE: UNIVERSAL MUSIC GROUP DISTRIBUTION. CORP<br>60 WALL STREET, FLOOR 2<br>NEW YORK, NY 10005<br>ATTN: MATTHEW DOHENY | EDWARDS ANGELI PALMER & DODGE LLP<br>RE: ROUNDER RECORDS CORP<br>111 HUNTINGTON AVENUE<br>BOSTON. MA 02199 |
| EDWARDS ANGELL PALMER & DODGE LLP<br>RE: ROUNDER RECORDS CORP<br>111 HUNTINGTON AVENUE<br>BOSTON. MA 02199 | EDWARDS ANGELL PALMER & DODGE LLP<br>RE:COUNSEL TO ROUNDER RECORDS CORP<br>C/O THEODORE W CONNOLLY<br>111HUNTINGTON AVENUE<br>BOSTON. MA 02199   617-239-0100 | ENTERTAINMENT UK LTD<br>GARY WOODS - SURHBIR JUTLEY<br>AURIOL DRIVE<br>GREENFORD PARK<br>GREENFORD, MIDDLESEX   UB6 0DS<br>UNITED KINGDOM |
| ERIC M. SUTTY. ESQUIRE<br>RE: MUZE INC<br>BAYARD, P.A.<br>222 DELAWARE AVENUE. SUITE 900<br>WILMINGTON. DE 19801 | FRESNO COUNTY TAX COLLECTOR<br>ATTN LORI POINDEXTER- K LAMANUZZI<br>PO BOX 1192<br>FRESNO. CA 93715-1192 | JANET HALEY<br>95 ELM AVENUE<br>LARKSPUR. CA 94939<br>USA |
| JEFF C GRADY<br>ROUNDER RECORDS CORP<br>1 ROUNDER WAY<br>BURLINGTON. MA 01803 | JIM KOHN<br>1915 LEMOYNE STREET<br>LOS ANGELES. CA 90026<br>USA | JOHN MENTESANA<br>101 S MEADOWS AVE<br>MANHATTAN BEACH. CA 90266 |
| JOHN P JUERGENS<br>34 NEW STREET<br>PUCHASE, NY 10577<br>UNITED STATES | JOSEPH F. COSTELLO<br>16 CHES HAVEN RD.<br>EARLEVILLE. MD 21919 | JOSEPH GLIKSMAN<br>87 DAPPLEGRAY LANE<br>ROLLING HILLS ESTATES. CA 90274<br>USA |
| KARIE MARTIN<br>23412 PACIFIC PARK DR<br>32J<br>ALISO VIEJO. CA 92656 | KELLY VANIS<br>1000 DAVIT LANE #104<br>REDWOOD CITY. CA 94065 | KIMBERLY GARRETT<br>838 N DOHENY DR<br>#502<br>LOS ANGELES. CA 90069 |
| LAUREN BERG<br>34784 MCKENZIE VIEW RD<br>SPRINGFIELD. OR 97478 | LESLEY FAY HANSON<br>406 ASPEN GLEN DRIVE<br>HAMDEN. CT 06518 | LINDA JUNG<br>1428 E BASSETT WAY<br>ANAHEIM. CA 92805 |
| MAJAP INVESTMENTS LTD<br>JAMES O NEIL<br>C/O PACHULSKI STANG ZIEHL YOUNG JONES & WEINT<br>919 NORTH MARKET STREET 17TH FLOOR<br>WILIMINGTON. DE 19899-8705 | MARK D OLIVERE<br>RE ROUNDER RECORDS CORP<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 NORTH MARKET STREET 15TH FLOOR<br>WILMINGTON. DE 19801 | MARK D OLIVERE, ESQUIRE<br>RE:COUNSEL TO ROUNDER RECORDS CORP<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 NORTH MARKET STREET 15TH FLOOR<br>WILMINGTON. DE 19801 |
| MARK D OLIVERE,ESQUIRE<br>RE ROUNDER RECORDS CORP<br>EDWARDS ANGELL PALMER & DODGE,LLP<br>919 NORTH MARKET STREET.15TH FLOOR<br>WILMINGTON.DE 19801 | MARKET & NOE CENTER A CALIFORNIA LIMITED PART<br>C/O COOPER WHITE & COOPER LLP<br>PETER C CALIFANO ESQ<br>201 CALIFORNIA STREET SEVENTEENTH FLOOR<br>SAN FRANCISCO. CA 94111 | MELUYN STETSON<br>901 SOUTH SHERBOURNE DR #306<br>LOS ANGELES. CA 90035 |
| MERCEDES RODRIGUEZ<br>141 N. GRAND AVENUE<br>PASADENA. CA 91103<br>USA | MICHAEL CARNEY. ESQUIRE<br>RE: MUZE INC<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 AVENUE OF THE AMERICAS<br>25TH FLOOR<br>NEW YORK. NY 10020-1089 | MICHELLE E GIPSON<br>PO BOX 420151<br>SAN DIEGO. CA 92142<br>USA |

**Three A's Holdings, Inc. - U.S. Mail**                                                                                                              Served 12/29/2008

| | | |
|---|---|---|
| MORGAN LEWIS & BOCKIUS LLP<br>RE CSC TRUST COMPANY OF DELAWARE<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103-2921<br>ATTN MICHAEL BLOOM | MUZE INC<br>C/O SEAN RICHARDSON ESQ<br>304 HUDSON STREET 8TH FLOOR<br>NEW YORK, NY 10013 | OFFICE OF THE UNITED STATES TRUSTEE<br>DISTRICT OF DELAWARE<br>ATTN ANDREW R VARA<br>J CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET LOCKBOX 35 SUITE 2207<br>WILMINGTON, DE 19801 |
| PC MALL, INC., A DELAWARE CORPORATION<br>C/O JEFFREY M GALEN, ESQ<br>GALEN & DAVIS, LLP<br>16255 VENTURA BLVD SUITE 900<br>ENCINO, CA 91436 | RACHEL ROMER<br>6677 S ATCHISON WAY<br>CENTENNIAL, CO 80111<br>USA | ROBERT I KAUFMAN<br>10 ALMOND TREE LANE<br>IRVINE, CA 92612 |
| ROUNDER RECORDS CORP<br>C/O GRADY JEFF<br>1 ROUNDER WAY<br>BURLINGTON, MA 01803-5157 | ROUNDER RECORDS CORP<br>C/O GRADY, JEFF<br>1 CAMP STREET<br>CAMBRIDGE, MA 02140 | ROUNDER RECORDS CORP<br>C/O JEFFREY C GRADY<br>1 ROUNDER WAY<br>BURLINGTON, MA 01803-5157 |
| SONY PICTURES HOME ENTERTAINMENT INC<br>ATTN KATHLEEN HALLINAN<br>SONY PICTURES<br>10202 WASHINGTON BLVD<br>CULVER CITY, CA 90232 | STONEHILL INSTITUTIONAL PARTNERS, L.P<br>RE: CSC TRUST COMPANY OF DELAWARE<br>C/O STONEHILL CAPITAL MANAGEMENT<br>885 THIRD AVENUE, 30TH FLOOR<br>NEW YORK, NY 10022 | STONEHILL INSTITUTIONAL PARTNERS, L P<br>RE: SONY PICTURES HOME ENTERTAINMENT INC<br>C/O STONEHILL CAPITAL MANAGEMENT<br>885 THIRD AVENUE, 30TH FLOOR<br>NEW YORK, NY 10022<br>ATTN: MR STEVE NELSON |
| THE BANK OF NEW YORK<br>ATTN JOHN GUILIANO<br>101 BARCLAY STREET FLOOR 8W<br>NEW YORK, NY 10286 | THE BANK OF NEW YORK AS INDENTURE TRUSTEE<br>ATTN JOHN GUILIANO<br>C/O GLENN E SIEGEL ESQ<br>DECHERT LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | VALERIE ALEKSANDROVICH<br>5030 GERALD AVENUE<br>ENCINO, CA 91436<br>USA |