UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| **THREE A'S HOLDINGS, L.L.C.**, a | : |
| Delaware limited liability company, <u>et</u> | : Case No. 06-10886 (BLS) |
| <u>al.</u>,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket Nos. 2239 and 2241 |

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

   Cathy Greer, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 7th day of January, 2009 she caused a copy of the following to be served on the attached list as indicated:

- Order Granting Debtors' Seventeenth Omnibus Objection to Claims on Substantive Grounds to Certain (A) Books and Records Claims; (B) Multiple-Debtor Duplicate Claims; and (C) Wrong Class Claims [Docket No. 2239]

- Amended Order (I) Consolidating Certain Claims of Bank of New York for Distribution Purposes Only and (II) Reclassifying and Allowing Claim No. 895 [Docket No. 2241]

- Debtors' Post-Effective Status Report for Quarter Ending December 31, 2008 [Docket No. 2243]

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1-3356966-1

Dated: January 7, 2009
      Wilmington, Delaware

                                      Cathy Greer, Paralegal
                                      RICHARDS, LAYTON & FINGER, P.A.
                                      One Rodney Square
                                      920 North King Street
                                      Wilmington, DE  19801
                                      (302) 651-7700

SWORN TO AND SUBSCRIBED before me this _____8th_____ day of January, 2009

_____
Notary Public

                                      LESLEY A. MORRIS
                                    Notary Public - State of Delaware
                                    My Comm. Expires Apr. 17, 2009