IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | Case No. 06-10886 (BLS) Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on January 8, 2009, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- Order (AMENDED) (I) Consolidating Certain Claims of Bank of New York for Distribution Purposes Only and (II) Reclassifying and Allowing Claim No. 895

Dated: January 9, 2009

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 9th day of Jan, 20 09, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jan 28, 2012

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

| Three A's Holdings, L.L.C. - U.S. Mail | | Served 1/8/2009 |
|---|---|---|
| NID-802-81-CA-895<br>DECHERT LLP<br>RE:THE BANK OF NEW YORK AS INDENTURE TRUSTE<br>CIRA CENTRE<br>2929 ARCH STREET<br>PHILADELPHIA, PA 19104-2808 | NID-802-81-CA-895<br>THE BANK OF NEW YORK<br>ATTN JOHN GUILIANO<br>101 BARCLAY STREET FLOOR 8W<br>NEW YORK, NY 10286 | NID-802-81-C-895<br>THE BANK OF NEW YORK AS INDENTURE TRUSTEI<br>ATTN JOHN GUILIANO<br>C/O GLENN E SIEGEL ESQ<br>DECHERT LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |

Creditor(s): 3