IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, <u>et al.</u>,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Nova Lachman, am employed in the city and county of Los Angeles, State of California. I hereby certify that on January 8, 2009, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in <u>Exhibit A</u> attached hereto:

- Order Granting Debtors' Seventeenth Omnibus Objection to Claims on Substantive Grounds to Certain (A) Books and Records Claims; (B) Multiple-Debtor Duplicate Claims; and (C) Wrong Class Claims

Dated: January 9, 2009

_____
Nova Lachman
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 9th day of Jan, 20 09, by Nova Lachman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary Seal: CATHERINE A. ROJO, Commission # 1804344, Notary Public - California, Los Angeles County, My Comm. Expires Jun 26, 2012]

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

**Three A's Holdings, L.L.C. - U.S. Mail**                                                                                              Served 1/8/2009

| | | |
|---|---|---|
| NID-802-82-C-1818<br>AHNA CHIEN<br>1103 S. FIRCROFT<br>WEST COVINA, CA 91791<br>UNITED STATES | NID-802-82-CA-1799<br>AMY STEINBERG<br>2500 ROUTER 347 BUIDING 5A<br>STONY BROOK, NY 11790 | NID-802-82-C-1799<br>AMY STEINBERG<br>6 BAY RD EAST<br>SETAUKET, NY 11733 |
| NID-802-82-C-1816<br>DAVID BG PASIN<br>787 HOLLY OAK DRIVE<br>PALO ALTO, CA 94303 | NID-802-82-C-703<br>ENTERTAINMENT UK LTD<br>GARY WOODS - SURHBIR JUTLEY<br>AURIOL DRIVE<br>GREENFORD PARK<br>GREENFORD, MIDDLESEX   UB6 0DS<br>UNITED KINGDOM | NID-802-82-C-1808<br>JANET HALEY<br>95 ELM AVENUE<br>LARKSPUR, CA 94939<br>USA |
| NID-802-82-C-1810<br>JOHN MENTESANA<br>101 S. MEADOWS AVE<br>MANHATTAN BEACH, CA 90266<br>USA | NID-802-82-C-1792<br>JOHN P. JUERGENS<br>34 NEW STREET<br>PUCHASE, NY 10577<br>UNITED STATES | NID-802-82-C-1797<br>JOSEPH F. COSTELLO<br>16 CHES HAVEN RD.<br>EARLEVILLE, MD 21919 |
| NID-802-82-C-1805<br>JOSEPH GLIKSMAN<br>87 DAPPLEGRAY LANE<br>ROLLING HILLS ESTATES, CA 90274<br>USA | NID-802-82-C-1813<br>KARIE MARTIN<br>23412 PACIFIC PARK DR.<br>32J<br>ALISO VIEJO, CA 92656 | NID-802-82-C-1804<br>KELLY VANIS<br>1000 DAVIT LANE #104<br>REDWOOD CITY, CA 94065 |
| NID-802-82-C-1802<br>LAUREN BERG<br>34784 MCKENZIE VIEW RD<br>SPRINGFIELD, OR 97478 | NID-802-82-C-1796<br>LESLEY FAY HANSON<br>406 ASPEN GLEN DRIVE<br>HAMDEN, CT 06518 | NID-802-82-C-1814<br>MELVYN STETSON<br>901 SOUTH SHERBOURNE DR #306<br>LOS ANGELES, CA 90035 |
| NID-802-82-C-1821<br>RACHEL ROMER<br>6677 S. ATCHISON WAY<br>CENTENNIAL, CO 80111<br>USA | NID-802-82-C-1793<br>VALERIE ALEKSANDROVICH<br>5030 GERALD AVENUE<br>ENCINO, CA 91436<br>USA | |

Creditor(s): 17