IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, <u>et al.</u>,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered<br><br>Related Docket No.: 2287 |

### AFFIDAVIT OF SERVICE

I, Nova George, am employed in the city and county of Los Angeles, State of California. I hereby certify that on May 19, 2009, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in <u>Exhibit A</u> attached hereto:

- Motion for Order Extending Deadline to Object to Claims

Dated: May 22, 2009

_____
Nova George
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 22nd day of May, 20 09, by Nova George, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary Seal: CATHERINE A. ROJO, Commission # 1804344, Notary Public - California, Los Angeles County, My Comm. Expires Jun 26, 2012]

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## EXHIBIT A

## EXHIBIT A

**Three A's Holdings, L.L.C. - U.S. Mail**                                                                                                Served 5/19/2009

| | | |
|---|---|---|
| NID-802-84-C-1879<br>AJIT SHAH<br>6712 25TH AVENUE NW<br>SEATTLE, WA 98117<br>USA | NID-802-84-C-1852<br>AMY SHULMAN<br>1110 POLYNESIA DRIVE, APT. 202<br>FOSTER CITY, CA 94404<br>USA | NID-802-84-C-1442<br>BAKER & TAYLOR<br>C/O SARAH G MOORE ESQ<br>2550 WEST TYVORA RAOD SUITE 300<br>CHARLOTTE, NC 28217 |
| NID-802-84-C-1828<br>CORY DZBINSKI<br>169 SAXONY ROAD SUITE 206<br>ENCINITAS, CA 92024 | NID-802-84-C-1324<br>CSC TRUST COMPANY OF DELAWARE<br>ATTN CORPERATE TRUST ADMIN / ALAN R. HALPERN<br>LITTLE FALLS CENTRE ONE<br>2711 CENTERVILLE RD, SUITE 210<br>WILMINGTON, DE 19808 | NID-802-84-C-1863<br>DEIRDRE GRIFFIN<br>270 WATER STR. #3R<br>NEW YORK, NY 10038 |
| NID-802-84-CA-1324<br>DEUTSCHE BANK SECURITIES, INC.<br>RE: UNIVERSAL MUSIC GROUP DISTRIBUTION, CORP<br>60 WALL STREET, FLOOR 2<br>NEW YORK, NY 10005<br>ATTN: MATTHEW DOHENY | NID-802-84-C-1882<br>ELISHA GRUER<br>8853 ALCOTT #6<br>LOS ANGELES, CA 90035<br>USA | NID-802-84-C-1877<br>ERICA EDWARDS<br>1212 LA SIERRA DRIVE<br>SACRAMENTO, CA 95864 |
| NID-802-84-C-1528<br>FRESNO COUNTY TAX COLLECTOR<br>ATTN LORI POINDEXTER- K LAMANUZZI<br>PO BOX 1192<br>FRESNO, CA 93715-1192 | NID-802-84-C-1883<br>JAYNE FURMAN<br>10210 JUNIPER CREEK LANE<br>LAS VEGAS, NV 89145<br>USA | NID-802-84-C-1857<br>JOHN KIEWICZ<br>221 S. ALMONT DRIVE<br>BEVERLY HILLS, CA 90211 |
| NID-802-84-C-1847<br>KAREN DRY<br>2830 W. POTRERO ROAD<br>THOUSAND OAKS, CA 91361<br>USA | NID-802-84-C-1874<br>LASONYA RENE<br>6817 RIGGS MANOR DRIVE #101<br>HYATTSVILLE, MD 20783 | NID-802-84-C-1878<br>LINDA L JOHNSON<br>147 GLADEVIEW WAY<br>SAN FRANCISCO, CA 94131<br>USA |
| NID-802-84-C-1378<br>MAJAP INVESTMENTS LTD<br>JAMES O NEIL<br>C/O PACHULSKI STANG ZIEHL YOUNG JONES & WEINT<br>919 NORTH MARKET STREET 17TH FLOOR<br>WILIMINGTON, DE 19899-8705 | NID-802-84-C-1866<br>MARIA PINTOLA<br>18011 LINCOLN ST.<br>VILLA PARK, CA 92861<br>USA | NID-802-84-C-1867<br>MICHAEL KRITZBERG<br>22167 RAYEN ST.<br>WEST HILLS, CA 91604 |
| NID-802-84-CA-1324<br>MORGAN LEWIS & BOCKIUS LLP<br>RE CSC TRUST COMPANY OF DELAWARE<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103-2921<br>ATTN MICHAEL BLOOM | NID-802-84-C-1880<br>NO IDEA INC.<br>ATTN: VAR THELIN<br>1005 SW 2ND AVE.<br>GAINESVILLE, FL 32601 | NID-802-84-C-1835<br>RON BAGBY<br>225 ARBOR LANE<br>SAN MATEO, CA 94403 |
| NID-802-84-C-1859<br>ROSEMARIE SIMS<br>3416 COCONINO LANE<br>LAS VEGAS, NV 89129 | NID-802-84-C-793<br>SONY PICTURES HOME ENTERTAINMENT INC<br>ATTN KATHLEEN HALLINAN<br>SONY PICTURES<br>10202 WASHINGTON BLVD<br>CULVER CITY, CA 90232 | NID-802-84-C-1881<br>STEPHEN WILLIAMS<br>258 1/2 CORONADO AVE<br>LONG BEACH, CA 90803<br>USA |
| NID-802-84-CA-1324<br>STONEHILL INSTITUTIONAL PARTNERS, L.P<br>RE: CSC TRUST COMPANY OF DELAWARE<br>C/O STONEHILL CAPITAL MANAGEMENT<br>885 THIRD AVENUE, 30TH FLOOR<br>NEW YORK, NY 10022 | NID-802-84-CA-793<br>STONEHILL INSTITUTIONAL PARTNERS, L.P.<br>RE: SONY PICTURES HOME ENTERTAINMENT INC<br>C/O STONEHILL CAPITAL MANAGEMENT<br>885 THIRD AVENUE, 30TH FLOOR<br>NEW YORK, NY 10022<br>ATTN: MR. STEVE NELSON | NID-802-84-C-1841<br>TOM ROTHER<br>1447 HUNTER VIEW FARM<br>VIENNA, VA 22182<br>USA |

**Three A's Holdings, L.L.C. - U.S. Mail**      **Served 5/19/2009**

NID-802-84-C-1855  
WALLY CHAN  
4455 QUICKSILVER COURT  
HAYWARD, CA 94542  
UNITED STATES

NID-802-84-CA-1880  
WHARTON ALDHIZER & WEAVER  
ATTN: JAMES L. JOHNSON  
100 SOUTH MASON STREET  
P.O. BOX 20028  
HARRISONBURG, VA 22801-7528

Creditor(s):  29