# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE A'S HOLDINGS, L.L.C., | ) | Case No. 06-10886 (BLS) |
| a Delaware limited liability | ) | |
| company, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| INFORMAL COMMITTEE OF SECURED | ) | |
| VENDORS OF MTS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. No. 07-50872 (KG) |
| | ) | |
| THREE A'S HOLDINGS, L.L.C., et al., | ) | |
| | ) | |
| Defendants/Debtors. | ) | |
| | ) | |
| | ) | |
| THREE A'S HOLDINGS, L.L.C., et al., | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INFORMAL COMMITTEE OF SECURED | ) | |
| VENDORS OF MTS, INC., et al., | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1-3353291-1

|  |  |  |
|---|---|---|
| THREE A'S HOLDINGS, L.L.C., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Adv. Pro. No. 08-51333 (KG) |
| v. | ) ) ) | |
| UNIVERSAL MUSIC & VIDEO, | ) ) ) | |
| Defendant. | ) ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                                         : SS.
NEW CASTLE COUNTY  :

Ann Jerominski, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and that on April 16, 2009, she caused copies of the following to be served in the manner indicated on the attached service list:

- Notice of Agenda of Matters Scheduled for Hearing on April 20, 2009 at 12:00 p.m. [Docket No. 2277, Adv. Pro Case No. 07-50872 Docket No. 98, Adv. Pro Case No. 08-51333 Docket No. 9]

Dated: April 16, 2009
Wilmington, Delaware

*/s/ Ann Jerominski*
Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 23rd day of April, 2009.

*/s/ Lesley A. Morris*
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

In re: **Three A's Holdings, L.L.C.**
Case No.: 06-10886 (BLS)
**4/20/09 Agenda Service List**

*Via Facsimile*

| | Name | Firm/Client | Phone | Fax |
|---|---|---|---|---|
| | *Core* | | | |
| 1. | Stephen H. Warren<br>Karen Rinehart | O'Melveny & Myers LLP | 213-430-6000 | 213-430-6407 |
| 2. | Peter J. Gurfein<br>Patrick Ivie | Akin Gump Strauss Hauer & Feld LLP | 310-229-1000 | 310-229-1001 |
| 3. | Michael Bloom<br>Stacy Lutkus | Morgan Lewis & Bockius LLP | 215-963-5000 | 215-963-5001 |
| 4. | Mark S. Kenney | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| 5. | Lawrence E. Rifken<br>J. Eric Crupi | McGuireWoods LLP | 703.712.5000 | 703.712.5050 |
| 6. | James H. Joseph | McGuireWoods LLP | 412.667.6000 | 412.667.6050 |
| 7. | Mark E. Felger<br>Jeffrey R. Waxman | Cozen O'Connor | 302.295.2000 | 302.295.2013 |
| 8. | William S. Brody | Buchalter, Nemer, Fields & Younger | 213.891.5015 | 213.896.0400 |
| 9. | Teresa K. D. Currier<br>Mary F. Caloway | Buchanon Ingersol & Rooney (trade lit) | 302-552-4200 | 302-552-4295 |
| 10. | *Local*<br>Stuart M. Brown<br>Mark D. Olivere<br>William E. Chipman | Edwards Angell Palmer & Dodge LLP | 302.425.7105 | 888.325.9533 |
| 11. | Neal J. Levitsky<br>Seth A. Niederman | Fox Rothschild LLP | 302.654.7444 | 302.656.8920 |
| 12. | Don A. Beskrone<br>Gregory A. Taylor<br>Amanda M. Winfree | Ashby & Geddes, P.A. (Warner Elektra Atlantic) | 302.654.1888 | 302.654.2067 |
| 13. | Elihu D. Allinson, III<br>William D. Sullivan<br>William A. Hazeltine | Sullivan Hazeltine Allinson (Model) | 302.428.8191 | 302.428.8195 |
| 14. | Stephen M. Miller | Morris, James LLP (MSI) | 302-888-6800 | 302-571-1750 |
| 15. | Jeremy W. Ryan | Saul Ewing | 302.421.6805 | 302.421.5861 |
| 16. | Laura Davis Jones<br>Curtis Hehn<br>James O'Neill | Pachulski, Stang, Ziehl, & Jones LLP<br>(Caiman)<br>(MAJAP) | 302-652-4100 | 302-652-4400 |
| 17. | Harry J. Giacometti<br>Richard J. Squadron | Smith Giacometti LLP | 302.654.1315 | 302.654.1465 |
| 18. | Susan E. Kaufman<br>Henry Heiman | Heiman, Gouge & Kaufman LLP<br>(Taubman-Cherry Creek) | 302-658-1800 | 302-658-1473 |
| 19. | Rachel B. Mersky | Monzack, Mersky, McLaughlin and Browder, P.A. | 302-656-8162 | 302-656-2769 |
| 20. | Bayard J. Snyder | Snyder & Associates, P.A. (Alliance) | 302.657.8300 | 302.657.8301 |
| 21. | William F. Taylor, Jr. | McCarter & English, LLP | 302-984-6300 | 302-984-6399 |
| 22. | Jeffrey M. Schlerf<br>Eric Sutty | The Bayard Firm | 302.655.5000 | 302.658.6395 |
| 23. | Tobey M. Daluz<br>Leslie C. Heilman | Ballard Spahr (Federal Realty) | 302.252.4465 | 302.252.4466 |
| 24. | Thomas J. Francella<br>Gaston P. Loomis | Reed Smith | 302.778.7500 | 302.778.7575 |
| 25. | Thomas G. Macauley | Zuckerman Spaeder | 302.427.0400 | 302.427.8242 |
| 26. | *SPECIAL*<br>Stephen M. Miller<br>Thomas M. Horan | Morris James (Vornado) | 302.888.6800 | 302.571.1750 |

RLF1-3387907-1

|     | Name | Firm/Client | Phone | Fax |
| --- | --- | --- | --- | --- |
| 27. | Leo V. Leyva<br>Eric M. Stein | Cole Schotz Meisel Forman & Leonard (Vornado) | 201.489.3000 | 201.678.6238 |

*Via Email*

Joseph Dryer wjdryer@gmail.com
Duane Morse duane.morse@verizon.net

RLF1-3387907-1