UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                          :
                                                :  Chapter 11
THREE A'S HOLDINGS, L.L.C., a                   :
Delaware limited liability company, <u>et</u>   :  Case No. 06-10886 (BLS)
<u>al.</u>,[1]                                  :
                                                :  Jointly Administered
                    Debtors.                    :
                                                :  Re: Docket Nos. 2275

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

       Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 13th day of April, 2009 she caused a copy of the following to be served on the attached list as indicated:

- **Post Confirmation Quarterly Summary Report (March, 2009) [Docket No. 2275]**

Dated: April 14, 2009
       Wilmington, Delaware

                                            */s/ Ann Jerominski*
                                          Ann Jerominski, Paralegal
                                          RICHARDS, LAYTON & FINGER, P.A.
                                          One Rodney Square
                                          920 North King Street
                                          Wilmington, DE  19801
                                          (302) 651-7700

                  SWORN TO AND SUBSCRIBED before me this __14th__ day of April, 2009

                  LESLEY A. MORRIS
                  Notary Public - State of Delaware    */s/ Lesley A. Morris*
                  My Comm. Expires April 17, 2011    Notary Public

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1-3386901-1

**Via Hand Delivery**

Mark Kenney
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801