## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a | : |
| Delaware limited liability company, et al.,[1] | : Case No. 06-10886 (BLS) |
| | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS. |
| NEW CASTLE COUNTY | : |

Janel R. Gates, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and that on July 16, 2009, she caused copies of the following to be served in the manner indicated on the attached service list:

- Notice of Rescheduled Hearing Date and Time. [Docket No. 2310]

Dated: July 17, 2009
Wilmington, Delaware

*[signature]*
Janel R. Gates, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 17th day of July, 2009.

*[signature]*
Notary Public
LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R T Records, Incorporated.

RLF1-3416163-1

*Three A's Holdings, L.L.C. - Case No. 06-10886 (BLS)*
*Bankruptcy Rule 2002 Service List as of July 16, 2009*

*Local Via Hand Delivery  -  Non-Local Via First Class Mail*

*Representing Informal Committee of Trade Vendors*
Teresa K. D. Currier
Mark R. Owens
Klett Rooney Lieber & Schorling
The Brandywine Building, 1000 West Street, Suite 1410
Wilmington, DE 19899-1397
currier@klettrooney.com
mrowens@klettrooney.com

*Representing The CIT Group/Business Credit, Inc.*
Kurt F. Gwynne
Reed Smith LLP
1201 Market St., Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com

*Representing Regency Centers L.P. / Powell Street Plaza*
Susan E. Kaufman
Heiman, Gouge & Kaufman LLP
800 King St., Ste. 303
Wilmington, DE 19899
skaufman@hgkde.com

*Representing JH Holdings, Ltd*
Rachel B. Mersky
Monzack and Monaco, P.A.
1201 N. Orange St., Ste. 400
Wilmington, DE 19801  rmersky@monlaw

Frank Perch
Office of the U.S. Trustee
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801 USA

*Representing Unofficial Committee of Noteholders*
David B. Stratton
Pepper Hamilton, LLP
P.O. Box 1709
1313 Market Street, Hercules Plaza, Suite 5100
Wilmington, DE 19899

*Representing Top 50 Creditors*
Elaine
AEC One Stop Group Inc.
4250 Coral Ridge Dr.
Coral Springs, FL 33065 USA

*Representing Top 50 Creditors*
Linda
FedEx
P.O. Box 1140
Memphis, TN 38101-1140 USA

*Representing Top 50 Creditors*
Milce Aguilar
Harmonia Mundi U.S.A.
1117 Chestnut Street
Burbank, CA 91506 USA

*Representing The CIT Group/Business Credit, Inc*
Adrian Avalos
The CIT Group/Business Credit, Inc.
300 S. Grand Ave., 3rd Floor
Los Angeles, CA 90071
adrian.avalos@cit.com

*Representing Top 50 Creditors*
Irving Azoff
Eagles Recording Co II
21650 Oxnard St., Suite 1925
Woodand Hills, CA 91367-2000 USA

*Representing Top 50 Creditors*
Douglas S. Bail
Big Daddy Music Distribution, Inc.
162 North 8th St.
Kenilworth, NJ 07033 USA

*Representing General Electric Capital Business Asset Funding Corporation*
Ronald S. Beacher
Day Pitney
7 Time Square
New York, NY 10036
rbeacher@daypitney.com

*Representing Navarre Corporation*
Daniel C. Beck
Winthrop & Weinstine, P.A.
225 South Sixth St., Ste. 3500
Minneapolis, MN 55402-4629
dbeck@winthrop.com

*Representing As Ordinary Course Professional*
Miguel Bernardo O'Farrell
Mario Leonardo Turzi
Alejandro Dniel Fiuza
Marval, O'Farrell & Mairal
Av. Leandro N. Alem 928
Buenos Aires, Argentina 1001

*Representing J.J. and J.Z. Cordano Family 1989 Revocable Trust, Ray Cordano Testamentary Trust, and Nell Cordano Revocable Trust*
Jo Anne M. Bernhard
Law Offices of Jo Anne M. Bernhard
2621 "K" Street
Sacramento, CA 95816

*Representing Top 50 Creditors*
Richard Biggs
Naxos of America, Inc.
416 Mary Lindsay Polk Dr., Suite 509
Franklin, TN 37067 USA

*Representing Informal Committee of Trade Vendors*
Michael Bloom
Joel Solomon
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
mbloom@morganlewis.com
jsolomon@morganlewis.com

*Representing The CIT Group/Business Credit, Inc.*
William S. Brody
Buchalter, Nemer, Fields & Younger
601 S. Figueroa St., Ste. 2400
Los Angeles, CA 90017-5704
wbrody@buchalter.com

*Representing Discover Financial Services*
Andrew M. Brumby
Shutts & Bowen LLP
P.O. Box 4956
300 South Orange Ave., Ste. 1000
Orlando, FL 32802-4956

*Representing Top 50 Creditors*
Dave Bruno
Music Video Distibutors
P.O. Box 280
Oaks, PA 19456 USA

*Representing Top 50 Creditors*
Karen Burns
Telarc International Corp.
23307 Commerce Park Rd.
Cleveland, OH 44122 USA

*Representing Top 50 Creditors*
Rob Cascarino
New York Times Co.
P.O. Box 19218
Newark, NJ 07195-0001 USA

*Representing Big Daddy Music Distribution, Inc.*
George S. Catalanello
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022
GCATALANELLO@BROWNRAYSMAN.COM

*Representing Top 50 Creditors*
Rich Cazin
Sony Music Entertainment
2100 Colorado Ave., 3rd Floor
Santa Monica, CA 90404 USA

*Representing Top 50 Creditors*
Rich Cazin
Sony Red c/o Mellon Bank
2100 Colorado Ave., 3rd Floor
Santa Monica, CA 90404 USA

*Representing Taubman Landlords*
Andrew S. Conway
Miro Weiner & Kramer
P.O. Box 908
Suite 100, 38500 Woodward Avenue
Bloomfield Hills, MI 48303-0908

*Representing JPMorgan Chase*
James Cooper
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019 USA

*Representing Richard Dotters*
W. Austin Cooper
W. Austin Cooper
2151 River Plaza Dr., Suite 195
Sacramento, CA 95833

*Representing Top 50 Creditors*
Carol Cyr
Lions Gate/Vidmark Entertainment
4553 Glencoe Avenue, Suite 200
Marina Del Rey, CA 90292 USA

*Representing Top 50 Creditors*
Gina Damon
MPI Home Video
16101 South 108th Avenue
Orland Park, IL 60462 USA

*Representing US Bank*
Jeanne P. Darcey
Palmer & Dodge, LLP
111 Huntington Ave. at Prudential Center
Boston, MA 02199
jdarcey@palmerdodge.com

*Representing Majestic Realty Co. and Patrician Associates, Inc*
Dennis X. Daze
Majestic Management Company
13191 Crossroads Parkway North, Suite 115
City of Industry, CA 91745

*Representing Top 50 Creditors*
Joe Defeo
Maxell Corp. of America
22-08 Route 208
Fairlawn, NJ 07410 USA

*Representing Robie Cambridge, LLC*
John P. Dennis
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
jdennis@lynchbrewer.com

*Representing Harris County, Houston ISD, City of Houston*
John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

*Representing Top 50 Creditors*
Sean Dowd
WHV/Warner Home Video Credit
3601 W. Olive Blvd., Suite 800
Burbank, CA 91505 USA

*Representing Chilmark Partners*
Nathan P. Eimer
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Neimer@EimerStahl.com

*Representing Top 50 Creditors*
Jocelyn Enriquez
Jocelyn Enriquez
1415 Ewing Drive
Chula Vista, CA 91911 USA

*Representing Top 50 Creditors*
David Evans
City Hall Records
101 Glacier Point Rd., Suite C
San Rafael, CA 94901 USA

*Representing Top 50 Creditors*
Tony Gangemi
Koen Book Distributors
10 Twosome Dr., P.O. Box 600
Moorestown, NJ 08057 USA

*Representing Top 50 Creditors*
Sandra Geyser
International Periodical
27500 Riverview Center Blvd., Suite 400
Bonita Springs, FL 34134 USA

*Representing Top 50 Creditors*
David Glick
Tee Vee Toons Inc.
23 East 4th Street
New York, NY 10003 USA

*Representing Top 50 Creditors*
John Grant
Respond2 Entertainment LLC
207 NW Park Ave.
Portland, OR 97209 USA

*Representing Chilmark Partners*
Kevin Gross
Rosenthal, Monhait, Gross & Goddess, P.A.
P.O. Box 1070
919 Market St., Ste. 1401
Wilmington, DE 19899-1070
kgross@rmgglaw.com

*Representing Top 50 Creditors*
Tony Guzman
Funky Enterprises, Inc.
132-05 Atlantic Avenue
Richmond Hill, NY 11418 USA

*Representing Top 50 Creditors*
Michele Hamilto
New World Music, Inc.
P.O. Box 2633
Palm Springs, CA 92263-2633 USA

*Representing Top 50 Creditors*
Jim Hardy
Koch Entertainment
22 Harbor Park Dr.
Port Washington, NY 11050 USA

*Representing Top 50 Creditors*
Cheryl Hernandez
Ventura Distribution, Inc.
770 Lawrence Dr.
Thousand Oaks, CA 91320 USA

*Representing General Electric Capital Business Asse Funding Corporation, The Oates Landlords*
James E. Huggett
Victoria E. Varrasse
Flaster/Greenberg P.C.
913 North Market St., 7th Floor
Wilmington, DE 19801
james.huggett@flastergreenberg.com
victoria.varrasse@flastergreenberg.com

*Representing Metro-Goldwyn-Mayer Home Entertainment LLC a/k/a MGM Home Entertainment*
Lawrence M. Jacobson
Glickfeld, Fields & Jacobson LLP
9460 Wilshire Boulevard, Fifth Floor
Beverly Hills, CA 90212-2711

*Representing Top 50 Creditors*
Sheri Jameson
Video Products Distr.
150 Parkshore Drive
Folsom, CA 95630 USA

*Representing Top 50 Creditors*
Denise Johnson
Select-O-Hits, Inc.
1981 Fletcher Creek Dr.
Memphis, TN 38133 USA

*Representing Landmark HHH, L.L.C*
Derek M. Johnson
Ruben, Johnson & Morgan, P.C.
249 Pearl Street, Third Floor
Hartford, CT 06103

*Representing Top 50 Creditors*
Ralph Kaffel
Fantasy, Inc.
2600 Tenth Street
Berkeley, CA 94710 USA

*Representing Top 50 Creditors*
John Kahlow
Universal Music & Video
9999 E. 121st St.
Fishers, IN 46038 USA

*Representing Ticketmaster*
Ivan L. Kallick
Ileana M. Hernandez
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Boulevard
Los Angeles, CA 90064
ikallick@manatt.com
ihernandez@manatt.com

*Representing Top 50 Creditors*
Kristi Katilavas
Image Entertainment, Inc.
9333 Oso Avenue
Chatsworth, CA 91311 USA

*Representing Congress Financial Corporation (Western)*
William H. Kiekhofer
Robert D. Goldschein
Mayer, Brown, Rowe & Maw LLP
350 South Grand Ave. 25th Floor
Los Angeles, CA 90071-1503

*Representing Alliance Entertainment Corporation*
Robert A. Klyman
Latham & Watkins LLP
633 West Fifth St., Ste. 4000
Los Angeles, CA 90071-2007

*Representing Opry Mills Operating Company*
Courtenay M. Labson
Opry Mills Operating Company, L.L.C.
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

*Representing Paladium Crowley, LLC - Landlord*
Thomas J. Leanse
Katten Muchin Zavis Rosenman
2029 Century Park East, Ste. 2600
Los Angeles, CA 90067-3012

*Representing Top 50 Creditors*
Andi Marygold
Paramount Home Video
5555 Melrose Avenue
Los Angeles, CA 90038 USA

*Representing State of Connecticut, Dept. of Revenue Services*
Denise S. Mondell
Richard Blumenthal
Assistant Attorney General
P.O. Box 120
55 Elm Street, Fourth Floor
Hartford, CT 06141-0120
Denise.Mondell@PO.STATE.CT.US

*Representing US Bank*
Laura L. Moran
U.S. Bank National Association, Corporate Trust Svcs. Div.
One Federal Street, 3rd Floor
Boston, MA 02110
laura.moran@usbank.com

*Representing Regency Centers, L.P. / Powell Street Plaza*
Nancy J. Newman
Hanson, Bridgett, Marcus, Vlahos & Rudy LLP
333 Market St., 21st Floor
San Francisco, CA 94105
Nnewman@hansonbridgett.com

*Representing Vestar DRM-OPCO, L.L.C*
William Novotny
Mariscal, weeks, mcIntre & Friedlander, P.A.
2901 North Central Ave., Suite 200
Phoenix, AZ 85012-2705
william.novotny@mwmf.com

*Representing George Washington University, a Landlord of Debtor MTS Inc.*
Brett D. Orlove
Grossberg, Yochelson, Fox & Beyda, LLP
2000 L Street, NW, Ste. 675
Washington, D.C. 20036

*Representing Top 50 Creditors*
Jean Papenfuss
Hal Leonard Publ. Corp.
960 East Mark Street
Winona, MN 55987 USA

*Representing The Irvine Company f/k/a Irvine Retail Properties Co., Donahue Schriber Realty Group, L.P. (Marina Pacifica)*
Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 East Penn Street, Ste. 510
Whittier, CA 90602-1797

*Representing Top 50 Creditors*
Mike Placido
Electro Source, LLC
1840 E. 27th Street
Vernon, CA 90058 USA

*Representing Federal Realty Investment Trust, New Plan Excel Realty Trust, Inc, Kravco Company and Developers Diversified Realty Corporation*
David L. Pollack
Jeffrey Meyers
Dean Waldt
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor - Mellon Bank Center, 1735 Market Street
Philadelphia, PA 19103

*Representing Top 50 Creditors*
Wayne Powell
Delta Entertainment Corp.
1663 Sawtelle Blvd
Los Angeles, CA 90025 USA

*Representing Monterey Village Park Associates, a California Limited Partnership*
David W. Reimann
Rafael G. Armijo
The Reimann Law Group
1960 e. Grand Avenue, Suite 1165
El Segundo, CA 90245

*Representing MGM Home Entertainment*
Pamela M. Reynolds
MGM Home Entertainment LLC
2450 Broadway
Santa Monica, CA 90403

*Representing Top 50 Creditors*
Jackie Rottman
BMG Distribution
8750 Wilshire Blvd.
Beverly Hills, CA 90211 USA

*Representing Top 50 Creditors*
John Roussey
MGM Home Entertainment
2450 Broadway, E-5260
Santa Monica, CA 90404-3061 USA

*Representing Peabody Place Centre, G.P*
Russell W. Savory
Gotten, Wilson, Savory & Beard, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
savoryg@bellsouth.net

*Representing Top 50 Creditors*
Howard Schisler
Model Distributors
318 West 39th Street, 9th Floor
New York, NY 10018 USA

*Representing Top 50 Creditors*
Karen Scofield
Pro Line Printing, Inc.
P.O. Box 409527
Atlanta, GA 30384-9527 USA

*Representing Top 40 Creditor*
Aneta Sniarowski
Musicrama, Inc.
43-01 22 St. 6th Floor
Long Island City, NY 11101 USA

Beth J. Solomon
Discover Financial Services, Inc.
2500 Lake Cook Road
Riverwoods, IL 60015

*Representing Top 50 Creditors*
Kirstin Stachowiak
WEA Distribution
3400 West Olive Ave., 6th Floor
Burbank, CA 91505 USA

*Representing Millennium Partners*
Stephen Z. Starr
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
stephenstarr@paulhastings.com

*Representing Top 50 Creditors*
Karla Steele Romano X4658
Innovative Distribution Network
4250 Coral Ridge Dr.
Coral Springs, FL 33065 USA

*Representing Top 50 Creditors*
Dan Steves
Columbia Tristar Home Video
10202 W. Washington Blvd., SPP STE. 2404
Culver City, CA 90232 USA

*Representing Top 50 Creditors*
Olivia Sullivan
Los Angeles Times
P.O. Box 60040
Los Angeles, CA 90099-0021 USA

*Representing Top 50 Creditors*
Jim Theodolou
Caroline Records
501 Flynn Road
Camarillo, CA 93012 USA

*Representing Top 50 Creditors*
Jim Theodolou
EMI Music Distribution
501 Flynn Road
Camarillo, CA 93012 USA

*Representing Top 50 Creditors*
Beth Tracey
Diamond Comics Inc.
1966 Greenspring Drive, Suite 300
Timonium, MD 21093 USA

*Representing Paramount Home Video*
Michael L. Tuchin
Mette H. Kurth
Klee, Tuchin & Bogdanoff
2121 Avenue of the Stars 33 Floor
Los Angeles, CA 90067-5061

*Representing Simon Property Group, L.P.*
Ronald M. Tucker
115 West Washington Street
Indianapolis, IN 46204   rtucker@simon.com

*Representing Debtors*
Stephen H. Warren
Austin K. Barron
Christopher D. Morris
Emily R. Culler
O'Melveny & Myers LLP
400 South Hope St.
Los Angeles, CA 90071 USA

*Representing Ticketmaster*
Edward J. Weiss
Ticketmaster Legal Department
8800 West Sunset Boulevard, 6th Floor
West Hollywood, CA 90069
ed.weiss@ticketmaster.com

*Representing City of El Paso, Harris Co., Houston ISD, Dallas Co., Round Rock ISD, City of Houston, Bexar Co., Tarrant Co., Dallas County*
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Ste 1600
Dallas, TX 75201
dallas.bankruptcy@publicans.com

*Representing JH Holdings, Ltd.*
John J. Wiles
Wiles & Wiles
800 Kennesaw Avenue, NW, Suite 400
Marietta, GA 30060-7946   jwiles@evict.net

*Representing Top 50 Creditors*
Jerome Woods
J.T.J. Empire Records
P.O. Box 16039
Encino, CA 91416 USA

*Representing Top 50 Creditors*
Pat Young
Navarre Corporation
7400 49th Avenue North
New Hope, MN 55428 USA

*Representing Top 50 Creditors*
Terri Zadraga
Gotham Distributing Corp
60 Portland Rd.
Conshohocken, PA 19428 USA