IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1]

Chapter 11

Case No. 06-10886 (BLS)

Jointly Administered

## AFFIDAVIT OF SERVICE

I, Nova George, am employed in the city and county of Los Angeles, State of California. I hereby certify that on August 24, 2009, I caused a true and correct copies of the following documents to be served via (i) facsimile to the parties listed in Exhibit A, (ii) e-mail service to the parties listed in Exhibit B and, (iii) via overnight mail by placing the documents in a sealed Federal Express envelope, affixing a pre-paid air bill, and delivering envelopes to a Fed Ex location in Los Angeles, California to the parties listed on the Service List attached hereto as Exhibit C. In the event the address was a P.O. Box, document(s) listed above were placed in a sealed Express Mail envelope, affixed a pre-paid air bill, and placed in the United States mail at Los Angeles, California addressed to the parties listed on the Service List attached hereto as Exhibit C.:

- Notice of Agenda of Matters Scheduled for Hearing on August 26, 2009 at 2:00 P.M.
- Notice of Amended Agenda of Matters Scheduled for Hearing on August 26, 2009 at 2:00 P.M.

Dated: August 27, 2009

Nova George
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 27th day of Aug, 2009, by Nova George, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**EXHIBIT A**

**Three A's Holdings, L.L.C. - Service List to Facsimile Recipients**                                                                                                          Served 8/24/2009

Adrian Avalos
The CIT Group/Business Credit, Inc.
213-613-2599

Andi Marygold
Paramount Home Video
323-862-1183

Andrew M. Brumby
Shutts & Bowen LLP
407-425-8316

Aneta Sniarowski
Musicrama, Inc.
718-383-5152

Austin K. Barron
O'Melveny & Myers LLP
213-430-6407

Beth Tracey
Diamond Comics Inc.
410-560-7145

Brett D. Orlove
Grossberg, Yochelson, Fox & Beyda, LLP
202-296-7777

Carol Cyr
Lions Gate/Vidmark Entertainment
310-452-9614

Cheryl Hernandez
Ventura Distribution, Inc.
805-498-7842

Christopher D. Morris
O'Melveny & Myers LLP
213-430-6407

Courtenay M. Labson
Opry Mills Operating Company, L.L.C.
703-526-5336

Dan Steves
Columbia Tristar Home Video
310-244-4886

Daniel C. Beck
Winthrop & Weinstine, P.A.
612-604-6800

Dave Bruno
Music Video Distibutors
610-650-9102

David B. Stratton
Pepper Hamilton, LLP
302-656-8865

David Evans
City Hall Records
415-457-0780

David Glick
Tee Vee Toons Inc.
212-979-6489

David L. Pollack
Ballard Spahr Andrews & Ingersoll, LLP
215-864-9473

David W. Reimann
The Reimann Law Group
310-414-3011

Dean Waldt
Ballard Spahr Andrews & Ingersoll, LLP
215-864-9473

Denise Johnson
Select-O-Hits, Inc.
901-388-1243

Denise S. Mondell
Assistant Attorney General
860-808-5383

Derek M. Johnson
Ruben, Johnson & Morgan, P.C.
860-275-6884

Douglas S. Bail
Big Daddy Music Distribution, Inc.
908-653-9114

Edward J. Weiss
Ticketmaster Legal Department
310 360 2362

Elaine
AEC One Stop Group Inc.
954-255-4825

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
214-253-2558

Emily R. Culler
O'Melveny & Myers LLP
213-430-6407

Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
562-696-6357

Frank Perch
Office of the U.S. Trustee
302-573-6497

George S. Catalanello
Brown Raysman Millstein Felder & Steiner, LLP
212-895-2900

Gina Damon
MPI Home Video
708-873-3177

Howard Schisler
Model Distributors
212-727-0590

Ileana M. Hernandez
Manatt, Phelps & Phillips, LLP
(310) 312-4224

Irving Azoff
Eagles Recording Co II
310-244-4886

Ivan L. Kallick
Manatt, Phelps & Phillips, LLP
(310) 312-4224

Jackie Rottman
BMG Distribution
310-358-4073

James Cooper
Cravath, Swaine & Moore
212-474-3700

James E. Huggett
Flaster/Greenberg P.C.
302-351-1919

Jean Papenfuss
Hal Leonard Publ. Corp.
507-454-4042

Jeanne P. Darcey
Palmer & Dodge, LLP
617-316-8372

Jeffrey Meyers
Ballard Spahr Andrews & Ingersoll, LLP
215-864-9473

Jim Hardy
Koch Entertainment
516-484-4775

Jim Theodolou
Caroline Records
805-384-5674

Jim Theodolou
EMI Music Distribution
805-384-5674

**Three A's Holdings, L.L.C. - Service List to Facsimile Recipients**     Served 8/24/2009

Jo Anne M. Bernhard
Law Offices of Jo Anne M. Bernhard
916-442-1624

Joe Defeo
Maxell Corp. of America
201-796-8797

Joel Solomon
Morgan Lewis & Bockius LLP
215-963-5001

John Grant
Respond2 Entertainment LLC
971-544-3585

John J. Wiles
Wiles & Wiles
770-426-4846

John Kahlow
Universal Music & Video
317-595-5451

John P. Dennis
Lynch, Brewer, Hoffman & Fink, LLP
617-951-0811

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
713-844-3503

John Roussey
MGM Home Entertainment
310-586-8390

Karen Burns
Telarc International Corp.
216-464-4108

Karen Scofield
Pro Line Printing, Inc.
817-401-8715

Karla Steele Romano X4658
Innovative Distribution Network
212-255-4698

Kevin Gross
Rosenthal, Monhait, Gross & Goddess, P.A.
302-658-7567

Kirstin Stachowiak
WEA Distribution
805-579-1436

Kristi Katilavas
Image Entertainment, Inc.
818-407-9330

Kurt F. Gwynne
Reed Smith LLP
302-778-7575

Laura L. Moran
U.S. Bank National Association, Corporate Trust Svcs. Di
617-603-6640

Lawrence M. Jacobson
Glickfeld, Fields & Jacobson LLP
310-550-6222

Linda .
FedEx
559-294-1903

Mark R. Owens
Klett Rooney Lieber & Schorling
302-552-4295

Mette H. Kurth
Klee, Tuchin & Bogdanoff
310-407-9090

Michael Bloom
Morgan Lewis & Bockius LLP
215-963-5001

Michael L. Tuchin
Klee, Tuchin & Bogdanoff
310-407-9090

Michele Hamilto
New World Music, Inc.
760-318-7024

Mike Placido
Electro Source, LLC
323-234-9922

Milce Aguilar
Harmonia Mundi U.S.A.
818-333-1502

Nancy J. Newman
Hanson, Bridgett, Marcus, Vlahos & Rudy LLP
415-541-9366

Nathan P. Eimer
Eimer Stahl Klevorn & Solberg LLP
312-692-1718

Olivia Sullivan
Los Angeles Times
213-237-6184

Pat Young
Navarre Corporation
612-533-2156

Rachel B. Mersky
Monzack and Monaco, P.A.
302-656-2769

Rafael G. Armijo
The Reimann Law Group
310-414-3011

Ralph Kaffel
Fantasy, Inc.
510-486-2015

Rich Cazin
Sony Music Entertainment
310-449-2443

Rich Cazin
Sony Red c/o Mellon Bank
310-449-2443

Richard Biggs
Naxos of America, Inc.
615-771-6747

Rob Cascarino
New York Times Co.
415-438-6541

Robert A. Klyman
Latham & Watkins LLP
213-891-8763

Robert D. Goldschein
Mayer, Brown, Rowe & Maw LLP
213-625-0248

Ronald M. Tucker
317-263-7901

Ronald S. Beacher
Day Pitney
212-916-2940

Russell W. Savory
Gotten, Wilson, Savory & Beard, PLLC
901-523-1139

Sandra Geyser
International Periodical
239-949-7632

Sean Dowd
WHV/Warner Home Video Credit
818-729-1808

Sheri Jameson
Video Products Distr.
916-605-1652

**Three A's Holdings, L.L.C. - Service List to Facsimile Recipients**

Stephen H. Warren
O'Melveny & Myers LLP
213-430-6407

Stephen Z. Starr
Paul, Hastings, Janofsky & Walker LLP
212-319-4090

Susan E. Kaufman
Heiman, Gouge & Kaufman LLP
302-658-1473

Teresa K. D. Currier
Klett Rooney Lieber & Schorling
302-552-4295

Terri Zadraga
Gotham Distributing Corp
610-649-0315

Thomas J. Leanse
Katten Muchin Zavis Rosenman
310-788-4471

Tony Gangemi
Koen Book Distributors
856-727-6914

Tony Guzman
Funky Enterprises, Inc.
718-847-2760

Victoria E. Varrasse
Flaster/Greenberg P.C.
302-351-1919

W. Austin Cooper
W. Austin Cooper
916-920-0355

Wayne Powell
Delta Entertainment Corp.
310-268-1279

William H. Kiekhofer
Mayer, Brown, Rowe & Maw LLP
213-625-0248

William Novotny
Mariscal, weeks, mcIntre & Friedlander, P.A.
602-285-5100

William S. Brody
Buchalter, Nemer, Fields & Younger
213-630-5701

Creditors: 104

## EXHIBIT B

**Three A's Holdings, L.L.C. - Service List to e-mail Recipients**     Served 8/24/2009

Jocelyn Enriquez
juice1228@aol.com

Creditors: 1

**EXHIBIT C**

Three A's Holdings, L.L.C. - Federal Express and\or Express Mail                                                                          Served 8/24/2009

AEC ONE STOP GROUP INC
ELAINE
4250 CORAL RIDGE DR
CORAL SPRINGS, FL 33065

ANDREW S. CONWAY
MIRO WEINER & KRAMER
SUITE 100, 38500 WOODWARD AVENUE
P.O. BOX 908
BLOOMFIELD HILLS, MI 48303-0908

BETH J. SOLOMON
DISCOVER FINANCIAL SERVICES, INC.
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015

BMG DISTRIBUTION
JACKIE ROTTMAN
8750 WILSHIRE BLVD
BEVERLY HILLS, CA 90211

CAROLINE RECORDS
JIM THEODOLOU
501 FLYNN ROAD
CAMARILLO, CA 93012

COLUMBIA TRISTAR HOME VIDEO
DAN STEVES
10202 W WASHINGTON BLVD
SPP STE 2404
CULVER CITY, CA 90232

DENISE S. MONDELL
RICHARD BLUMENTHAL
ASSISTANT ATTORNEY GENERAL
55 ELM STREET, FOURTH FLOOR
P.O. BOX 120
HARTFORD, CT 06141-0120

DENNIS X. DAZE
MAJESTIC MANAGEMENT COMPANY
13191 CROSSROADS PARKWAY NORTH, SUITE 115
CITY OF INDUSTRY, CA 91745

ELECTRO SOURCE LLC
MIKE PLACIDO
1840 E 27TH STREET
VERNON, CA 90058

FUNKY ENTERPRISES INC
TONY GUZMAN
132 05 ATLANTIC AVENUE
RICHMOND HILL, NY 11418

INNOVATIVE DISTRIBUTION NETWRK
KARLA STEELE ROMANO
4250 CORAL RIDGE DR
CORAL SPRINGS, FL 33065

JEROME WOODS
J.T.J. EMPIRE RECORDS
P.O. BOX 16039
ENCINO, CA 91416 USA

KAREN SCOFIELD
PRO LINE PRINTING, INC.
P.O. BOX 409527
ATLANTA, GA 30384-9527 USA

KOEN BOOK DISTRIBUTORS
TONY GANGEMI
10 TWOSOME DR   PO BOX 600
MOORESTOWN, NJ 8057

LINDA .
FEDEX
P.O. BOX 1140
MEMPHIS, TN 38101-1140 USA

LINEBARGER GOGGAN BLAIRSAMPSON
ELIZABETH WELLER
2323 BRYAN ST STE 1600
DALLAS, TX 75201

LIONSGATEVIDMARK ENTERTAINMENT
CAROL CYR
4553 GLENCOE AVENUE SUITE 200
MARINA DEL REY, CA 90292

MAYER BROWN ROWE MAW LLP
WH KIEKHOFER RD GOLDSCHEIN
350 SOUTH GRAND AVE 25TH FLOOR
LOS ANGELES, CA 90071

MGM HOME ENTERTAINMENT
JOHN ROUSSEY
2450 BROADWAY E 5260
SANTA MONICA, CA 90404

MIGUEL BERNARDO O'FARRELL
MARIO LEONARDO TURZI
ALEJANDRO DNIEL FIUZA
MARVAL, O'FARRELL & MAIRAL
AV. LEANDRO N. ALEM 928
BUENOS AIRES, ARGENTINA 1001

MUSICRAMA INC
ANETA SNIAROWSKI
43 01 22 ST 6TH FLOOR
LONG ISLAND CITY, NY 11101

NAVARRE CORPORATION
PAT YOUNG
7400 49TH AVENUE NORTH
NEW HOPE, MN 55428

NEW WORLD MUSIC INC
MICHELE HAMILTO
P O BOX 2633
PALM SPRINGS, CA 92263

PALMER DODGE LLP
JEANNE P DARCEY
111 HUNTINGTON AVE
AT PRUDENTIAL CENTER
BOSTON, MA 02199

PAMELA M. REYNOLDS
MGM HOME ENTERTAINMENT LLC
2450 BROADWAY
SANTA MONICA, CA 90403

SONY MUSIC ENTERTAINMENT
RICH CAZIN
2100 COLORADO AVE 3RD FLOOR
SANTA MONICA, CA 90404

TEE VEE TOONS INC
DAVID GLICK
23 EAST 4TH STREET
NEW YORK, NY 10003

WEA DISTRIBUTION
KIRSTIN STACHOWIAK
3400 WEST OLIVE AVE 6TH FLOOR
BURBANK, CA 91505

WHV/WARNER HOME VIDEO CREDIT
SEAN DOWD
3601 W OLIVE BLVD SUITE 800
BURBANK, CA 91505

Creditors:  29