## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **THREE A'S HOLDINGS, L.L.C., a** | : | |
| **Delaware limited liability company, et** | : | **Case No. 06-10886 (BLS)** |
| **al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | **Re:  Docket Nos. 2320** |

| | |
|---|---|
| STATE OF DELAWARE   : | |
| : SS. | |
| NEW CASTLE COUNTY   : | |

   Janel R. Gates, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 2nd day of September, 2009 she caused a copy of the following to be served on the attached list as indicated:

- **Post Confirmation Quarterly Summary Report (June, 2009) [Docket No. 2320]**

                Janel R. Gates, Paralegal
                RICHARDS, LAYTON & FINGER, P.A.
                One Rodney Square
                920 North King Street
                Wilmington, DE  19801
                (302) 651-7700

    SWORN TO AND SUBSCRIBED before me this ___ day of September, 2009

                Notary Public

**CATHY MILLER GREER**
**Notary Public - State of Delaware**
**My Comm. Expires Jan. 28, 2011**

---

[1] The Debtors are the following entities:  Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

**Via Hand Delivery**

Mark Kenney
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801