IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a : | |
| Delaware limited liability company, <u>et</u> : | Case No. 06-10886 (BLS) |
| <u>al.</u>,[1] : | |
| : | Jointly Administered |
| Debtors. : | |
| : | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

    Janel R. Gates, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and that on September 21, 2009, she caused copies of the following to be served in the manner indicated on the attached service lists:

- Notice of Agenda of Matters Scheduled for Hearing on September 23, 2009 at 2:00 p.m. [Docket No. 2327]

Dated: September 21, 2009
       Wilmington, Delaware

                                            /s/ Janel R. Gates
                                        Janel R. Gates, Paralegal
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        One Rodney Square
                                        P.O. Box 551
                                        Wilmington, DE 19899
                                        (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 21st day of September, 2009.

                                          /s/ Lesley A. Morris
                                        Notary Public
                                        LESLEY A. MORRIS
                                        Notary Public - State of Delaware
                                        My Comm. Expires April 17, 2011

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1-3437121-1

## SERVICE LIST
## VIA FACSIMILE

| | | | | |
|---|---|---|---|---|
| 1 | John Kahlow | Universal Music & Video | 317-595-5176 | 317-595-5451 |
| 2 | Kirstin Stachowiak | WEA Distribution | 805-579-1243 | 805-579-1436 |
| 3 | Rich Cazin | Sony Music Entertainment | 310-449-2440 | 310-449-2443 |
| 4 | Jackie Rottman | BMG Distribution | 310-358-4083 | 310-358-4073 |
| 5 | Sean Dowd | WHV/Warner Home Video Credit | 818-977-8972 | 818-729-1808 |
| 6 | Jim Theodolou | EMI Music Distribution | 805-384-5663 | 805-384-5674 |
| 7 | Cheryl Hernandez | Ventura Distribution, Inc. | 888-499-3700 | 805-498-7842 |
| 8 | Pat Young | Navarre Corporation | 800-728-4000 | 612-533-2156 |
| 9 | Kristi Katilavas | Image Entertainment, Inc. | 818-407-9100 | 818-407-9330 |
| 10 | Rich Cazin | Sony Red c/o Mellon Bank | 310-449-2440 | 310-449-2443 |
| 11 | Sandra Geyser | International Periodical | 239-949-4450 | 239-949-7632 |
| 12 | Andi Marygold | Paramount Home Video | 323-956-5489 | 323-862-1183 |
| 13 | John Roussey | MGM Home Entertainment | 310-586-8366 | 310-586-8390 |
| 14 | Dan Steves | Columbia Tristar Home Video | 310-244-3672 | 310-244-4886 |
| 15 | Irving Azoff | Eagles Recording Co II | 310-209-3100 | 310-244-4886 |
| 16 | Milce Aguilar | Harmonia Mundi U.S.A. | 818-333-1500 | 818-333-1502 |
| 17 | John Grant | Respond2 Entertainment LLC | 503-276-4094 | 971-544-3585 |
| 18 | Elaine | AEC One Stop Group Inc. | 954-255-4879 | 954-255-4825 |
| 19 | Sheri Jameson | Video Products Distr. | 916-605-1565 | 916-605-1652 |
| 20 | Jim Hardy | Koch Entertainment | 516-484-1000 | 516-484-4775 |
| 21 | Dave Bruno | Music Video Distibutors | 800-888-0459 | 610-650-9102 |
| 22 | Karla Steele Romano X4658 | Innovative Distribution Network | 954-255-4658 | 212-255-4698 |
| 23 | Joe Defeo | Maxell Corp. of America | 800-533-2836 | 201-796-8797 |

|    |                    |                                   | x5959                  |              |
|----|--------------------|-----------------------------------|------------------------|--------------|
| 24 | Jim Theodolou      | Caroline Records                  | 805-384-5663           | 805-384-5674 |
| 25 | Denise Johnson     | Select-O-Hits, Inc.               | 901-388-1190           | 901-388-1243 |
| 26 | David Evans        | City Hall Records                 | 415-457-9080           | 415-457-0780 |
| 27 | Karen Burns        | Telarc International Corp.        | 216-464-2313           | 216-464-4108 |
| 28 | Tony Gangemi       | Koen Book Distributors            | 800-257-8481           | 856-727-6914 |
| 29 | Mike Placido       | Electro Source, LLC               | 323-234-9911           | 323-234-9922 |
| 30 | Richard Biggs      | Naxos of America, Inc.            | 615-771-9393           | 615-771-6747 |
| 31 | Jean Papenfuss     | Hal Leonard Publ. Corp.           | 507-454-2920           | 507-454-4042 |
| 32 | David Glick        | Tee Vee Toons Inc.                | 212-979-6410           | 212-979-6489 |
| 33 | Ralph Kaffel       | Fantasy, Inc.                     | 800-227-0466           | 510-486-2015 |
| 34 | Wayne Powell       | Delta Entertainment Corp.         | 310-268-1205           | 310-268-1279 |
| 35 | Howard Schisler    | Model Distributors                | 800-221-3420           | 212-727-0590 |
| 36 | Olivia Sullivan    | Los Angeles Times                 | 213-237-7979           | 213-237-6184 |
| 37 | Beth Tracey        | Diamond Comics Inc.               | 800-452-6642           | 410-560-7145 |
| 38 | Karen Scofield     | Pro Line Printing, Inc.           | 817-401-9810 x108      | 817-401-8715 |
| 39 | Aneta Sniarowski   | Musicrama, Inc.                   | 718-389-7818           | 718-383-5152 |
| 40 | Linda .            | FedEx                             | 800-622-1147           | 559-294-1903 |
| 41 | Terri Zadraga      | Gotham Distributing Corp          | 610-649-7650           | 610-649-0315 |
| 42 | Douglas S. Bail    | Big Daddy Music Distribution, Inc.| 908-653-9110           | 908-653-9114 |
| 43 | Gina Damon         | MPI Home Video                    | 708-460-0555           | 708-873-3177 |
| 44 | Tony Guzman        | Funky Enterprises, Inc.           | 800-221-6730           | 718-847-2760 |
| 45 | Rob Cascarino      | New York Times Co.                | 415-438-6557           | 415-438-6541 |
| 47 | Michele Hamilto    | New World Music, Inc.             | 760-318-7023           | 760-318-7024 |
| 48 | Carol Cyr          | Lions Gate/Vidmark Entertainment  | 310-314-2000           | 310-452-9614 |

| | | | | |
|---|---|---|---|---|
| 50 | Stephen H. Warren<br><br>Austin K. Barron<br><br>Christopher D. Morris<br><br>Emily R. Culler | O'Melveny & Myers LLP | 213-430-6000 | 213-430-6407 |
| 51 | Frank Perch | Office of the U.S. Trustee | 302-573-6491 | 302-573-6497 |
| 52 | James Cooper | Cravath, Swaine & Moore | 212-474-1000 | 212-474-3700 |
| 53 | Michael Bloom<br><br>Joel Solomon | Morgan Lewis & Bockius LLP | 215-963-5000 | 215-963-5001 |
| 54 | Russell W. Savory | Gotten, Wilson, Savory & Beard, PLLC | 901-523-1110 | 901-523-1139 |
| 55 | David L. Pollack<br><br>Jeffrey Meyers<br><br>Dean Waldt | Ballard Spahr Andrews & Ingersoll, LLP | 215-864-8325 | 215-864-9473 |
| 56 | Teresa K. D. Currier<br><br>Mark R. Owens | Klett Rooney Lieber & Schorling | 302-552-4200 | 302-552-4295 |
| 57 | Laura L. Moran | U.S. Bank National Association, Corporate Trust Svcs. Div. | 617-603-6429 | 617-603-6640 |
| 58 | Jeanne P. Darcey | Palmer & Dodge, LLP | 617-239-0100 or 617-239-0169 | 617-316-8372 |
| 59 | Courtenay M. Labson | Opry Mills Operating Company, L.L.C. | 703-526-5245 | 703-526-5336 |
| 60 | Kurt F. Gwynne | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| 61 | William S. Brody | Buchalter, Nemer, Fields & Younger | 213-891-5015 | 213-630-5701 |
| 62 | Adrian Avalos | The CIT Group/Business Credit, Inc. | 213-613-2582 | 213-613-2599 |
| 63 | Thomas J. Leanse | Katten Muchin Zavis Rosenman | 310-788-4400 | 310-788-4471 |
| 64 | Nancy J. Newman | Hanson, Bridgett, Marcus, Vlahos & Rudy LLP | 415-777-3200 | 415-541-9366 |

| 65 | Susan E. Kaufman | Heiman, Gouge & Kaufman LLP | 302-658-1800 | 302-658-1473 |
|---|---|---|---|---|
| 66 | Rachel B. Mersky | Monzack and Monaco, P.A. | 302-656-8162 | 302-656-2769 |
| 67 | John J. Wiles | Wiles & Wiles | 770-426-4619 | 770-426-4846 |
| 68 | Michael L. Tuchin<br><br>Mette H. Kurth | Klee, Tuchin & Bogdanoff | 310-407-4000 | 310-407-9090 |
| 69 | David B. Stratton | Pepper Hamilton, LLP | 302-777-6500 | 302-656-8865 |
| 70 | Edward J. Weiss | Ticketmaster Legal Department | 310 360 2355 | 310 360 2362 |
| 71 | Ivan L. Kallick<br><br>Ileana M. Hernandez | Manatt, Phelps & Phillips, LLP | (310) 312-4000 | (310) 312-4224 |
| 72 | John P. Dillman | Linebarger Goggan Blair & Sampson, LLP | 713-844-3478 | 713-844-3503 |
| 73 | Derek M. Johnson | Ruben, Johnson & Morgan, P.C. | 860-275-6888 | 860-275-6884 |
| 74 | Kevin Gross | Rosenthal, Monhait, Gross & Goddess, P.A. | 302-656-4433 | 302-658-7567 |
| 75 | Nathan P. Eimer | Eimer Stahl Klevorn & Solberg LLP | 312-660-7623 | 312-692-1718 |
| 76 | Ernie Zachary Park | Bewley, Lassleben & Miller, LLP | 562-698-9771 or 714-994-5131 | 562-696-6357 |
| 77 | Lawrence M. Jacobson | Glickfeld, Fields & Jacobson LLP | 310-550-7222 | 310-550-6222 |
| 79 | Andrew M. Brumby | Shutts & Bowen LLP | 407-423-3200 | 407-425-8316 |
| 81 | Daniel C. Beck | Winthrop & Weinstine, P.A. | 612-604-6400 | 612-604-6800 |
| 82 | Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | 214-880-0089 | 214-253-2558 |
| 83 | William H. Kiekhofer<br><br>Robert D. Goldschein | Mayer, Brown, Rowe & Maw LLP | 213-229-9500 | 213-625-0248 |
| 84 | Robert A. Klyman | Latham & Watkins LLP | 213-485-1234 | 213-891-8763 |

RLF1-3437121-1

| 85 | Jo Anne M. Bernhard | Law Offices of Jo Anne M. Bernhard | 916-442-4908 | 916-442-1624 |
|----|---------------------|-------------------------------------|--------------|--------------|
| 86 | Stephen Z. Starr | Paul, Hastings, Janofsky & Walker LLP | 212-318-6715 | 212-319-4090 |
| 87 | George S. Catalanello | Brown Raysman Millstein Felder & Steiner, LLP | 212-895-2000 | 212-895-2900 |
| 88 | Brett D. Orlove | Grossberg, Yochelson, Fox & Beyda, LLP | 202-296-9696 | 202-296-7777 |
| 89 | James E. Huggett<br><br>Victoria E. Varrasse | Flaster/Greenberg P.C. | 302-351-1125 | 302-351-1919 |
| 90 | Ronald S. Beacher | Day Pitney | 212-297-5800 | 212-916-2940 |
| 92 | William Novotny | Mariscal, weeks, mcIntre & Friedlander, P.A. | 602-285-5000 | 602-285-5100 |
| 93 | John P. Dennis | Lynch, Brewer, Hoffman & Fink, LLP | 617-951-0800 | 617-0811 |
| 94 | David W. Reimann<br><br>Rafael G. Armijo | The Reimann Law Group | 310-414-3000 | 310-414-3011 |
| 96 | Denise S. Mondell<br><br>Richard Blumenthal | Assistant Attorney General | 860-808-5150 | 860-808-5383 |
| 97 | W. Austin Cooper | W. Austin Cooper | 916-927-2525 | 916-920-0355 |
| 99 | Ronald M. Tucker |  | 317-263-2346 | 317-263-7901 |

## SERVICE LIST
## VIA FEDERAL EXPRESS

Andrew S. Conway
Miro Weiner & Kramer
Suite 100, 38500 Woodward Avenue
P.O. Box 908
Bloomfield Hills, MI 48303-0908

Dennis X. Daze
Majestic Management Company
13191 Crossroads Parkway North, Suite 115
City of Industry, CA 91745

Jocelyn Enriquez
1415 Ewing Drive
Chula Vista, CA 91911

Miguel Bernardo O'Farrell
Mario Leonardo Turzi
Alejandro Dniel Fiuza
Marval, O'Farrell & Mairal
Av. Leandro N. Alem 928
Buenos Aires, Argentina 1001

Pamela M. Reynolds
MGM Home Entertainment LLC
2450 Broadway
Santa Monica, CA 90403

Beth J. Solomon
Discover Financial Services, Inc.
2500 Lake Cook Road
Riverwoods, IL 60015