UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a | : | |
| Delaware limited liability company, <u>et</u> | : | Case No. 06-10886 (BLS) |
| <u>al.</u>,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 2333 |

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : SS. | |
| NEW CASTLE COUNTY | : | |

Janel R. Gates, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 13th day of October, 2009 she caused a copy of the following to be served on the attached list as indicated:

- **Debtors' Post-Effective Date Status Report for Quarter Ending September 30, 2009 [Docket No. 2333]**

Janel R. Gates, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 14th day of October, 2009

Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1-3445974-1

**Via Hand Delivery**

Mark Kenney
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

RLF1-3445974-1