# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**THREE A'S HOLDINGS, L.L.C.**, a Delaware limited liability company, <u>et al.</u>,[1] | Chapter 11<br><br>Case No. 06-10886 (BLS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nova George, am employed in the city and county of Los Angeles, State of California. I hereby certify that on October 22, 2009, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in <u>Exhibit A</u> attached hereto:

- Re-Notice of Motion and Hearing

Dated: October 26, 2009

_____
Nova George
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 26th day of Oct., 20 09, by Nova George, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



CATHERINE A. ROJO
Commission # 1804344
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2012

---

[1]   The Debtors are the following entities:  Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

# **EXHIBIT A**

**Three A's Holdings, L.L.C. - U.S. Mail**      Served 10/22/2009

| | | |
|---|---|---|
| AJIT SHAH<br>6712 25TH AVENUE NW<br>SEATTLE, WA 98117<br>USA | AMERICAN EXPRESS TRAVEL RELATED<br>SERVICES CO, INC CORP CARD<br>C/O CYNTHIA L. GROFF<br>BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | AMY SHULMAN<br>1110 POLYNESIA DRIVE, APT. 202<br>FOSTER CITY, CA 94404<br>USA |
| BAKER & TAYLOR<br>C/O SARAH G MOORE ESQ<br>2550 WEST TYVORA ROAD SUITE 300<br>CHARLOTTE, NC 28217 | BETHANY LEVY<br>818 1/2 N. DETROIT ST.<br>LOS ANGELES, CA 90046<br>USA | CAPITAL CLEANING CONTRACTORS, INC.<br>ATTN: LINDA KAPLAN<br>C/O WHARTON ALDHIZER & WEAVER PLC<br>STEPHAN W. MILO, ESQ<br>125 SOUTH AUGUSTA STREET SUITE 2000<br>STAUNTON, VA 24401 |
| CATHERINE BERGGREN<br>242 FAIRMONT AVENUE<br>SAN CARLOS, CA 94070<br>USA | CORY DZBINSKI<br>169 SAXONY ROAD SUITE 206<br>ENCINITAS, CA 92024 | CSC TRUST COMPANY OF DELAWARE<br>ATTN CORPERATE TRUST ADMIN / ALAN R. HALPER<br>LITTLE FALLS CENTRE ONE<br>2711 CENTERVILLE RD, SUITE 210<br>WILMINGTON, DE 19808 |
| DEIRDRE GRIFFIN<br>270 WATER STR. #3R<br>NEW YORK, NY 10038 | DEUTSCHE BANK SECURITIES, INC.<br>RE: UNIVERSAL MUSIC GROUP DISTRIBUTION, CORP<br>60 WALL STREET, FLOOR 2<br>NEW YORK, NY 10005<br>ATTN: MATTHEW DOHENY | ERICA EDWARDS<br>1212 LA SIERRA DRIVE<br>SACRAMENTO, CA 95864 |
| FRESNO COUNTY TAX COLLECTOR<br>ATTN LORI POINDEXTER- K LAMANUZZI<br>PO BOX 1192<br>FRESNO, CA 93715-1192 | JAYNE FURMAN<br>10210 JUNIPER CREEK LANE<br>LAS VEGAS, NV 89145<br>USA | JOHN KIEWICZ<br>221 S. ALMONT DRIVE<br>BEVERLY HILLS, CA 90211 |
| JOSEPH JESSE ROBINSON<br>850 S. RIVER DR. #2020<br>TEMPE, AZ 85281<br>USA | KAREN DRY<br>2830 W. POTRERO ROAD<br>THOUSAND OAKS, CA 91361<br>USA | LASONYA RENE<br>6817 RIGGS MANOR DRIVE #101<br>HYATTSVILLE, MD 20783 |
| LINDA L JOHNSON<br>147 GLADEVIEW WAY<br>SAN FRANCISCO, CA 94131<br>USA | LINDA SKALE<br>533 PINE STREET<br>PHILADELPHIA, PA 19106<br>USA | MAJAP INVESTMENTS LTD<br>JAMES O NEIL<br>C/O PACHULSKI STANG ZIEHL YOUNG JONES & WE<br>919 NORTH MARKET STREET 17TH FLOOR<br>WILIMINGTON, DE 19899-8705 |
| MANDY HART<br>1911 3RD STREET<br>BETHLEHEM, PA 18020<br>USA | MARIA PINTOLA<br>18011 LINCOLN ST.<br>VILLA PARK, CA 92861<br>USA | MICHAEL CARNEY, ESQ.<br>RE: MUZE, INC<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| MICHAEL KRITZBERG<br>22167 RAYEN ST.<br>WEST HILLS, CA 91604 | MORGAN LEWIS & BOCKIUS LLP<br>RE CSC TRUST COMPANY OF DELAWARE<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103-2921<br>ATTN MICHAEL BLOOM | MUZE, INC.<br>C/O SEAN RICHARDSON, ESQ.<br>304 HUDSON STREET, 8TH FLOOR<br>NEW YORK, NY 10013 |
| NANCY HOLDERMAN<br>9108 TULIP GROVE ROAD<br>GAITHERSBURG, MD 20879 | RACHAEL SPROLES<br>4617 HAZELNUT AVE.<br>SEAL BEACH, CA 90740 | ROBIN HENDRIKSON<br>56 RANCHO VISTA STREET<br>EL SOBRANTE, CA 94803<br>USA |
| RON BAGBY<br>225 ARBOR LANE<br>SAN MATEO, CA 94403 | ROSEMARIE SIMS<br>3416 COCONINO LANE<br>LAS VEGAS, NV 89129 | SHARON WALKER<br>66 CIRCUIT ROAD<br>BELLPORT, NY 11713<br>USA |

Three A's Holdings, L.L.C. - U.S. Mail                                                                                   Served 10/22/2009

| | | |
|---|---|---|
| SONY PICTURES HOME ENTERTAINMENT INC<br>ATTN KATHLEEN HALLINAN<br>SONY PICTURES<br>10202 WASHINGTON BLVD<br>CULVER CITY, CA 90232 | SONYA LONG<br>4545 E. ANAHEIM ST. APT. B<br>LONG BEACH, CA 90804 | STONEHILL INSTITUTIONAL PARTNERS, L.P<br>RE: CSC TRUST COMPANY OF DELAWARE<br>C/O STONEHILL CAPITAL MANAGEMENT<br>885 THIRD AVENUE, 30TH FLOOR<br>NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P.<br>RE: SONY PICTURES HOME ENTERTAINMENT INC<br>C/O STONEHILL CAPITAL MANAGEMENT<br>885 THIRD AVENUE, 30TH FLOOR<br>NEW YORK, NY 10022<br>ATTN: MR. STEVE NELSON | TOM ROTHER<br>1447 HUNTER VIEW FARM<br>VIENNA, VA 22182<br>USA | WALLY CHAN<br>4455 QUICKSILVER COURT<br>HAYWARD, CA 94542<br>UNITED STATES |

Creditors: 39