IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THREE A'S HOLDINGS, a Delaware limited liability company, et al.,[1] | : | Case No. 06-10886 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Re: Docket No. 2356 |
| | : | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

Janel R. Gates, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 2nd day of December, 2009, she caused a copy of the following to be served upon the parties on the attached list in the manner indicated:

- **Order Scheduling Omnibus Hearing Dates [Docket No. 2356]**

Dated: December 4, 2009
Wilmington, Delaware

/s/ Janel R. Gates
Janel R. Gates, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 4th day of December, 2009

/s/ Lesley G. Morris
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

---

[1] The Debtors are the following entities:  Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1 3512447v.1

# SERVICE LIST

*Local Via Hand Delivery  -  Non-Local Via First Class Mail*

Elihu D. Allinson, III
William D. Sullivan
William D. Sullivan, LLC
4 East 8th Streeet, Suite 400
Wilmington, DE 19801

Don A. Beskrone
Gregory A. Taylor
Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Karen C. Bifferato
Christina M. Thompson
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801 USA

Stuart M. Brown
Mark D. Olivere
William E. Chipman
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899-0551

Teresa K. D. Currier
Mary F. Caloway
Buchanon Ingersol & Rooney
The Brandywine Building, 1000 West Street, Suite 1410
Wilmington, DE 19801

Tobey M. Daluz
Leslie C. Heilman
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801

Thomas J. Francella, Jr.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Harry J. Giacometti
Smith Giacometti LLP
901 North Market Street, Suite 700
Wilmington, DE 19801

William A. Hazeltine
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

James E. Huggett
Lucian B. Murley
Herbert Mondros
Margolis Edelstein
750 South Madison Street, Suite 102
Wilmington, DE 19801

Susan E. Kaufman
Henry Heiman
Heiman, Gouge & Kaufman LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899

Mark S. Kenney
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

Neal J. Levitsky
Seth A. Niederman
Fox Rothschild LLP
919 North Market Street
P.O. Box 2323
Wilmington, DE 19801

Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

Gaston P. Loomis
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899

Rachel B. Mersky
Monzack and Monaco, P.A.
1201 N. Orange St., Ste. 400
Wilmington, DE 19801

Stephen M. Miller
Thomas M. Horan
Brett D. Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

James E. O'Neill
Scotta E. McFarland
Pachulski, Stang, Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Jeremy W. Ryan
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Jeffrey M. Schlerf
Anthony M. Saccullo
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Eric M. Sutty
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

William F. Taylor, Jr.
McCarter & English, LLP
405 North Market Street
Wilmington, DE 19801

Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Daniel T. Altman
Belkin Burden Wenig & Goldman LLP
270 Madison Avenue
New York, NY 10016

Christopher Battaglia
Walter Benzija
Halperin Battaglia Raicht LLP
555 Madison Avenue
New York, NY 10022

Jo Anne M. Bernhard
Law Offices of Jo Anne M. Bernhard
2621 "K" Street
Sacramento, CA 95816

Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

Michael Bloom
Rebecca L. Booth
Stacy Lutkus
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

William S. Brody
Buchalter, Nemer, Fields & Younger
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730

Beth Spreecher Brooks
The Inland Real Estate Group, Inc.
2900 Butterfield Road
Oak Brook, IL 60523

Christopher A. Camardello
Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

Diana K. Carey
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101

Michael Carney
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Sugar Law Center
for Economic and Social Justice
2727 Second Avenue, Suite 327
Detroit, MI 48201

Andrew S. Conway
Honigman Miller Schwartz and Cohn LLP
Suite 100, 38500 Woodward Avenue
Bloomfield Hills, MI 48304

Eric C. Cotton
Developers Diversified Realty Corporation
3300 Enterprise Parkway
P.O. Box 228042
Beachwood, OH 44122

Jon L.R. Dalberg
Andrews Kurth LLP
601 South Figueroa Street, Suite 3700
Los Angeles, CA 90017-5742

Frank W. DeBorde
Daniel P. Sinaiko
Morris, Manning & Martin, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

John P. Dennis
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800

W. Joseph Dryer
Plan Administrator
5068 W. Plano Parkway, Suite 300
Plano, TX 75093

Daniel M. Eliades
Forman Holt Eliades & Raven LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652

Charles J. Filardi, Jr.
Filardi Law Offices, LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

Joe Flores
Universal Music & Video Distribution
10 Universal City Plaza
Universal City, CA 91608

Robert N. Gilbert
Carlton Fields, P.A.
Esperante
222 Lakeview Avenue, Suite 1400
West Palm Beach, FL 33401

John Guililano
Bank of New York
Attention: Corporate Trust Administration
101 Barclay Street, 8W
New York, NY 10286

Peter J. Gurfein
Patrick Ivie
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

M. Elaine Hammond
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Richard Hiersteiner
Judy A. Groves
Theodore W. Connolly
Edwards Angell Palmer & Dodge LLP
111 Huntington Ave
Boston, MA 02110

Sheldon I. Hirshon
Peter J. Antoszyk
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Lacy E. Holly, III
Lacy E. Holly, III, PA
603 Main Street
P.O. Box 700
Odessa, DE 19730

Nancy Hotchkiss
Trainor Fairbrook
980 Fulton Avenue
P.O. Box 255824
Sacramento, CA 95865

Alan K. Hyde
Holm Wright Hyde & Hays PLC
10429 S. 51st Street, Suite 285
Phoenix, AZ 85044

Jay R. Indyke
Cathy Herschcopf
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Derek M. Johnson
Ruben, Johnson & Morgan, P.C.
249 Pearl Street, Third Floor
Hartford, CT 06103

Ivan L. Kallick
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Boulevard
Los Angeles, CA 90064

Douglas D. Kappler
Robinson, Diamant & Wolkowitz
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

Alan H. Katz
Entergy New Orleans, Inc.
Assistant General Counsel
639 Loyloa Avenue, 26th Floor
New Orleans, LA 70113

John C. Lankenau
Stuart J. Miller
Lankenau & Miller LLP
132 Nassau Street, Suite 423
New York, NY 10038

Seth Lax
Contrarian Capital Management, L. L. C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Richard Le Blancq
Robert H. Yu
Harwood Lloyd, LLC
130 Main Street
Hackensack, NJ 07601

Thomas J. Leanse
Brian D. Huben
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Margaret H. Lewis
Henrico County Public Schools
3820 Nine Mile Road
P.O. Box 23120
Richmond, VA 23223-0420

Nancy F. Loftus
Assitant County Attorney
Department of Tax Administration, Fairfax County, Virginia
12000 Government Center Parkway, Suite 549
Fairfax, VA 22035-0064

Thomas J. Lutkewitte
Favret, Demarest, Russo & Lutkewitte
1515 Poydras Street, Suite 1400
New Orleans, LA 70112

Laura L. McCloud
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Divison
P.O. Box 20207
Nashville, TN 37202-0207

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Ronald D. Monroe
Bank of America, N.A.
1231 Durrett Lane
Mail Code: KY6-200-01-39
Louisville, KY 40213-2041

Duane D. Morse
Director
3116 Valley Lane
Falls Church, VA 22044-1735

| | |
|---|---|
| Vicky Namken<br>IBM Corporation<br>13800 Diplomat Drive<br>Dallas, TX 75234 | Nancy J. Newman<br>Hanson, Bridgett, Marcus, Vlahos & Rudy LLP<br>425 Market St., 26th Floor<br>San Francisco, CA 94105 |
| Brett D. Orlove<br>Grossberg, Yochelson, Fox & Beyda, LLP<br>2000 L Street, N.W., Suite 675<br>Washington, D.C. 20036 | Ernie Zachary Park<br>Bewley, Lassleben & Miller, LLP<br>13215 East Penn Street, Ste. 510<br>Whittier, CA 90602-1797 |
| David M. Poitras<br>Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | David L. Pollack<br>Jeffrey Meyers<br>Dean Waldt<br>Ballard Spahr Andres & Ingersoll, LLP<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 |
| David W. Reimann<br>The Reimann Law Group<br>1960 E. Grand Avenue, Suite 1165<br>El Segundo, CA 90245 | Catherin Schlomann Robertson<br>Pahl & Gosselin<br>225 West Santa Clara Street, Suite 1500<br>San Jose, CA 95113 |
| Dana B. Rosenfeld<br>Bryan Cave LLP<br>700 Thirteenth Street, N.W.<br>Washington, D.C. 20005-3960 | Sharon L Royer<br>UC Tax Agent/Bankruptcy Representative<br>Commonwealth of Pennsylvania, Dept of Labor &<br>Industry, Harrisburg Bankruptcy & Compliance<br>Office<br>625 Cherry St., Suite 2<br>Reading, PA 19602-1152 |

| | |
|---|---|
| Kenneth N. Russak<br>Pillsbury Winthop Shaw Pittman LLP<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017 | Anthony M. Sabino<br>Sabino & Sabino, P.C.<br>92 Willis Avenue, 2d Floor<br>Mineola, NY 11501 |
| Russell W. Savory<br>Gotten, Wilson, Savory & Beard, PLLC<br>88 Union Avenue, 14th Floor<br>Memphis, TN 38103 | Jackson Schmidt<br>Pepple Johnson Cantu & Schmidt PLLC<br>1900 Seattle Tower Building, 1218 Third Avenue<br>Seattle, WA 98101 |
| Brian Sirower<br>Lori L. Winkelman<br>Peter L. Riggs<br>Quarles & Brady Streich Lang LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | Beth J. Solomon<br>Discover Financial Services LLC<br>2500 Lake Cook Road<br>Riverwoods, IL 60015 |
| Matthew V. Spero<br>Jeffrey A. Wurst<br>Ruskin Moscou Faltischek, PC<br>1425 Reckson Plaza<br>East Tower, 15th Floor<br>Uniondale, NY 11556-1425 | Lisa K. Stauffer<br>Cohen & Grigsby, P.C.<br>11 Stanwix Street, 15th Floor<br>Pittsburgh, PA 15222-1319 |
| Edward J. Tredinnick<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embaracadero Center, Suite 4000<br>San Francisco, CA 94111-4106 | The Capital Trust Company of Delaware<br>Attn: Corporate Trust Administration<br>2710 Centerville Road, Suite 101<br>2711 Centerville Road<br>Wilmington, DE 19808 |

RLF1 3512447v.1

Kenneth L. Valinoti
Valinoti & Dito LLP
180 Montgomery Street, Suite 940
San Francisco, CA 94104-4223

Cecelia Walton
State of Maryland
Department of Labor, Licensing & Regulation
Office of Unemployment Insurance Contributions Division
Litigation and Prosecution Unit
1100 North Eutaw Street, Room 401
Baltimore, MD 21201

Stephen H. Warren
Karen Rinehart
O'Melveny & Myers LLP
400 South Hope St.
Los Angeles, CA 90071

Gilbert B. Weisman
Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

Dennis J. Wickham
Seltzer Caplan McMahon Vitek
750 B Street, Suite 2100
San Diego, CA 92101

John J. Wiles
Wiles & Wiles
800 Kennesaw Avenue, NW, Suite 400
Marietta, GA 30060-7946

Frank J. Wright
C. Ashley Ellis
Hance Scarborough Wright Ginsberg & Brusilow, LLP
14755 Preston Road, Suite 600
Dallas, TX 75254

Jonathan W. Young
Jeffrey L. Gansberg
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Phillip G. Young, Jr.
Bass, Berry & Sims PLC
AmSouth Center, 315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001

RLF1 3512447v.1