## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **THREE A'S HOLDINGS, L.L.C., a** | : | |
| **Delaware limited liability company, et** | : | **Case No. 06-10886 (BLS)** |
| **al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      :
                                       : SS.
NEW CASTLE COUNTY    :

     Janel R. Gates, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and on the 26th of January, 2010, she caused copies of the following to be served in the manner indicated on the attached service lists:

- Notice of Agenda of Matters Scheduled for Hearing on January 28, 2010 at 2:00 p.m. [Docket No. 2371]

Dated: January 27, 2010
     Wilmington, Delaware

*Janel R Gates*
_____
Janel R. Gates, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 27th day of January, 2010.

*Lesley A. Morris*
_____
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

---

[1] The Debtors are the following entities:  Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## In re:  Three A's Holdings, L.L.C.
## Case No.:  06-10886 (BLS)
## 1/28/10 Agenda Service List

*Via Facsimile*

| | Name | Firm/Client | Phone | Fax |
|---|---|---|---|---|
| | *Core* | | | |
| 1. | Stephen H. Warren Karen Rinehart | O'Melveny & Myers LLP | 213-430-6000 | 213-430-6407 |
| 2. | Peter J. Gurfein Patrick Ivie | Akin Gump Strauss Hauer & Feld LLP | 310-229-1000 | 310-229-1001 |
| 3. | Michael Bloom Stacy Lutkus | Morgan Lewis & Bockius LLP | 215-963-5000 | 215-963-5001 |
| 4. | Mark S. Kenney | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| 5. | Lawrence E. Rifken J. Eric Crupi | McGuireWoods LLP | 703.712.5000 | 703.712.5050 |
| 6. | James H. Joseph | McGuireWoods LLP | 412.667.6000 | 412.667.6050 |
| 7. | Mark E. Felger Jeffrey R. Waxman | Cozen O'Connor | 302.295.2000 | 302.295.2013 |
| 8. | William S. Brody | Buchalter, Nemer, Fields & Younger | 213.891.5015 | 213.896.0400 |
| 9. | Teresa K. D. Currier Mary F. Caloway | Buchanon Ingersol & Rooney (trade lit) | 302-552-4200 | 302-552-4295 |
| 10. | *Local* Stuart M. Brown Mark D. Olivere William E. Chipman | Edwards Angell Palmer & Dodge LLP | 302.425.7105 | 888.325.9533 |
| 11. | Neal J. Levitsky Seth A. Niederman | Fox Rothschild LLP | 302.654.7444 | 302.656.8920 |
| 12. | Don A. Beskrone Gregory A. Taylor Amanda M. Winfree | Ashby & Geddes, P.A. (Warner Elektra Atlantic) | 302.654.1888 | 302.654.2067 |
| 13. | Elihu D. Allinson, III William D. Sullivan William A. Hazeltine | Sullivan Hazeltine Allinson (Model) | 302.428.8191 | 302.428.8195 |
| 14. | Stephen M. Miller | Morris, James LLP (MSI) | 302-888-6800 | 302-571-1750 |
| 15. | Jeremy W. Ryan | Saul Ewing | 302.421.6805 | 302.421.5861 |
| 16. | Laura Davis Jones Curtis Hehn James O'Neill | Pachulski, Stang, Ziehl, & Jones LLP (Caiman) (MAJAP) | 302-652-4100 | 302-652-4400 |
| 17. | Harry J. Giacometti Richard J. Squadron | Smith Giacometti LLP | 302.654.1315 | 302.654.1465 |
| 18. | Susan E. Kaufman Henry Heiman | Heiman, Gouge & Kaufman LLP (Taubman-Cherry Creek) | 302-658-1800 | 302-658-1473 |
| 19. | Rachel B. Mersky | Monzack, Mersky, McLaughlin and Browder, P.A. | 302-656-8162 | 302-656-2769 |
| 20. | Bayard J. Snyder | Snyder & Associates, P.A. (Alliance) | 302.657.8300 | 302.657.8301 |
| 21. | William F. Taylor, Jr. | McCarter & English, LLP | 302-984-6300 | 302-984-6399 |
| 22. | Jeffrey M. Schlerf Eric Sutty | The Bayard Firm | 302.655.5000 | 302.658.6395 |
| 23. | Tobey M. Daluz Leslie C. Heilman | Ballard Spahr (Federal Realty) | 302.252.4465 | 302.252.4466 |
| 24. | Thomas J. Francella Gaston P. Loomis | Reed Smith | 302.778.7500 | 302.778.7575 |
| 25. | Thomas G. Macauley | Zuckerman Spaeder | 302.427.0400 | 302.427.8242 |

*Via Email:*

Joseph Dryer wjdryer@gmail.com