# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| THREE A'S HOLDINGS, L.L.C., a ) | Chapter 11 |
| Delaware limited liability company, et ) | |
| al.,[1] ) | Case No. 06-10886 (BLS) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. 2374 |
| ) | |
| Three A's Holdings, L.L.C. et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 08-51100 (KG) |
| ) | |
| Baker & Taylor, Inc. d/b/a Baker & ) | Re: Docket No. 27 |
| Taylor Video and Baker & Taylor ) | |
| Books, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                     : SS.
NEW CASTLE COUNTY    :

Ann Jerominski, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and on the 2nd of February, 2010, she caused a copy of the following to be served in the manner indicated on the attached service list:

- **Certification of Counsel Regarding Agreed Order Approving Stipulation Resolving (I) the Seventeenth Omnibus Objection to Claims Relating to Claimant Baker & Taylor, Inc. and (II) the Adversary Proceeding Against Baker & Taylor, Inc. [Docket No. 2374 & Adv. Docket No. 27]**

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C. (Case No. 06-10886 (BLS)), Jeremy's Holdings, LLC (Case No. 06-10887 (BLS)), Tower Direct LLC (Case No. 06-10888 (BLS)), 33rd Street Records, Incorporated (Case No. 06-10889 (BLS)), Pipernick Corp. (Case No. 06-10890 (BLS)), M T S, Incorporated (d/b/a Tower Records) (Case No. 06-10891 (BLS)), Columbus & Bay, Inc. (Case No. 06-10892 (BLS)) and R.T. Records, Incorporated (Case No. 06-10893 (BLS)).

*(signature)*
Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 4th day of February, 2010.

*(signature)*
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

RLF1 3534287v.1

## Service List

*Via First Class Mail*

Mitchel H. Perkiel
Troutman & Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0700

RLF1 3534287v.1