UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a | : |
| Delaware limited liability company, et al.,[1] | : Case No. 06-10886 (BLS) |
| | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket Nos. 2368 |

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

    Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 11th day of January, 2010 she caused a copy of the following to be served on the attached list as indicated:

- **Post-Confirmation Quarterly Summary Report [Docket No. 2368]**

                                             */s/ Ann Jerominski*
                                           Ann Jerominski, Paralegal
                                           RICHARDS, LAYTON & FINGER, P.A.
                                           One Rodney Square
                                           920 North King Street
                                           Wilmington, DE  19801
                                           (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 12th day of January, 2010

                                             */s/ Lesley A. Morris*
                                             Notary Public

                                             LESLEY A. MORRIS
                                           Notary Public – State of Delaware
                                           My Comm. Expires April 17, 2011

---

[1] The Debtors are the following entities:  Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1 3525786v.1

**Via Hand Delivery**

Mark Kenney
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

RLF1 3525786v.1