IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | ) ) ) | Chapter 11 |
| | ) | Case No. 06-10886 (BLS) |
| | ) ) | Jointly Administered |
| Debtors. | ) ) | Re: Docket No. 2375 |
| | ) | |
| Three A's Holdings, L.L.C. et al., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Pro. No. 08-51100 (KG) |
| Baker & Taylor, Inc. d/b/a Baker & Taylor Video and Baker & Taylor Books, | ) ) ) ) | Re: Docket No. 28 |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

Janel R. Gates, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and on the 12th of February, 2010, she caused a copy of the following to be served in the manner indicated on the attached service list:

- **Agreed Order Approving Stipulation Between Three A's Holdings, L.L.C. and Baker & Taylor, Inc. (I) Resolving the Seventeenth Omnibus Objection to Claims Relating to Claimant Baker & Taylor, Inc. and (II) Resolving Adversary Proceeding Against Baker & Taylor, Inc. [Docket No. 2375 & Adv. Docket No. 28]**

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C. (Case No. 06-10886 (BLS)), Jeremy's Holdings, LLC (Case No. 06-10887 (BLS)), Tower Direct LLC (Case No. 06-10888 (BLS)), 33rd Street Records, Incorporated (Case No. 06-10889 (BLS)), Pipernick Corp. (Case No. 06-10890 (BLS)), M T S, Incorporated (d/b/a Tower Records) (Case No. 06-10891 (BLS)), Columbus & Bay, Inc. (Case No. 06-10892 (BLS)) and R.T. Records, Incorporated (Case No. 06-10893 (BLS)).

                                                                               /s/ Janel R Gates
                                                                               Janel R. Gates, Paralegal
                                                                               RICHARDS, LAYTON & FINGER, P.A.
                                                                               One Rodney Square
                                                                               920 North King Street
                                                                               Wilmington, DE  19801
                                                                               (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 16th day of February, 2010.

                                                                             /s/ Linda M Anderson
                                   Notary Public

                                                                             LINDA M. ANDERSON
                                                                        Notary Public - State of Delaware
                                                                        My Comm. Expires June 30, 2010

RLF1 3537834v.1

## Service List

*Via First Class Mail*

Mitchel H. Perkiel
Troutman & Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0700

RLF1 3537834v.1