## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| _____<br><br>In re:<br><br>**THREE A'S HOLDINGS, L.L.C., a**<br>**Delaware limited liability company, et**<br>**al.,**[1]<br><br>_____ | :    **Chapter 11**<br>:<br>:    **Case No. 06-10886 (BLS)**<br>:<br>:    **Jointly Administered**<br>:<br>:<br>: |

### AFFIDAVIT OF SERVICE

I, Nova George, am employed in the city and county of Los Angeles, State of California.  I hereby certify that on March 9, 2010, I caused true and correct copies of the following document(s) to be served by placing the documents in a sealed Federal Express envelope, affixing a pre-paid air bill, and delivering envelopes to a Fed Ex location in Los Angeles, California to the parties listed on the Service List attached hereto as <u>Exhibit A</u>.  In the event the address was a P.O. Box, document(s) listed above were placed in a sealed Express Mail envelope, affixed a pre-paid air bill, and placed in the United States mail at Los Angeles, California addressed to the parties listed on the Service List attached hereto as <u>Exhibit A</u>.:

- **NOTICE OF MOTIONS AND HEARING [Docket No. 2381]**
- **MOTION OF THE DEBTOR FOR AN ORDER SHORTENING NOTICE AND OBJECTION PERIODS WITH RESPECT TO DEBTORS' MOTION TO APPROVE SETTLEMENT AGREEMENT WITH MAJAP INVESTMENTS, LIMITED [Docket No. 2382]**

Dated: March 10, 2010

_____
Nova George
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

| | |
|---|---|
| {State of California | } |
| { | } ss. |
| {County of Los Angeles | } |

Subscribed and sworn to (or affirmed) before me on this *10th* day of *March*, 20 *10* , by *Nova George* , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

> CATHERINE A. ROJO
> Commission # 1804344
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jun 26, 2012

_____

[1]      The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## EXHIBIT A

**Three A's Holdings, L.L.C. - Federal Express and\or Express Mail**                                                    **Served 3/9/2010**

AEC ONE STOP GROUP INC.
ELAINE
4250 CORAL RIDGE DR.
CORAL SPRINGS, FL 33065

ASSISTANT ATTORNEY GENERAL
RICHARD BLUMENTHAL/DENISE S. MONDELL
55 ELM STREET, FOURTH FLOOR
HARTFORD, CT 06141-0120

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
DAVID L. POLLACK/J.MEYERS/D. WALDT
51ST FLOOR - MELLON BANK CENTER, 1735 MARKE
PHILADELPHIA, PA 19103

BEWLEY, LASSLEBEN & MILLER, LLP
ERNIE ZACHARY PARK
13215 EAST PENN STREET, STE. 510
WHITTIER, CA 90602-1797

BIG DADDY MUSIC DISTRIBUTION, INC.
DOUGLAS S. BAIL
162 NORTH 8TH ST.
KENILWORTH, NJ 07033

BMG DISTRIBUTION
JACKIE ROTTMAN
8750 WILSHIRE BLVD.
BEVERLY HILLS, CA 90211

BROWN RAYSMAN MILLSTEIN FELDER & STEINER, LLP
GEORGE S. CATALANELLO
900 THIRD AVENUE
NEW YORK, NY 10022

BUCHALTER, NEMER, FIELDS & YOUNGER
WILLIAM S. BRODY
601 S. FIGUEROA ST., STE. 2400
LOS ANGELES, CA 90017-5704

CAROLINE RECORDS
JIM THEODOLOU
501 FLYNN ROAD
CAMARILLO, CA 93012

CITY HALL RECORDS
DAVID EVANS
101 GLACIER POINT RD., SUITE C
SAN RAFAEI, CA 94901

COLUMBIA TRISTAR HOME VIDEO
DAN STEVES
10202 W. WASHINGTON BLVD., SPP STE. 2404
CULVER CITY, CA 90232

CRAVATH, SWAINE & MOORE
JAMES COOPER
825 EIGHTH AVENUE
NEW YORK, NY 10019

DAY PITNEY
RONALD S. BEACHER
7 TIME SQUARE
NEW YORK, NY 10036

DELTA ENTERTAINMENT CORP.
WAYNE POWELL
1663 SAWTELLE BLVD
LOS ANGELES, CA 90025

DIAMOND COMICS INC.
BETH TRACEY
1966 GREENSPRING DRIVE, SUITE 300
TIMONIUM, MD 21093

DISCOVER FINANCIAL SERVICES, INC.
BETH J. SOLOMON
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015

EAGLES RECORDING CO II
IRVING AZOFF
21650 OXNARD ST., SUITE 1925
WOODAND HILLS, CA 91367-2000

EIMER STAHL KLEVORN & SOLBERG LLP
NATHAN P. EIMER
224 SOUTH MICHIGAN AVENUE, STE. 1100
CHICAGO, IL 60604

ELECTRO SOURCE, LLC
MIKE PLACIDO
1840 E. 27TH STREET
VERNON, CA 90058

EMI MUSIC DISTRIBUTION
JIM THEODOLOU
501 FLYNN ROAD
CAMARILLO, CA 93012

FANTASY, INC.
RALPH KAFFEL
2600 TENTH STREET
BERKELEY, CA 94710

FEDEX
LINDA .
P.O. BOX 1140
MEMPHIS, TN 38101-1140

FLASTER/GREENBERG P.C.
JAMES E. HUGGETT/VICTORIA E. VARRASSE
913 NORTH MARKET ST., 7TH FLOOR
WILMINGTON, DE 19801

FUNKY ENTERPRISES, INC.
TONY GUZMAN
132-05 ATLANTIC AVENUE
RICHMOND HILL, NY 11418

GLICKFELD, FIELDS & JACOBSON LLP
LAWRENCE M. JACOBSON
9460 WILSHIRE BOULEVARD, FIFTH FLOOR
BEVERLY HILLS, CA 90212-2711

GOTHAM DISTRIBUTING CORP
TERRI ZADRAGA
60 PORTLAND RD.
CONSHOHOCKEN, PA 19428

GOTTEN, WILSON, SAVORY & BEARD, PLLC
RUSSELL W. SAVORY
88 UNION AVENUE, 14TH FLOOR
MEMPHIS, TN 38103

GROSSBERG, YOCHELSON, FOX & BEYDA, LLP
BRETT D. ORLOVE
2000 L STREET, NW, STE. 675
WASHINGTON, DC 20036

HAL LEONARD PUBL. CORP.
JEAN PAPENFUSS
960 EAST MARK STREET
WINONA, MN 55987

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY LLI
NANCY J. NEWMAN
333 MARKET ST., 21ST FLOOR
SAN FRANCISCO, CA 94105

HARMONIA MUNDI U.S.A.
MILCE AGUILAR
1117 CHESTNUT STREET
BURBANK, CA 91506

HEIMAN, GOUGE & KAUFMAN LLP
SUSAN E. KAUFMAN
800 KING ST., STE. 303
WILMINGTON, DE 19899

IMAGE ENTERTAINMENT, INC.
KRISTI KATILAVAS
9333 OSO AVENUE
CHATSWORTH, CA 91311

**Three A's Holdings, L.L.C. - Federal Express and\or Express Mail**                    Served 3/9/2010

| | | |
|---|---|---|
| INNOVATIVE DISTRIBUTION NETWORK<br>KARLA STEELE ROMANO X4658<br>4250 CORAL RIDGE DR.<br>CORAL SPRINGS, FL 33065 | INTERNATIONAL PERIODICAL<br>SANDRA GEYSER<br>27500 RIVERVIEW CENTER BLVD., SUITE 400<br>BONITA SPRINGS, FL 34134 | J.T.J. EMPIRE RECORDS<br>JEROME WOODS<br>P.O. BOX 16039<br>ENCINO, CA 91416 |
| JOCELYN ENRIQUEZ<br>JOCELYN ENRIQUEZ<br>1415 EWING DRIVE<br>CHULA VISTA, CA 91911 | KATTEN MUCHIN ZAVIS ROSENMAN<br>THOMAS J. LEANSE<br>2029 CENTURY PARK EAST, STE. 2600<br>LOS ANGELES, CA 90067-3012 | KLEE, TUCHIN & BOGDANOFF<br>MICHAEL L. TUCHIN/METTE H. KURTH<br>2121 AVENUE OF THE STARS 33 FLOOR<br>LOS ANGELES, CA 90067-5061 |
| KLETT ROONEY LIEBER & SCHORLING<br>TERESA K. D. CURRIER/MARK R. OWENS<br>THE BRANDYWINE BUILDING, 1000 WEST STREET, SUI<br>WILMINGTON, DE 19899-1397 | KOCH ENTERTAINMENT<br>JIM HARDY<br>22 HARBOR PARK DR.<br>PORT WASHINGTON, NY 11050 | KOEN BOOK DISTRIBUTORS<br>TONY GANGEMI<br>10 TWOSOME DR., P.O. BOX 600<br>MOORESTOWN, NJ 08057 |
| LATHAM & WATKINS LLP<br>ROBERT A. KLYMAN<br>633 WEST FIFTH ST., STE. 4000<br>LOS ANGELES, CA 90071-2007 | LAW OFFICES OF JO ANNE M. BERNHARD<br>JO ANNE M. BERNHARD<br>2621 "K" STREET<br>SACRAMENTO, CA 95816 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>2323 BRYAN ST., STE 1600<br>DALLAS, TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>JOHN P. DILLMAN<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | LIONS GATE/VIDMARK ENTERTAINMENT<br>CAROL CYR<br>4553 GLENCOE AVENUE, SUITE 200<br>MARINA DEL REY, CA 90292 | LOS ANGELES TIMES<br>OLIVIA SULLIVAN<br>P.O. BOX 60040<br>LOS ANGELES, CA 90099-0021 |
| LYNCH, BREWER, HOFFMAN & FINK, LLP<br>JOHN P. DENNIS<br>101 FEDERAL STREET, 22ND FLOOR<br>BOSTON, MA 02110 | MAJAP INVESTMENTS LTD<br>JAMES O NEIL<br>C/O PACHULSKI STANG ZIEHL YOUNG JONES & WEINT<br>919 NORTH MARKET STREET 17TH FLOOR<br>WILIMINGTON, DE 19899-8705 | MAJESTIC MANAGEMENT COMPANY<br>DENNIS X. DAZE<br>13191 CROSSROADS PARKWAY NORTH, SUITE 115<br>CITY OF INDUSTRY, CA 91745 |
| MANATT, PHELPS & PHILLIPS, LLP<br>ILEANA M. HERNANDEZ/IVAN L. KALLICK<br>11355 W. OLYMPIC BOULEVARD<br>LOS ANGELES, CA 90064 | MARISCAL, WEEKS, MCINTRE & FRIEDLANDER, P.A.<br>WILLIAM NOVOTNY<br>2901 NORTH CENTRAL AVE., SUITE 200<br>PHOENIX, AZ 85012-2705 | MARVAL, O'FARRELL & MAIRAL<br>M.L. TURZI/M.B. O'FARRELL/A.D. FIUZA<br>AV. LEANDRO N. ALEM 928<br>BUENOS AIRES ARGENTINA 1001 |
| MAXELL CORP. OF AMERICA<br>JOE DEFEO<br>22-08 ROUTE 208<br>FAIRLAWN, NJ 07410 | MAYER, BROWN, ROWE & MAW LLP<br>ROBERT D. GOLDSCHEIN/WILLIAM H. KIEKHOFER<br>350 SOUTH GRAND AVE. 25TH FLOOR<br>LOS ANGELES, CA 90071-1503 | MGM HOME ENTERTAINMENT<br>JOHN ROUSSEY<br>2450 BROADWAY, E-5260<br>SANTA MONICA, CA 90404-3061 |
| MGM HOME ENTERTAINMENT LLC<br>PAMELA M. REYNOLDS<br>2450 BROADWAY<br>SANTA MONICA, CA 90403 | MIRO WEINER & KRAMER<br>ANDREW S. CONWAY<br>SUITE 100, 38500 WOODWARD AVENUE<br>BLOOMFIELD HILLS, MI 48303-0908 | MODEL DISTRIBUTORS<br>HOWARD SCHISLER<br>318 WEST 39TH STREET, 9TH FLOOR<br>NEW YORK, NY 10018 |
| MONZACK AND MONACO, P.A.<br>RACHEL B. MERSKY<br>1201 N. ORANGE ST., STE. 400<br>WILMINGTON, DE 19801 | MORGAN LEWIS & BOCKIUS LLP<br>MICHAEL BLOOM/JOEL SOLOMON<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103 | MPI HOME VIDEO<br>GINA DAMON<br>16101 SOUTH 108TH AVENUE<br>ORLAND PARK, IL 60462 |
| MUSIC VIDEO DISTIBUTORS<br>DAVE BRUNO<br>P.O. BOX 280<br>OAKS, PA 19456 | MUSICRAMA, INC.<br>ANETA SNIAROWSKI<br>43-01 22 ST. 6TH FLOOR<br>LONG ISLAND CITY, NY 11101 | NAVARRE CORPORATION<br>PAT YOUNG<br>7400 49TH AVENUE NORTH<br>NEW HOPE, MN 55428 |

**Three A's Holdings, L.L.C. - Federal Express and\or Express Mail**                                    Served 3/9/2010

| | | |
|---|---|---|
| NAXOS OF AMERICA, INC.<br>RICHARD BIGGS<br>416 MARY LINDSAY POLK DR., SUITE 509<br>FRANKLIN, TN 37067 | NEW WORLD MUSIC, INC.<br>MICHELE HAMILTO<br>P.O. BOX 2633<br>PALM SPRINGS, CA 92263-2633 | NEW YORK TIMES CO.<br>ROB CASCARINO<br>P.O. BOX 19218<br>NEWARK, NJ 07195-0001 |
| OFFICE OF THE U.S. TRUSTEE<br>FRANK PERCH<br>844 KING STREET, SUITE 2313, LOCKBOX 35<br>WILMINGTON, DE 19801 | OFFICE OF THE U.S. TRUSTEE<br>FRANK PERCH<br>844 KING STREET, SUITE 2313, LOCKBOX 35<br>WILMINGTON, DE 19801 | O'MELVENY & MYERS LLP<br>STEPHEN H. WARREN/AUSTIN K. BARRON<br>400 SOUTH HOPE ST.<br>LOS ANGELES, CA 90071 |
| OPRY MILLS OPERATING COMPANY, L.L.C.<br>COURTENAY M. LABSON<br>1300 WILSON BOULEVARD, SUITE 400<br>ARLINGTON, VA 22209 | PALMER & DODGE, LLP<br>JEANNE P. DARCEY<br>111 HUNTINGTON AVE. AT PRUDENTIAL CENTER<br>BOSTON, MA 02199 | PARAMOUNT HOME VIDEO<br>ANDI MARYGOLD<br>5555 MELROSE AVENUE<br>LOS ANGELES, CA 90038 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>STEPHEN Z. STARR<br>75 EAST 55TH STREET<br>NEW YORK, NY 10022 | PEPPER HAMILTON, LLP<br>DAVID B. STRATTON<br>1313 MARKET STREET, HERCULES PLAZA, SUITE 5100<br>WILMINGTON, DE 19899 | PRO LINE PRINTING, INC.<br>KAREN SCOFIELD<br>P.O. BOX 409527<br>ATLANTA, GA 30384-9527 |
| REED SMITH LLP<br>KURT F. GWYNNE<br>1201 MARKET ST., SUITE 1500<br>WILMINGTON, DE 19801 | RESPOND2 ENTERTAINMENT LLC<br>JOHN GRANT<br>207 NW PARK AVE.<br>PORTLAND, OR 97209 | RONALD M. TUCKER<br>RONALD M. TUCKER<br>115 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.<br>KEVIN GROSS<br>919 MARKET ST., STE. 1401<br>WILMINGTON, DE 19899-1070 | RUBEN, JOHNSON & MORGAN, P.C.<br>DEREK M. JOHNSON<br>249 PEARL STREET, THIRD FLOOR<br>HARTFORD, CT 06103 | SELECT-O-HITS, INC.<br>DENISE JOHNSON<br>1981 FLETCHER CREEK DR.<br>MEMPHIS, TN 38133 |
| SHUTTS & BOWEN LLP<br>ANDREW M. BRUMBY<br>300 SOUTH ORANGE AVE., STE. 1000<br>ORLANDO, FL 32802-4956 | SONY MUSIC ENTERTAINMENT<br>RICH CAZIN<br>2100 COLORADO AVE., 3RD FLOOR<br>SANTA MONICA, CA 90404 | SONY RED C/O MELLON BANK<br>RICH CAZIN<br>2100 COLORADO AVE., 3RD FLOOR<br>SANTA MONICA, CA 90404 |
| TEE VEE TOONS INC.<br>DAVID GLICK<br>23 EAST 4TH STREET<br>NEW YORK, NY 10003 | TELARC INTERNATIONAL CORP.<br>KAREN BURNS<br>23307 COMMERCE PARK RD.<br>CLEVELAND, OH 44122 | THE CIT GROUP/BUSINESS CREDIT, INC.<br>ADRIAN AVALOS<br>300 S. GRAND AVE., 3RD FLOOR<br>LOS ANGELES, CA 90071 |
| THE REIMANN LAW GROUP<br>DAVID W. REIMANN/RAFAEL G. ARMIJO<br>1960 E. GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 | TICKETMASTER LEGAL DEPARTMENT<br>EDWARD J. WEISS<br>8800 WEST SUNSET BOULEVARD, 6TH FLOOR<br>WEST HOLLYWOOD, CA 90069 | U.S. BANK NATIONAL ASSOCIATION, CORPORATE T<br>LAURA L. MORAN<br>ONE FEDERAL STREET, 3RD FLOOR<br>BOSTON, MA 02110 |
| UNIVERSAL MUSIC & VIDEO<br>JOHN KAHLOW<br>9999 E. 121ST ST.<br>FISHERS, IN 46038 | VENTURA DISTRIBUTION, INC.<br>CHERYL HERNANDEZ<br>770 LAWRENCE DR.<br>THOUSAND OAKS, CA 91320 | VIDEO PRODUCTS DISTR.<br>SHERI JAMESON<br>150 PARKSHORE DRIVE<br>FOLSOM, CA 95630 |
| W. AUSTIN COOPER<br>W. AUSTIN COOPER<br>2151 RIVER PLAZA DR., SUITE 195<br>SACRAMENTO, CA 95833 | WEA DISTRIBUTION<br>KIRSTIN STACHOWIAK<br>3400 WEST OLIVE AVE., 6TH FLOOR<br>BURBANK, CA 91505 | WHV/WARNER HOME VIDEO CREDIT<br>SEAN DOWD<br>3601 W. OLIVE BLVD., SUITE 800<br>BURBANK, CA 91505 |

**Three A's Holdings, L.L.C. - Federal Express and\or Express Mail**  Served 3/9/2010

WILES & WILES
JOHN J. WILES
800 KENNESAW AVENUE, NW, SUITE 400
MARIETTA, GA 30060-7946

WINTHROP & WEINSTINE, P.A.
DANIEL C. BECK
225 SOUTH SIXTH ST., STE. 3500
MINNEAPOLIS, MN 55402-4629

Creditors:  101