IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a : | |
| Delaware limited liability company, et : | Case No. 06-10886 (BLS) |
| al.,[1] : | |
| : | Jointly Administered |
| Debtors. : | |
| : | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

Janel R. Gates, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and on the 23rd of March, 2010, she caused copies of the following to be served in the manner indicated on the attached service lists:

- Certification of Counsel Regarding Request for Judicial Notice of Certain Pleadings Filed in the Tower I Bankruptcy Cases [Docket No. 2391]

Dated: March 24, 2010
       Wilmington, Delaware

_____
Janel R. Gates, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 24th day of March, 2010.

_____
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1 3552163v.1

In re: Three A's Holdings, L.L.C.
Case No.: 06-10886 (BLS)
Service List

**Via Hand Delivery**
James O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th floor
Wilmington, DE 19801

RLF1 3347175v.1