# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a | : |
| Delaware limited liability company, <u>et al.</u>,[1] | : Case No. 06-10886 (BLS) |
| | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

Janel R. Gates, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and on the 31st of March, 2010, she caused copies of the following to be served in the manner indicated on the attached service lists:

- Order Granting Debtors' Motion to Approve Settlement Agreement with Majap Investments, Limited [Docket No. 2398]

Dated: April 1, 2010
Wilmington, Delaware

*Janel R Gates*
Janel R. Gates, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 1st day of April, 2010.

*Lesley G. Morris*
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1 3552163v.1

In re: Three A's Holdings, L.L.C.
Case No.: 06-10886 (BLS)
Service List

**Via Hand Delivery**

James O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th floor
Wilmington, DE 19801

RLF1 3552163v.1