UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                          :
                                                :    **Chapter 11**
THREE A'S HOLDINGS, L.L.C., a                   :
Delaware limited liability company, <u>et</u>   :    **Case No. 06-10886 (BLS)**
<u>al.</u>,[1]                                   :
                                                :    **Jointly Administered**
                        Debtors.                :
                                                :    **Re:  Docket Nos. 2407**

STATE OF DELAWARE    :
                     :  SS.
NEW CASTLE COUNTY    :

     Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 9th day of June, 2010 she caused a copy of the following to be served on the attached list as indicated:

- **Post-Confirmation Quarterly Summary Report [Docket No. 2407]**

                                  _____
                                    Ann Jerominski, Paralegal
                                    RICHARDS, LAYTON & FINGER, P.A.
                                    One Rodney Square
                                    920 North King Street
                                    Wilmington, DE  19801
                                    (302) 651-7700

SWORN TO AND SUBSCRIBED before me this __/4th__ day of June, 2010

                                  _____
                         Notary Public

                                        LESLEY A. MORRIS
                                    Notary Public - State of Delaware
                                    My Comm. Expires April 17, 2011

---

[1] The Debtors are the following entities:  Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R T Records, Incorporated

**Via Hand Delivery**

Mark Kenney
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801