## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>**THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,**[1] | **Chapter 11**<br><br>**Case No. 06-10886 (BLS)**<br><br>**Jointly Administered** |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the city and county of Los Angeles, State of California. I hereby certify that on June 11, 2010, I caused a true and correct copies of the following document to be served via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A attached hereto:

- Notice of Motion and Hearing [Docket No. 2408]

Dated: June 14, 2010

Scott M. Ewing
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this _14th_ day of _June_, 20_10_, by _Scott Ewing_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

> CATHERINE A. ROJO
> Commission # 1804344
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jun 26, 2012

---

[1]    The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

## EXHIBIT A

AEC ONE STOP GROUP INC.
ELAINE
4250 CORAL RIDGE DR.
CORAL SPRINGS, FL 33065

AJIT SHAH
6712 25TH AVENUE NW
SEATTLE, WA 98117
USA

AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO, INC CORP CARD
C/O CYNTHIA L. GROFF
BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

AMY SHULMAN
1110 POLYNESIA DRIVE, APT. 202
FOSTER CITY, CA 94404
USA

ASSISTANT ATTORNEY GENERAL
RICHARD BLUMENTHAL/DENISE S. MONDELL
55 ELM STREET, FOURTH FLOOR
HARTFORD, CT 06141-0120

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
DAVID L. POLLACK/J.MEYERS/D. WALDT
51ST FLOOR - MELLON BANK CENTER, 1735 MARKE
PHILADELPHIA, PA 19103

BETTY MAK
1943 WEST PASSYUNK AVE 2ND FL
PHILADELPHIA, PA 19145
USA

BEWLEY, LASSLEBEN & MILLER, LLP
ERNIE ZACHARY PARK
13215 EAST PENN STREET, STE. 510
WHITTIER, CA 90602-1797

BIG DADDY MUSIC DISTRIBUTION, INC.
DOUGLAS S. BAIL
162 NORTH 8TH ST.
KENILWORTH, NJ 07033

BMG DISTRIBUTION
JACKIE ROTTMAN
8750 WILSHIRE BLVD.
BEVERLY HILLS, CA 90211

BROWN RAYSMAN MILLSTEIN FELDER & STEINER, LLP
GEORGE S. CATALANELLO
900 THIRD AVENUE
NEW YORK, NY 10022

BUCHALTER, NEMER, FIELDS & YOUNGER
WILLIAM S. BRODY
601 S. FIGUEROA ST., STE. 2400
LOS ANGELES, CA 90017-5704

CAROLINE RECORDS
JIM THEODOLOU
501 FLYNN ROAD
CAMARILLO, CA 93012

CITY HALL RECORDS
DAVID EVANS
101 GLACIER POINT RD., SUITE C
SAN RAFAEI, CA 94901

COLUMBIA TRISTAR HOME VIDEO
DAN STEVES
10202 W. WASHINGTON BLVD., SPP STE. 2404
CULVER CITY, CA 90232

CORY DZBINSKI
169 SAXONY ROAD SUITE 206
ENCINITAS, CA 92024

CRAVATH, SWAINE & MOORE
JAMES COOPER
825 EIGHTH AVENUE
NEW YORK, NY 10019

CSC TRUST COMPANY OF DELAWARE
ATTN CORPERATE TRUST ADMIN / ALAN R. HALPEF
LITTLE FALLS CENTRE ONE
2711 CENTERVILLE RD, SUITE 210
WILMINGTON, DE 19808

DAY PITNEY
RONALD S. BEACHER
7 TIME SQUARE
NEW YORK, NY 10036

DEIRDRE GRIFFIN
270 WATER STR. #3R
NEW YORK, NY 10038

DELTA ENTERTAINMENT CORP.
WAYNE POWELL
1663 SAWTELLE BLVD
LOS ANGELES, CA 90025

DEUTSCHE BANK SECURITIES, INC.
RE: UNIVERSAL MUSIC GROUP DISTRIBUTION, CORP
60 WALL STREET, FLOOR 2
NEW YORK, NY 10005
ATTN: MATTHEW DOHENY

DIAMOND COMICS INC.
BETH TRACEY
1966 GREENSPRING DRIVE, SUITE 300
TIMONIUM, MD 21093

DISCOVER FINANCIAL SERVICES, INC.
BETH J. SOLOMON
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015

EAGLES RECORDING CO II
IRVING AZOFF
21650 OXNARD ST., SUITE 1925
WOODAND HILLS, CA 91367-2000

EIMER STAHL KLEVORN & SOLBERG LLP
NATHAN P. EIMER
224 SOUTH MICHIGAN AVENUE, STE. 1100
CHICAGO, IL 60604

ELECTRO SOURCE, LLC
MIKE PLACIDO
1840 E. 27TH STREET
VERNON, CA 90058

EMI MUSIC DISTRIBUTION
JIM THEODOLOU
501 FLYNN ROAD
CAMARILLO, CA 93012

ERICA EDWARDS
1212 LA SIERRA DRIVE
SACRAMENTO, CA 95864

FANTASY, INC.
RALPH KAFFEL
2600 TENTH STREET
BERKELEY, CA 94710

FEDEX
LINDA .
P.O. BOX 1140
MEMPHIS, TN 38101-1140

FLASTER/GREENBERG P.C.
JAMES E. HUGGETT/VICTORIA E. VARRASSE
913 NORTH MARKET ST., 7TH FLOOR
WILMINGTON, DE 19801

FUNKY ENTERPRISES, INC.
TONY GUZMAN
132-05 ATLANTIC AVENUE
RICHMOND HILL, NY 11418

GLICKFELD, FIELDS & JACOBSON LLP
LAWRENCE M. JACOBSON
9460 WILSHIRE BOULEVARD, FIFTH FLOOR
BEVERLY HILLS, CA 90212-2711

GROSSBERG, YOCHELSON, FOX & BEYDA, LLP
BRETT D. ORLOVE
2000 L STREET, NW, STE. 675
WASHINGTON, DC 20036

HARMONIA MUNDI U.S.A.
MILCE AGUILAR
1117 CHESTNUT STREET
BURBANK, CA 91506

INNOVATIVE DISTRIBUTION NETWORK
KARLA STEELE ROMANO X4658
4250 CORAL RIDGE DR.
CORAL SPRINGS, FL 33065

JAYNE FURMAN
10210 JUNIPER CREEK LANE
LAS VEGAS, NV 89145
USA

JOSEPH JESSE ROBINSON
850 S. RIVER DR. #2020
TEMPE, AZ 85281
USA

KIM GAITAN
5476 AURELIA ST
SIMI VALLEY, CA 93063

KOCH ENTERTAINMENT
JIM HARDY
22 HARBOR PARK DR.
PORT WASHINGTON, NY 11050

LATHAM & WATKINS LLP
ROBERT A. KLYMAN
633 WEST FIFTH ST., STE. 4000
LOS ANGELES, CA 90071-2007

LINDA SKALE
533 PINE STREET
PHILADELPHIA, PA 19106
USA

LIONS GATE/VIDMARK ENTERTAINMENT
CAROL CYR
4553 GLENCOE AVENUE, SUITE 200
MARINA DEL REY, CA 90292

GOTHAM DISTRIBUTING CORP
TERRI ZADRAGA
60 PORTLAND RD.
CONSHOHOCKEN, PA 19428

HAL LEONARD PUBL. CORP.
JEAN PAPENFUSS
960 EAST MARK STREET
WINONA, MN 55987

HEIMAN, GOUGE & KAUFMAN LLP
SUSAN E. KAUFMAN
800 KING ST., STE. 303
WILMINGTON, DE 19899

INTERNATIONAL PERIODICAL
SANDRA GEYSER
27500 RIVERVIEW CENTER BLVD., SUITE 400
BONITA SPRINGS, FL 34134

JOCELYN ENRIQUEZ
JOCELYN ENRIQUEZ
1415 EWING DRIVE
CHULA VISTA, CA 91911

KAREN DRY
2830 W. POTRERO ROAD
THOUSAND OAKS, CA 91361
USA

KLEE, TUCHIN & BOGDANOFF
MICHAEL L. TUCHIN/METTE H. KURTH
2121 AVENUE OF THE STARS 33 FLOOR
LOS ANGELES, CA 90067-5061

KOEN BOOK DISTRIBUTORS
TONY GANGEMI
10 TWOSOME DR., P.O. BOX 600
MOORESTOWN, NJ 08057

LAW OFFICES OF JO ANNE M. BERNHARD
JO ANNE M. BERNHARD
2621 "K" STREET
SACRAMENTO, CA 95816

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ELIZABETH WELLER
2323 BRYAN ST., STE 1600
DALLAS, TX 75201

LOS ANGELES TIMES
OLIVIA SULLIVAN
P.O. BOX 60040
LOS ANGELES, CA 90099-0021

GOTTEN, WILSON, SAVORY & BEARD, PLLC
RUSSELL W. SAVORY
88 UNION AVENUE, 14TH FLOOR
MEMPHIS, TN 38103

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY LLI
NANCY J. NEWMAN
333 MARKET ST., 21ST FLOOR
SAN FRANCISCO, CA 94105

IMAGE ENTERTAINMENT, INC.
KRISTI KATILAVAS
9333 OSO AVENUE
CHATSWORTH, CA 91311

J.T.J. EMPIRE RECORDS
JEROME WOODS
P.O. BOX 16039
ENCINO, CA 91416

JOHN KIEWICZ
221 S. ALMONT DRIVE
BEVERLY HILLS, CA 90211

KATTEN MUCHIN ZAVIS ROSENMAN
THOMAS J. LEANSE
2029 CENTURY PARK EAST, STE. 2600
LOS ANGELES, CA 90067-3012

KLETT ROONEY LIEBER & SCHORLING
TERESA K. D. CURRIER/MARK R. OWENS
THE BRANDYWINE BUILDING, 1000 WEST STREET, :
WILMINGTON, DE 19899-1397

LASONYA RENE
6817 RIGGS MANOR DRIVE #101
HYATTSVILLE, MD 20783

LINDA L JOHNSON
147 GLADEVIEW WAY
SAN FRANCISCO, CA 94131
USA

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
JOHN P. DILLMAN
P.O. BOX 3064
HOUSTON, TX 77253-3064

LYNCH, BREWER, HOFFMAN & FINK, LLP
JOHN P. DENNIS
101 FEDERAL STREET, 22ND FLOOR
BOSTON, MA 02110

MAJAP INVESTMENTS LTD
JAMES O NEIL
C/O PACHULSKI STANG ZIEHL YOUNG JONES & WEINT
919 NORTH MARKET STREET 17TH FLOOR
WILIMINGTON, DE  19899-8705

MAJESTIC MANAGEMENT COMPANY
DENNIS X. DAZE
13191 CROSSROADS PARKWAY NORTH, SUITE 115
CITY OF INDUSTRY, CA  91745

MANATT, PHELPS & PHILLIPS, LLP
ILEANA M. HERNANDEZ/IVAN L. KALLICK
11355 W. OLYMPIC BOULEVARD
LOS ANGELES, CA  90064

MARIA PINTOLA
18011 LINCOLN ST.
VILLA PARK, CA 92861
USA

MARISCAL, WEEKS, MCINTRE & FRIEDLANDER, P.A.
WILLIAM NOVOTNY
2901 NORTH CENTRAL AVE., SUITE 200
PHOENIX, AZ  85012-2705

MARVAL, O'FARRELL & MAIRAL
M.L. TURZI/M.B. O'FARRELL/A.D. FIUZA
AV. LEANDRO N. ALEM 928
BUENOS AIRES
ARGENTINA
1001

MAUREEN SWIONTKOWSKI
(GIFT FROM THOMAS KILKENNY)
3 ROBERT DR.
LEBANON, NJ 08833

MAXELL CORP. OF AMERICA
JOE DEFEO
22-08 ROUTE 208
FAIRLAWN, NJ  07410

MAYER, BROWN, ROWE & MAW LLP
ROBERT D. GOLDSCHEIN/WILLIAM H. KIEKHOFER
350 SOUTH GRAND AVE. 25TH FLOOR
LOS ANGELES, CA  90071-1503

MGM HOME ENTERTAINMENT
JOHN ROUSSEY
2450 BROADWAY, E-5260
SANTA MONICA, CA  90404-3061

MGM HOME ENTERTAINMENT LLC
PAMELA M. REYNOLDS
2450 BROADWAY
SANTA MONICA, CA  90403

MICHAEL CARNEY, ESQ.
RE: MUZE, INC
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

MICHAEL KRITZBERG
22167 RAYEN ST.
WEST HILLS, CA 91604

MIRO WEINER & KRAMER
ANDREW S. CONWAY
SUITE 100, 38500 WOODWARD AVENUE
BLOOMFIELD HILLS, MI  48303-0908

MODEL DISTRIBUTORS
HOWARD SCHISLER
318 WEST 39TH STREET, 9TH FLOOR
NEW YORK, NY  10018

MONZACK AND MONACO, P.A.
RACHEL B. MERSKY
1201 N. ORANGE ST., STE. 400
WILMINGTON, DE  19801

MORGAN LEWIS & BOCKIUS LLP
MICHAEL BLOOM/JOEL SOLOMON
1701 MARKET STREET
PHILADELPHIA, PA  19103

MORGAN LEWIS & BOCKIUS LLP
RE CSC TRUST COMPANY OF DELAWARE
1701 MARKET STREET
PHILADELPHIA, PA  19103-2921
ATTN MICHAEL BLOOM

MPI HOME VIDEO
GINA DAMON
16101 SOUTH 108TH AVENUE
ORLAND PARK, IL  60462

MUSIC VIDEO DISTIBUTORS
DAVE BRUNO
P.O. BOX 280
OAKS, PA  19456

MUSICRAMA, INC.
ANETA SNIAROWSKI
43-01 22 ST. 6TH FLOOR
LONG ISLAND CITY, NY  11101

MUZE, INC.
C/O SEAN RICHARDSON, ESQ.
304 HUDSON STREET, 8TH FLOOR
NEW YORK, NY 10013

NAVARRE CORPORATION
PAT YOUNG
7400 49TH AVENUE NORTH
NEW HOPE, MN  55428

NAXOS OF AMERICA, INC.
RICHARD BIGGS
416 MARY LINDSAY POLK DR., SUITE 509
FRANKLIN, TN  37067

NEW WORLD MUSIC, INC.
MICHELE HAMILTO
P.O. BOX 2633
PALM SPRINGS, CA  92263-2633

NEW YORK TIMES CO.
ROB CASCARINO
P.O. BOX 19218
NEWARK, NJ  07195-0001

OFFICE OF THE U.S. TRUSTEE
FRANK PERCH
844 KING STREET, SUITE 2313, LOCKBOX 35
WILMINGTON, DE  19801

OFFICE OF THE U.S. TRUSTEE
FRANK PERCH
844 KING STREET, SUITE 2313, LOCKBOX 35
WILMINGTON, DE  19801

O'MELVENY & MYERS LLP
STEPHEN H. WARREN/AUSTIN K. BARRON
400 SOUTH HOPE ST.
LOS ANGELES, CA  90071

OPRY MILLS OPERATING COMPANY, L.L.C.
COURTENAY M. LABSON
1300 WILSON BOULEVARD, SUITE 400
ARLINGTON, VA  22209

PALMER & DODGE, LLP
JEANNE P. DARCEY
111 HUNTINGTON AVE. AT PRUDENTIAL CENTER
BOSTON, MA  02199

PARAMOUNT HOME VIDEO
ANDI MARYGOLD
5555 MELROSE AVENUE
LOS ANGELES, CA  90038

PAUL, HASTINGS, JANOFSKY & WALKER LLP
STEPHEN Z. STARR
75 EAST 55TH STREET
NEW YORK, NY  10022

PEPPER HAMILTON, LLP
DAVID B. STRATTON
1313 MARKET STREET, HERCULES PLAZA, SUITE 5100
WILMINGTON, DE  19899

PRO LINE PRINTING, INC.
KAREN SCOFIELD
P.O. BOX 409527
ATLANTA, GA  30384-9527

RACHAEL SPROLES
4617 HAZELNUT AVE.
SEAL BEACH, CA 90740

REED SMITH LLP
KURT F. GWYNNE
1201 MARKET ST., SUITE 1500
WILMINGTON, DE  19801

RESPOND2 ENTERTAINMENT LLC
JOHN GRANT
207 NW PARK AVE.
PORTLAND, OR  97209

ROBIN HENDRIKSON
58 RANCHO VISTA STREET
EL SOBRANTE, CA 94803
USA

RON BAGBY
225 ARBOR LANE
SAN MATEO, CA 94403

RONALD M. TUCKER
RONALD M. TUCKER
115 WEST WASHINGTON STREET
INDIANAPOLIS, IN  46204

ROSEMARIE SIMS
3416 COCONINO LANE
LAS VEGAS, NV 89129

ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
KEVIN GROSS
919 MARKET ST., STE. 1401
WILMINGTON, DE  19899-1070

RUBEN, JOHNSON & MORGAN, P.C.
DEREK M. JOHNSON
249 PEARL STREET, THIRD FLOOR
HARTFORD, CT  06103

SELECT-O-HITS, INC.
DENISE JOHNSON
1981 FLETCHER CREEK DR.
MEMPHIS, TN  38133

SHARON WALKER
66 CIRCUIT ROAD
BELLPORT, NY 11713
USA

SHUTTS & BOWEN LLP
ANDREW M. BRUMBY
300 SOUTH ORANGE AVE., STE. 1000
ORLANDO, FL  32802-4956

SONY MUSIC ENTERTAINMENT
RICH CAZIN
2100 COLORADO AVE., 3RD FLOOR
SANTA MONICA, CA  90404

SONY PICTURES HOME ENTERTAINMENT INC
ATTN KATHLEEN HALLINAN
SONY PICTURES
10202 WASHINGTON BLVD
CULVER CITY, CA 90232

SONY RED C/O MELLON BANK
RICH CAZIN
2100 COLORADO AVE., 3RD FLOOR
SANTA MONICA, CA  90404

SONYA BROWN
20 WARE STREET APT#1
CAMBRIDGE, MA 02138-4013
USA

STONEHILL INSTITUTIONAL PARTNERS, L.P
RE: CSC TRUST COMPANY OF DELAWARE
C/O STONEHILL CAPITAL MANAGEMENT
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022

STONEHILL INSTITUTIONAL PARTNERS, L.P.
RE: SONY PICTURES HOME ENTERTAINMENT INC
C/O STONEHILL CAPITAL MANAGEMENT
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022
ATTN: MR. STEVE NELSON

TAMI RUBIN
3021 HONOLULU AVE
LA CRESCENTA, CA 91214

TEE VEE TOONS INC.
DAVID GLICK
23 EAST 4TH STREET
NEW YORK, NY  10003

TELARC INTERNATIONAL CORP.
KAREN BURNS
23307 COMMERCE PARK RD.
CLEVELAND, OH  44122

THE CIT GROUP/BUSINESS CREDIT, INC.
ADRIAN AVALOS
300 S. GRAND AVE., 3RD FLOOR
LOS ANGELES, CA  90071

THE REIMANN LAW GROUP
DAVID W. REIMANN/RAFAEL G. ARMIJO
1960 E. GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

TICKETMASTER LEGAL DEPARTMENT
EDWARD J. WEISS
8800 WEST SUNSET BOULEVARD, 6TH FLOOR
WEST HOLLYWOOD, CA  90069

TOM ROTHER
1447 HUNTER VIEW FARM
VIENNA, VA 22182
USA

U.S. BANK NATIONAL ASSOCIATION, CORPORATE TRU
LAURA L. MORAN
ONE FEDERAL STREET, 3RD FLOOR
BOSTON, MA  02110

UNIVERSAL MUSIC & VIDEO
JOHN KAHLOW
9999 E. 121ST ST.
FISHERS, IN  46038

VENTURA DISTRIBUTION, INC.
CHERYL HERNANDEZ
770 LAWRENCE DR.
THOUSAND OAKS, CA  91320

VIDEO PRODUCTS DISTR.
SHERI JAMESON
150 PARKSHORE DRIVE
FOLSOM, CA  95630

W. AUSTIN COOPER
W. AUSTIN COOPER
2151 RIVER PLAZA DR., SUITE 195
SACRAMENTO, CA  95833

WALLY CHAN
4455 QUICKSILVER COURT
HAYWARD, CA 94542
UNITED STATES

**Three A's Holdings, L.L.C. - U.S. Mail**

WEA DISTRIBUTION
KIRSTIN STACHOWIAK
3400 WEST OLIVE AVE., 6TH FLOOR
BURBANK, CA  91505

WILLIAM LAVIGNE
2006 ARBOR FOREST DR
MARIETTA, GA 30064

WHV/WARNER HOME VIDEO CREDIT
SEAN DOWD
3601 W. OLIVE BLVD., SUITE 800
BURBANK, CA  91505

WINTHROP & WEINSTINE, P.A.
DANIEL C. BECK
225 SOUTH SIXTH ST., STE. 3500
MINNEAPOLIS, MN  55402-4629

WILES & WILES
JOHN J. WILES
800 KENNESAW AVENUE, NW, SUITE 400
MARIETTA, GA  30060-7946

Creditors:  137