IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a | : |
| Delaware limited liability company, et al.,[1] | : Case No. 06-10886 (BLS) |
| | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

Janel R. Gates, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and on the 28th of July, 2010, she caused copies of the following to be served in the manner indicated on the attached Exhibit B and Exhibit D:

- **Order Granting Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain (A) Amended, (B) Late-Filed and (C) Wrong Debtor Claims** [Docket No. 2425]

Janel R. Gates, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and on the 28th of July, 2010, she caused copies of the following to be served in the manner indicated on the attached Exhibit C and Exhibit D:

- **Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) to Certain (A) Books and Records Claims; (B) Multiple-Debtor Duplicate Claims; and (C) Wrong Class Claims** [Docket No. 2426]

Janel R. Gates, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and on the 28th of July, 2010, she caused copies of the following to be served in the manner indicated on the attached Exhibit A, Exhibit B, and Exhibit C:

- **Notice of Amended Agenda of Matters Scheduled for Hearing on July 28, 2010 at 2:00 p.m.** [Docket No. 2427]

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1 3594621v. 1

Dated: July 28, 2010
      Wilmington, Delaware

*/s/ Janel R. Gates*
Janel R. Gates, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 28th day of July, 2010.

*/s/ Lesley A. Morris*
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

# EXHIBIT A

## In re: Three A's Holdings, L.L.C.
## Case No.: 06-10886 (BLS)
### 7/28/10 Amended Agenda Service List

*Via Facsimile*

|  | Name | Firm/Client | Phone | Fax |
|---|---|---|---|---|
|  | *Core* |  |  |  |
| 1. | Stephen H. Warren<br>Karen Rinehart | O'Melveny & Myers LLP | 213-430-6000 | 213-430-6407 |
| 2. | Peter J. Gurfein<br>Patrick Ivie | Akin Gump Strauss Hauer & Feld LLP | 310-229-1000 | 310-229-1001 |
| 3. | Michael Bloom<br>Stacy Lutkus | Morgan Lewis & Bockius LLP | 215-963-5000 | 215-963-5001 |
| 4. | Mark S. Kenney | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| 5. | Lawrence E. Rifken<br>J. Eric Crupi | McGuireWoods LLP | 703.712.5000 | 703.712.5050 |
| 6. | James H. Joseph | McGuireWoods LLP | 412.667.6000 | 412.667.6050 |
| 7. | Mark E. Felger<br>Jeffrey R. Waxman | Cozen O'Connor | 302.295.2000 | 302.295.2013 |
| 8. | William S. Brody | Buchalter, Nemer, Fields & Younger | 213.891.5015 | 213.896.0400 |
| 9. | Teresa K. D. Currier<br>Mary F. Caloway | Buchanon Ingersol & Rooney (trade lit) | 302-552-4200 | 302-552-4295 |
| 10. | *Local*<br>Stuart M. Brown<br>Mark D. Olivere<br>William E. Chipman | Edwards Angell Palmer & Dodge LLP | 302.425.7105 | 888.325.9533 |
| 11. | Neal J. Levitsky<br>Seth A. Niederman | Fox Rothschild LLP | 302.654.7444 | 302.656.8920 |
| 12. | Don A. Beskrone<br>Gregory A. Taylor<br>Amanda M. Winfree | Ashby & Geddes, P.A. (Warner Elektra Atlantic) | 302.654.1888 | 302.654.2067 |
| 13. | Elihu D. Allinson, III<br>William D. Sullivan<br>William A. Hazeltine | Sullivan Hazeltine Allinson (Model) | 302.428.8191 | 302.428.8195 |
| 14. | Stephen M. Miller | Morris, James LLP (MSI) | 302-888-6800 | 302-571-1750 |
| 15. | Jeremy W. Ryan | Saul Ewing | 302.421.6805 | 302.421.5861 |
| 16. | Laura Davis Jones<br>Curtis Hehn<br>James O'Neill | Pachulski, Stang, Ziehl, & Jones LLP (Caiman) (MAJAP) | 302-652-4100 | 302-652-4400 |
| 17. | Harry J. Giacometti<br>Richard J. Squadron | Smith Giacometti LLP | 302.654.1315 | 302.654.1465 |
| 18. | Susan E. Kaufman<br>Henry Heiman | Heiman, Gouge & Kaufman LLP (Taubman-Cherry Creek) | 302-658-1800 | 302-658-1473 |
| 19. | Rachel B. Mersky | Monzack, Mersky, McLaughlin and Browder, P.A. | 302-656-8162 | 302-656-2769 |
| 20. | Bayard J. Snyder | Snyder & Associates, P.A. (Alliance) | 302.657.8300 | 302.657.8301 |
| 21. | William F. Taylor, Jr. | McCarter & English, LLP | 302-984-6300 | 302-984-6399 |
| 22. | Jeffrey M. Schlerf | Fox Rothschild LLP | 302.622.4212 | 302.656.8920 |
| 23. | Tobey M. Daluz<br>Leslie C. Heilman | Ballard Spahr (Federal Realty) | 302.252.4465 | 302.252.4466 |

|     | *Name*                                   | *Firm/Client*      | *Phone*       | *Fax*         |
| --- | ---------------------------------------- | ------------------ | ------------- | ------------- |
| 24. | Thomas J. Francella<br>Gaston P. Loomis  | Reed Smith         | 302.778.7500  | 302.778.7575  |
| 25. | Thomas G. Macauley                       | Zuckerman Spaeder  | 302.427.0400  | 302.427.8242  |

*Via Email:*

Joseph Dryer wjdryer.tower@gmail.com

## **EXHIBIT B**

### *Special Service Service List*
### *18th Omnibus Objection to Claims*
### *Via Federal Express*

Amy Steinbergy
6 Bay Rd East
Setauket, NY 11733

American Express Travel Related Services Co, Inc. Corp Card
c/o Cynthia L. Groff
Beckett and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Ajit Shah
6712 25th Avenue NW
Seattle, WA 98117

## EXHIBIT C

*Special Service Service List*
*19th Omnibus Objection to Claims*
*Via Federal Express*

Amy Shulman
1110 Polynesia Drvie, Apt. 202
Foster City, CA 94404

Joseph Jesse Robinson
850 S. River Dr. #2020
Tempe, AZ 85281

Linda Skale
533 Pine Street
Philadelphia, PA 19106

Nicole Fox
3520 Pakui St.
Honolulu, HI 96816

Robin Hendrikson
56 Rancho Vista Street
El Sobrante, CA 94803

Sharon Walker
66 Circuit Road
Bellport, NY 11713

Tom Rother
1447 Hunter View Farm
Vienna, VA 22182

John Kiewicz
221 S. Almont Drive
Beverly Hills, CA 90211

Linda L. Johnson
147 Gladeview Way
San Francisco, CA 94131

Muze, Inc.
c/o Sean Richardson, Esq.
304 Hudson Street, 8th Floor
New York, NY 10013

Rachael Sproles
4617 Hazelnut Ave.
Seal Beach, CA 90740

Rosemarie Sims
3416 Coconino Lane
Las Vegas, NV 89129

Sonya Brown
20 Ware Street Apt#1
Cambridge, MA 02138-4013

CSC Trust Company of Delaware
Attn: Corporate Trust Admin/ Alan R.
Little Falls Centre One
2711 Centerville Rd, Suite 210
Wilmington, DE 19808

Cory Dzbinski
169 Saxony Road, Suite 206
Encinitas, CA   92024

Ron Bagby
225 Arbor Lane
San Mateo, CA   94403

Karen Dry
2830 W. Potrero Road
Thousand Oaks, CA   91361

Wally Chan
4455 QuickSilver Court
Hayward, CA   94542

Deirdre Griffin
270 Water Str. #3R
New York, NY   10038

Maria Pintola
18011 Lincoln St.
Villa Park, CA   92861

Michael Kritzberg
22167 Rayen St.
West Hills, CA   91604

LaSonya Rene
6817 Riggs Manor Drive #101
Hyattsville, MD   20783

Erica Edwards
1212 La Sierra Drive
Sacramento, CA   95864

Jayne Furman
10210 Juniper Creek Lane
Las Vegas, NV   89145

Ajit Shah
6712 25th Avenue NW
Seattle, WA   098117

Betty Mak
1943 West Passyunk Ave. 2nd Fl.
Philadelphia, PA   19145

Tami Rubin
3021 Honolulu Ave.
La Crescenta, CA   91214

Kim Gaitan
5476 Aurelia St
Simi Valley, CA   93063

# EXHIBIT D
### Bankruptcy Rule 2002 Service List as of June 28, 2010
### Local Via Hand Delivery  -  Non-Local Via First Class Mail

*Representing CNA Insurance Companies & Model Distributors, Inc.*
Elihu D. Allinson, III
William D. Sullivan
William D. Sullivan, LLC
4 East 8th Streeet, Suite 400
Wilmington, DE 19801
zeke@williamdsullivanllc.com
bill@williamdsullivanllc.com

*Representing Sony BMG Music Entertainment & Warner/Elektra/Atlantic Coporation*
Don A. Beskrone
Gregory A. Taylor
Amanda M. Winfree
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899 dbeskrone@ashby-geddes.com
gtaylor@ashby-geddes.com
awinfree@ashby-geddes.com

*Representing Inland Real Estate Corporation*
Karen C. Bifferato
Christina M. Thompson
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building, 1007 North Orange Street
Wilmington, DE 19801 USAkbifferato@cblh.com
cthompson@cblh.com

*Representing Eagle Group LLC, Eagle Glendale Marketplace L.P., AK Glendale LLC and Rounder Records Corp.*
Stuart M. Brown
Mark D. Olivere
William E. Chipman
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801  sbrown@eapdlaw.com
molivere@eapdlaw.com
wchipman@eapdlaw.com

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
920 North King Street
Wilmington, DE 19899-0551  collins@rlf.com
merchant@rlf.com

*Representing Informal Committee of Trade Vendors of MTS, Incorporated d/b/a Tower Records*
Teresa K. D. Currier
Mary F. Caloway
Buchanon Ingersol & Rooney
The Brandywine Building, 1000 West Street, Suite 1410
Wilmington, DE 19801  teresa.currier@bipc.com
mary.caloway@bipc.com

*Representing Monterey Village Park Associates*
Tobey M. Daluz
Leslie C. Heilman
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801

RLF1 3594527v. 1

*Representing GB Retail Funding, LLC*
Thomas J. Francella, Jr.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801  tfrancella@reedsmith.com

*Representing LTB Limited Partnership*
Harry J. Giacometti
Smith Giacometti LLP
901 North Market Street, Suite 700
Wilmington, DE 19801  hgiacometti@sgllclaw.com

William A. Hazeltine
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
wahazeltine@whazeltinelaw.com

*Representing City Hall Records & NLG Maurice and Jane Sugar Law Center for Economic and Social Justice*
James E. Huggett
Lucian B. Murley
Herbert Mondros
Margolis Edelstein
750 South Madison Street, Suite 102
Wilmington, DE 19801
jhuggett@margolisedelstein.com

*Representing Regency Centers, L.P.*
Susan E. Kaufman
Henry Heiman
Heiman, Gouge & Kaufman LLP
P.O. Box 1674
800 King Street, Suite 303
Wilmington, DE 19899  skaufman@hgkde.com

Mark S. Kenney
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801  Mark.Kenney@usdoj.com

*Representing C.E.D Entertainment Distribution*
Neal J. Levitsky
Seth A. Niederman
Fox Rothschild LLP
P.O. Box 2323
919 North Market Street
Wilmington, DE 19801
nlevitsky@foxrothschild.com
sniederman@foxrothschild.com

*Representing City Hall Records*
Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801  lozides@loizides.com

*Representing The CIT Group/Business Credit, Inc.*
Gaston P. Loomis
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801  gloomis@reedsmith.com

*Representing Norton, LLC*
Thomas G. Macauley
Zuckerman Spaeder LLP
P.O. Box 1028
919 Market Street, Suite 990
Wilmington, DE 19899

*Representing JH Holdings, Ltd.*
Rachel B. Mersky
Monzack and Monaco, P.A.
1201 N. Orange St., Ste. 400
Wilmington, DE 19801  rmersky@monlaw.com

RLF1 3594527v. 1

*Representing MSI Music Corp.*
Stephen M. Miller
Thomas M. Horan
Brett D. Fallon
Morris James LLP
P.O. Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
smiller@morrisjames.com
thoran@morrisjames.com
bfallon@morrisjames.com

*Representing Majap Investments Ltd.*
James E. O'Neill
Scotta E. McFarland
Pachulski, Stang, Ziehl & Jones, LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705  joneill@pszyjw.com
smcfarland@pszyjw.com

*Representing Lincoln Properties, Ltd.*
Jeremy W. Ryan
Saul Ewing
P.O. Box 1266
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899  jryan@saul.com

*Representing Respond2 Entertainment, LLC*
Jeffrey M. Schlerf
Anthony M. Saccullo
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801  jschlerf@bayardfirm.com
asaccullo@bayardfirm.com

*Representing Muze Inc*
Eric M. Sutty
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801  esutty@bayardlaw.com

*Representing Marina Pacific LLC and Irvine Retail Properties*
William F. Taylor, Jr.
McCarter & English, LLP
405 North Market Street
Wilmington, DE 19801  wtaylor@mccarter.com

*Representing Jackson Brewery Marketplace, Limited*
Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899 jwisler@cblh.com

*Representing The Silk Building Condominium*
Daniel T. Altman
Belkin Burden Wenig & Goldman LLP
270 Madison Avenue
New York, NY 10016  daltman@bbwg.com

*Representing Harmonia Mundi USA*
Christopher Battaglia
Walter Benzija
Halperin Battaglia Raicht LLP
555 Madison Avenue
New York, NY 10022  cbattaglia@halperinlaw.net
wbenzija@halerinlaw.net

*Representing Watt Avenue Company/Cardano Group*
Jo Anne M. Bernhard
Law Offices of Jo Anne M. Bernhard
2621 "K" Street
Sacramento, CA 95816
Jbernhard@Jbernhardlaw.com

RLF1 3594527v. 1

*Representing Entergy New Orleans, Inc. & Bohannon Development Company*
Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti, Biden & Balick
P.O. Box 2165
1308 Delaware Avenue
Wilmington, DE 19899  icb@bgbblaw.com
jkk@bgbblaw.com

*Representing Unofficial Committee of Secured Music and Video Vendors*
Michael Bloom
Rebecca L. Booth
Stacy Lutkus
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
mbloom@morganlewis.com
rbooth@morganlewis.com
slutkus@morganlewis.com

*Representing CIT Group/Business Credit, Inc., Agent for Senior Secured Creditors*
William S. Brody
Buchalter, Nemer, Fields & Younger
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
wbrody@buchalter.com

*Representing Inland Real Estate Corporation*
Beth Spreecher Brooks
The Inland Real Estate Group, Inc.
2900 Butterfield Road
Oak Brook, IL 60523
bbrooks@inlandrealestate.com

*Representing Navarre Corporation*
Christopher A. Camardello
Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
ccamardello@winthrop.com

*Representing Limantzakis Properties No. 1, LLC*
Diana K. Carey
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101  dcarey@karrtuttle.com

*Representing Muze Inc.*
Michael Carney
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
mcarney@sonnenschein.com

Sugar Law Center
for Economic and Social Justice
2727 Second Avenue, Suite 327
Detroit, MI 48201

*Representing Taubman Landlords*
Andrew S. Conway
Honigman Miller Schwartz and Cohn LLP
Suite 100, 38500 Woodward Avenue
Bloomfield Hills, MI 48304
Aconway@honigman.com

*Representing DDR MTD Fairfax Towne Center LLC and Coventry II DDR Buena Park LLC*
Eric C. Cotton
Developers Diversified Realty Corporation
P.O. Box 228042
3300 Enterprise Parkway
Beachwood, OH 44122 ecotton@ddrc.com

*Representing Warner Home Video, Inc.*
Jon L.R. Dalberg
Andrews Kurth LLP
601 South Figeuroa Street, Suite 3700
Los Angeles, CA 90017-5742
jdalberg@andrewskurth.com

*Representing Warner/Elektra/Atlantic Corp (WEA)*
Frank W. DeBorde
Daniel P. Sinaiko
Morris, Manning & Martin, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326  fdeborde@mmmlaw.com
dsinaiko@mmmlaw.com

*Representing Robie Cambridge LLC*
John P. Dennis
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
jdennis@lynchbrewer.com

W. Joseph Dryer
Plan Administrator
5068 W. Plano Parkway, Suite 300
Plano, TX 75093  wjdryer@gmail.com

*Representing California Flatiron Corp*
Daniel M. Eliades
Forman Holt & Eliades LLC
218 Route 17 North
Rochelle Park, NJ 077662
deliades@formanlaw.com

*Representing Federal Express Corporation*
Charles J. Filardi, Jr.
Filardi Law Offices, LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510  charles@filardi-law.com

Joe Flores
Universal Music & Video Distribution
10 Universal City Plaza
Universal City, CA 91608  jlflores@umusic.com

*Representing LTB Limited Partnership*
Harry J. Giacometti
Smith Giacometti, LLC
The Land Title Building
Suite 1200
100 South Broad Street
Philadelphia, PA 19110
hgiacometti@sgllclaw.com

*Representing MSI Music Corp.*
Robert N. Gilbert
Carlton Fields, P.A.
Esperante
222 Lakeview Avenue, Suite 1400
West Palm Beach, FL 33401
rgilbert@carltonfields.com

John Guililano
Bank of New York
Attention: Corporate Trust Administration
101 Barclay Street, 8W
New York, NY 10286  johnguiliano@bankofny.com

*Representing Debtors*
Peter J. Gurfein
Patrick Ivie
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067  pgurfein@akingump.com
pivie@akingump.com

*Representing Universal Music Group Distribution, Corp.*
M. Elaine Hammond
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
ehammond@friedumspring.com

*Representing Rounder Records Corp.*
Richard Hiersteiner
Judy A. Groves
Theodore W. Connolly
Edwards Angell Palmer & Dodge LLP
111 Huntington Ave
Boston, MA 02110  rhiersteiner@eapdlaw.com
jgroves@eapdlaw.com
tconnolly@eapdlaw.com

*Representing GB Retail Funding, LLC*
Sheldon I. Hirshon
Peter J. Antoszyk
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
shirshon@proskauer.com
pantoszyk@proskauer.com

*Representing City and County of Denver*
Lacy E. Holly, III
Lacy E. Holly, III, PA
P.O. Box 700
603 Main Street
Odessa, DE 19730 lacyholly@hhglaw.net

*Representing Respond 2 Entertainment LLC, UOP Investors, LLC, Andrew C. Gianulias, Gus C. Gianulias, Trustee of the Gus C. and Julie M. Gianulias Family Revocable Trust Dated 1/20/83, Christopher Gianulias, Jon Gianulias, Trustee of the Jon and Veronica G*
Nancy Hotchkiss
Trainor Fairbrook
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA 95865
nhotchkiss@trainorfairbrook.com

*Representing CP Centers 05 A, B, C, D, E, F, G & H, LLC*
Alan K. Hyde
Holm Wright Hyde & Hays PLC
10429 S. 51st Street, Suite 285
Phoenix, AZ 85044

*Representing Great American Group, LLC and Hudson Capital Group, LLC*
Jay R. Indyke
Cathy Herschcopf
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036  jindyke@cooley.com
chershcopf@cooley.com

*Representing Landmark HHH, L.L.C.*
Derek M. Johnson
Ruben, Johnson & Morgan, P.C.
249 Pearl Street, Third Floor
Hartford, CT 06103

*Representing Ticketmaster, Inc.*
Ivan L. Kallick
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Boulevard
Los Angeles, CA 90064  ikallick@manatt.com

*Representing Kahala Center Company*
Douglas D. Kappler
Robinson, Diamant & Wolkowitz
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
dkappler@rdwlawcorp.com


Alan H. Katz
Entergy New Orleans, Inc.
Assistant General Counsel
639 Loyloa Avenue, 26th Floor
New Orleans, LA 70113


*Representing NLG Maurice and Jane Sugar Law Center for Economic and Social Justice*
John C. Lankenau
Stuart J. Miller
Lankenau & Miller LLP
132 Nassau Street, Suite 423
New York, NY 10038


Seth Lax
Contrarian Capital Management, L. L. C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830
solax@contrariancapital.com


*Representing Geering Family Limited Partnership and Geering Realty Partnership, LTD*
Richard Le Blancq
Robert H. Yu
Harwood Lloyd, LLC
130 Main Street
Hackensack, NJ 07601
Rleblancq@HarwoodLloyd.com
Ryu@HarwoodLloyd.com


*Representing RREEF Management Company*
Thomas J. Leanse
Brian D. Huben
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
thomas.leanse@kattenlaw.com
brian.huben@kattenlaw.com


*Representing County of Henrico, Virginia*
Margaret H. Lewis
Henrico County Public Schools
P.O. Box 23120
3820 Nine Mile Road
Richmond, VA 23223-0420


Nancy F. Loftus
Assitant County Attorney
Department of Tax Administration, Fairfax County, Virginia
12000 Government Center Parkway, Suite 549
Fairfax, VA 22035-0064


*Representing Norton LLC*
Daniel A. Lowenthal
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 10022-6225


*Representing Jackson Brewery Marketplace, Limited*
Thomas J. Lutkewitte
Favret, Demarest, Russo & Lutkewitte
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
tlutkewitte@favretlaw.com

Laura L. McCloud
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Divison
P.O. Box 20207
Nashville, TN 37202-0207
ICDELAWARE@STATE.TN.US


*Representing Iron Mountain Information Management, Inc.*
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110  ffm@bostonbusinesslaw.com


Ronald D. Monroe
Bank of America, N.A.
1231 Durrett Lane
Mail Code: KY6-200-01-39
Louisville, KY 40213-2041


Duane D. Morse
Director
3116 Valley Lane
Falls Church, VA 22044-1735
duane.morse@verizon.net


Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234  vnamken@us.ibm.com


*Representing Regency Centers, L.P.*
Nancy J. Newman
Hanson, Bridgett, Marcus, Vlahos & Rudy LLP
425 Market St., 26th Floor
San Francisco, CA 94105
Nnewman@hansonbridgett.com


*Representing George Washington University*
Brett D. Orlove
Grossberg, Yochelson, Fox & Beyda, LLP
2000 L Street, N.W., Suite 675
Washington, D.C. 20036


*Representing The Irvine Company f/k/a Irvine Retail Properties Co. & Marina Pacific LLC*
Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 East Penn Street, Ste. 510
Whittier, CA 90602-1797


*Representing Cathedral Partners, LLC*
David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067  dpoitras@jmbm.com


*Representing Federal Realty Investment Trust, New Plan Excel Realty Trust, Inc., Kravco Simon Company and Developers Diversified Realty Corporation*
David L. Pollack
Jeffrey Meyers
Dean Waldt
Ballard Spahr Andres & Ingersoll, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103


*Representing Monterey Village Park Associates*
David W. Reimann
The Reimann Law Group
1960 E. Grand Avenue, Suite 1165
El Segundo, CA 90245
dreimann@reimannlawgroup.com


RLF1 3594527v. 1

*Representing Bohannon Development Company*
Catherin Schlomann Robertson
Pahl & Gosselin
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113  crobertson@pahl-gosselin.com

*Representing Consumer Privacy Ombudsman*
Dana B. Rosenfeld
Bryan Cave LLP
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960
dbrosenfeld@bryancave.com

*Representing Office of Unemployment Compensation Tax Services (OUCTS)*
Sharon L Royer
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania, Dept of Labor & Industry, Harrisburg Bankruptcy & Compliance Office
333 Market Street, FL 16
Harrisburg, PA 17101-2234  sroyer@state.pa.us

*Representing Eagle Group, Eagle Glendale Marketplace, L.P. and AK Glendale LLC*
Kenneth N. Russak
Pillsbury Winthop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
ken.russak@pillsburylaw.com

*Representing TDK Electronics Corporation*
Anthony M. Sabino
Sabino & Sabino, P.C.
92 Willis Avenue, 2d Floor
Mineola, NY 11501  legal-lion@earthlink.net

*Representing Peabody Place Centre, G.P.*
Russell W. Savory
Gotten, Wilson, Savory & Beard, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103  russell.savory@gwsblaw.com

*Representing The Bartell Drug Company*
Jackson Schmidt
Pepple Johnson Cantu & Schmidt PLLC
1900 Seattle Tower Building, 1218 Third Avenue
Seattle, WA 98101

*Representing Discover Financial Services LLC*
Brian Sirower
Lori L. Winkelman
Peter L. Riggs
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391  bsirower@quarles.com
lwinklem@quarles.com
priggs@quarles.com

Beth J. Solomon
Discover Financial Services LLC
2500 Lake Cook Road
Riverwoods, IL 60015
bankruptcy@discoverfinancial.com

*Representing Sunrise Promenade Associates*
Matthew V. Spero
Jeffrey A. Wurst
Ruskin Moscou Faltischek, PC
1425 Reckson Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425  mspero@rmfpc.com

*Representing Source Interlink Companies, Inc. and its affiliates*
Lisa K. Stauffer
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
lstauffer@cohenlaw.com

*Representing ProLogis*
Edward J. Tredinnick
Greene Radovsky Maloney Share & Hennigh LLP
Four Embaracadero Center, Suite 4000
San Francisco, CA 94111-4106
etredinnick@grmslaw.com

*Representing Collateral Trustee/Trade Agent for the Secured Music and Video Vendors*
The Capital Trust Company of Delaware
Attn: Corporate Trust Administration
Little Falls Centre One, Suite 210
2711 Centerville Road
Wilmington, DE 19808

*Representing Madison Marquette Retail Services*
Kenneth L. Valinoti
Valinoti & Dito LLP
180 Montgomery Street, Suite 940
San Francisco, CA 94104-4223

Cecelia Walton
State of Maryland
Department of Labor, Licensing & Regulation
Office of Unemployment Insurance Contributions Division
Litigation and Prosecution Unit
1100 North Eutaw Street, Room 401
Baltimore, MD 21201  dllr@dllr.state.md.us

*Representing Debtors*
Stephen H. Warren
Karen Rinehart
O'Melveny & Myers LLP
400 South Hope St.
Los Angeles, CA 90071  swarren@omm.com
krinehart@omm.com

*Representing American Express Travel Related Svcs Co Inc Corp Card*
Gilbert B. Weisman
Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701  notices@becket-lee.com

*Representing Dallas County*
Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644
dallas.bankruptcy@publicans.com

*Representing JH Holdings, Ltd.*
John J. Wiles
Wiles & Wiles
800 Kennesaw Avenue, NW, Suite 400
Marietta, GA 30060-7946  bankruptcy@evict.net

*Representing Prescott Interests, Ltd.*
Frank J. Wright
C. Ashley Ellis
Hance Scarborough Wright Ginsberg & Brusilow, LLP
14755 Preston Road, Suite 600
Dallas, TX 75254  bankruptcy@hswgb.com

RLF1 3594527v. 1

*Representing CNA Insurance Companies*
Jonathan W. Young
Jeffrey L. Gansberg
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229
young@wildmanharrold.com

*Representing Brown Bear Music Marketing*
Phillip G. Young, Jr.
Bass, Berry & Sims PLC
AmSouth Center, 315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001  pyoung@bassberry.com

RLF1 3594527v. 1