UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| THREE A'S HOLDINGS, L.L.C., a Delaware limited liability company, et al.,[1] | : : : | Case No. 06-10886 (BLS) |
| | : | Jointly Administered |
| Debtors. | : : | Re: Docket Nos. 2435 |

STATE OF DELAWARE      :
                       : SS.
NEW CASTLE COUNTY      :

      Janel R. Gates, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 6th day of August, 2010 she caused a copy of the following to be served on the attached list as indicated:

- **Debtors' Final Post-Effective Date Status Report [Docket No. 2435]**

_/s/ Janel R. Gates_
Janel R. Gates, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this ___9th___ day of August, 2010

_/s/ Lesley A. Morris_
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

RLF1 3597664v. 1

**Via Hand Delivery**

Mark Kenney
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801